FILED

2009 NOV -5 PM 2:42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

1  R. Joseph Trojan  CA Bar No. 137,067
   trojan@trojanlawoffices.com
2  TROJAN LAW OFFICES
3  9250 Wilshire Blvd., Suite 325
   Beverly Hills, CA  90212
4  Telephone:  310-777-8399
5  Facsimile:   310-777-8348

6  Attorneys for Plaintiffs
7  Passages Silver Strand, LLC and
   Grasshopper House, LLC

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  **Grasshopper House, LLC,** a        CASE NO.
13  California limited liability company   CV09  08128  RGK PLAx
    doing business as Passages Malibu,
14  **Passages Silver Strand, LLC,** a
15  California limited liability company,   **COMPLAINT FOR DAMAGES AND
                                            INJUNCTIVE RELIEF FOR
16              Plaintiffs,                 TRADEMARK INFRINGEMENT
17         vs.                             UNDER 15 U.S.C. § 1125**

18  **Accelerated Recovery Centers,**      **DEMAND FOR JURY TRIAL**
19  **LLC,** a Georgia limited liability
    company,
20
21              Defendant.

22

23

24

25

26

27

28  COMPLAINT                    -1-

TROJAN LAW OFFICES
BEVERLY HILLS

1  Plaintiff Grasshopper House, LLC ("Grasshopper House") and Passages
2  Silver Strand, LLC ("Passages") (collectively "Plaintiffs") hereby complain against
3  Defendant Accelerated Recovery Centers, LLC (hereinafter "Defendant" or
4  "Accelerated Recovery"), as follows:

5  1.    This is a civil action for trademark infringement and unfair
6  competition under the Lanham Act, 15 U.S.C. § 1051 *et seq*., for unfair business
7  practice arising under California Business and Professions Code § 17200 *et seq*., for
8  unjust enrichment, and for injury to business reputation.

9

## I. THE PARTIES

10

11  2.    Plaintiffs are limited liability companies organized and existing under
12  the laws of the State of California, with their principal place of business at 6428
13  Meadows Court, Malibu, CA 90265.

14  3.    Upon information and belief, Defendant is a limited liability company
15  organized and existing under the laws of the State of Georgia, which conducts
16  business within the Central District and in which infringing acts have occurred.

17

## II. JURISDICTION AND VENUE

18

19  4.    This Court has federal-question subject matter jurisdiction over
20  Plaintiffs' trademark infringement and unfair competition claims pursuant to 28
21  U.S.C. §§ 1331 and 1338.

22  5.    The Court has supplemental jurisdiction over the remaining claims
23  pursuant to 28 U.S.C. § 1367.

24  6.    This Court has personal jurisdiction over Defendant because it
25  conducts business in the State of California and within the Central District.

26  7.    Venue properly lies in the Central District of California pursuant to 28
27  U.S.C. §1391 and §1400, because the acts complained of herein have been

28  **COMPLAINT**                    -2-

TROJAN LAW OFFICES
BEVERLY HILLS

committed and are being committed in this Judicial District, Defendant is subject to personal jurisdiction within the District, and Plaintiffs have their principal place of business within the Central District.

### III. FACTUAL BACKGROUND

8.     Plaintiff Grasshopper House, LLC operates a leading alcohol and drug addiction treatment facility, with a national clientele.  For many years, Plaintiff Grasshopper House, LLC has been doing business as Passages and Passages Malibu, and has used Passages and Passages Malibu as its trademarks.  Its marks are registered under California State Registration numbers 65498 and 65499.  It uses the domain name passagesmalibu.com and maintains a website at http://passagesmalibu.com.  Plaintiff Passages Silver Strand, LLC is affiliated with Plaintiff Grasshopper House, LLC, uses the trademark Passages under a license agreement, and has its Passages Silver Strand mark registered under California State Registration numbers 65510.

9.     Defendant uses various domain names in advertising its alcohol and drug addiction facilities.

**Overview of Google AdWords Program**

10.     Google is a well-known search engine that has emerged as the nationwide leader in search queries by internet users.  Yahoo has the second position in search queries.  The discussion below describes the Google advertising process. The Yahoo process is similar.

11.     In addition to retrieving "hits" based on search terms, Google also features "sponsored links" on search results pages.  These "sponsored links" are links that are paid for by users through Google's AdWords advertising program.  AdWords allows users to create their own advertisements which will be displayed

COMPLAINT                                    -3-

TROJAN LAW OFFICES
BEVERLY HILLS

1  as "sponsored links" on Google's search results web pages and on other websites
2  that are part of Google's advertising network. Both the content of the AdWords
3  advertisement and the search terms, known as "keywords", which trigger the
4  appearance of the advertisement on the Google search results page and other
5  websites are controlled by the AdWords advertiser.

6      12.    Each advertisement consists of five parts, all of which are created by
7  the AdWords advertiser: (i) a headline of 25 or fewer characters; (ii) a first
8  descriptive lines of 35 or fewer characters; (iii) a second descriptive lines of 35 or
9  fewer characters; (iv) a display URL of 35 or fewer characters; and (iv) a
10 destination URL, which is linked to both the display URL and to the
11 advertisement's headline. These user-supplied components are then incorporated to
12 generate a text advertisement generally of the following form:

13     EXAMPLE HEADLINE
14     Example description line 1
15     Example description line 2
16     www.??.com

17     13.    After creating an advertisement, the AdWords user sets up a list of
18 keywords (words or phrases) to be associated with the given advertisement or ad
19 group. Google uses the keywords to determine when the advertisement may appear
20 on Google search results pages, and website pages of a Google search partner or
21 member of the Google content network.

22     14.    "Sponsored" AdWords advertisements appear, among other places, on
23 Google search results pages, either alongside or above the search results, on Gmail
24 webpages, and on the pages of websites that are members of the Google Network.

25     15.    Whether an advertisement shows up on a page, and where that
26 advertisement is positioned in relation to the other advertisements, is determined in
27

28     COMPLAINT                                    -4-

TROJAN LAW OFFICES
BEVERLY HILLS

large part by the keywords that the advertiser lists to associate with that advertisement.

16.    Defendant has used and continues to use Plaintiffs' trademarks, without authorization, in its internet advertising in an attempt to trade on the goodwill of the Plaintiffs' trademarks and trade name, thereby tricking customers into thinking that Defendant's goods and services are associated with Plaintiffs. Defendant's unauthorized use of Plaintiffs' trademarks and trade name also confuses potential customers searching for Plaintiffs on the internet and misdirects them to Defendant's websites instead of the Plaintiffs' websites.

17.    In particular, Defendant willfully and purposefully utilizes Plaintiffs' trademarks and trade name in its Google AdWords and Yahoo advertising in such a way as to create a likelihood of confusion among consumers that its goods and services are associated with Plaintiffs or otherwise lures them to Defendant's websites.

18.    Defendant has used and continues to use Plaintiffs' trademarks in its internet advertising in an effort to confuse the public.

19.    Defendant's websites contain no disclaimers that it is not affiliated or sponsored by Plaintiffs.  Defendant's use of Plaintiffs' trademarks and trade name in its internet advertising is an attempt to trade on the goodwill of plaintiffs' marks and confuse the consumer.

20.    Upon information and belief, Defendant is willfully and purposely using Plaintiffs' trademarks and trade name as a targeted keyword phrase in its internet advertising.

## IV.  FIRST CLAIM FOR RELIEF
## TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)

COMPLAINT                                -5-

TROJAN LAW OFFICES
Beverly Hills

21.    Plaintiffs hereby incorporate by reference the allegations contained in paragraphs 1 through 20.

22.    Defendant has used, and continues to use, without authorization, Plaintiffs' trademarks and trade dress, or confusingly similar names, marks and trade dress or variations thereof, in interstate commerce falsely to represent, describe and designate the origin of and other facts related to goods and services in a manner that is likely to cause confusion, to cause initial interest confusion, to cause mistake, and/or to deceive as to the affiliation, connection and association of Plaintiffs' trademarks and trade dress and the origin, endorsement, sponsorship, or approval of those goods in violation of § 32 of the Lanham Act, 15 U.S.C. § 1114. Defendant's unauthorized use of Plaintiffs' trademarks and trade dress, or confusingly similar names or variations thereof, are also likely to cause consumer confusion or mistake with respect to sponsorship or endorsement of Defendant's websites and the goods and services offered on such websites, and to divert consumers away from Plaintiffs' website in violation of the Lanham Act.

23.    As a result of Defendant's wrongful and unfair acts, Defendant has been unjustly enriched and it is inequitable to allow Defendant to retain this benefit under the circumstances.

24.    Plaintiffs have suffered damages as a direct and proximate result of Defendant's use of such false descriptions or representations, including confusion and deception of the trade and purchasing public, incalculable injury to their goodwill and business reputation, and the expenditure of attorneys' fees, for which Plaintiffs have no adequate remedy at law.    Plaintiffs will continue to suffer irreparable injury unless this Court enjoins Defendant's acts of infringement.

25.    Defendant's acts of infringement, described above, were willful such as to justify the award of treble damages and attorney fees to Plaintiffs.

COMPLAINT    -6-

TROJAN LAW OFFICES
BEVERLY HILLS

# V.  SECOND CLAIM FOR RELIEF
## FEDERAL UNFAIR COMPETITION (15 U.S.C. § 1125(a))

26.    Plaintiffs hereby incorporate by reference the allegations contained in paragraphs 1 through 25.

27.    Defendant has used, and continues to use, without authorization, Plaintiffs' trademarks and trade dress, or confusingly similar names, marks and trade dress or variations thereof, in interstate commerce falsely to represent, describe and designate the origin of and other facts related to goods and services in a manner that is likely to cause confusion, to cause initial interest confusion, to cause mistake, and/or to deceive as to the affiliation, connection and association of Plaintiffs' trademarks and trade dress and the origin, endorsement, sponsorship, or approval of those goods in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125.  Defendant's unauthorized use of Plaintiffs' trademarks and trade dress, or confusingly similar names or variations thereof, are also likely to cause consumer confusion or mistake with respect to sponsorship or endorsement of Defendant's websites and the goods and services offered on such websites, and to divert consumers away from Plaintiffs' website in violation of the Lanham Act.

28.    As a result of Defendant's wrongful and unfair acts, Defendant has been unjustly enriched and it is inequitable to allow Defendant to retain this benefit under the circumstances.

29.    Plaintiffs have suffered damages as a direct and proximate result of Defendant's use of such false descriptions or representations, including confusion and deception of the trade and purchasing public, incalculable injury to their goodwill and business reputation, and the expenditure of attorneys' fees, for which Plaintiffs have no adequate remedy at law.  Plaintiffs will continue to suffer irreparable injury unless this Court enjoins Defendant's acts of infringement.

TROJAN LAW OFFICES
BEVERLY HILLS

**COMPLAINT**                                    -7-

1    30.    Defendant's acts of infringement, described above, were willful such as

2    to justify the award of treble damages and attorney fees to Plaintiffs.

3

4                        **VI. THIRD CLAIM FOR RELIEF**

5                    **CALIFORNIA UNFAIR COMPETITION**

6                    **(Cal. Bus. & Prof. Code § 17200 *et seq.*)**

7    31.    Plaintiffs hereby incorporate by reference the allegations contained in

8    paragraphs 1 through 30.

9    32.    Defendant's acts of using trademarks and trade dress that are

10   substantially and confusingly similar to Plaintiffs' trademarks and trade dress

11   constitute unlawful, unfair, and fraudulent business practices in violation of

12   California Business & Professions Code § 17200. Defendant's wrongful actions

13   are unlawful because, among other things, they violate the Lanham Act and

14   constitute trademark and trade dress infringement. Defendant's wrongful actions

15   are also unfair and fraudulent, enabling Defendant to sell more products and

16   services than they otherwise would but for its falsely imposed connection with

17   Plaintiffs. Defendant's conduct is likely to and has deceived and confuse the

18   consuming public, including confusing the public as to whether Defendant's

19   websites, products and services originate from or are sponsored or approved by

20   Plaintiffs or otherwise affiliated with, connected to, or associated with Plaintiffs

21   and diverting consumers away from Plaintiffs' website to Defendant's websites.

22   33.    As a result of Defendant's wrongful acts, as alleged herein, Defendant

23   has been unjustly enriched and it is inequitable to allow Defendant to retain this

24   benefit under the circumstances.

25   34.    Plaintiffs have suffered irreparable harm as a result of Defendant's

26   conduct, and will continue to suffer irreparable harm that cannot be adequately

27   remedied at law unless Defendant and all persons acting in concert with them are

28   COMPLAINT                                    -8-

TROJAN LAW OFFICES
BEVERLY HILLS

1  enjoined from engaging in any further acts of unfair competition. The consuming
2  public also has and will continue to suffer injury as a result of being misled and
3  confused by Defendant's unfair practices. This harm to Plaintiffs and the public has
4  resulted in unjust enrichment to Defendant. Upon information and belief, Plaintiffs
5  allege that Defendant will continue to use unfair business practices if not otherwise
6  enjoined.

7

8  ## VII. FOURTH CLAIM FOR RELIEF
9  ## UNJUST ENRICHMENT

10  35.    Plaintiffs hereby incorporate by reference the allegations contained in
11  paragraphs 1 through 34.

12  36.    Defendant has used and continues to use Plaintiffs' trademarks and
13  trade dress without authorization in connection with the advertisement, sale and
14  offering for sale of its competitive goods and services.

15  37.    Defendant's wrongful and unauthorized use of the Plaintiffs'
16  trademarks and trade dress is likely to cause confusion as to the source or
17  sponsorship of Defendant's goods and services and further is likely to cause the
18  consumer confusion when searching for Plaintiffs on the internet and to divert the
19  consumers to Defendant's websites and services rather than those of Plaintiffs.

20  38.    As a result of its wrongful acts, as alleged herein, Defendant has been
21  unjustly enriched and it is inequitable to allow Defendant to retain this benefit
22  under the circumstances.

23

24  ## VIII. FIFTH CLAIM FOR RELIEF
25  ## INJURY TO BUSINESS REPUTATION

26  39.    Plaintiffs hereby incorporate by reference the allegations contained in
27  paragraphs 1 through 38.

28  **COMPLAINT**                    -9-

TROJAN LAW OFFICES
BEVERLY HILLS

40.    Plaintiffs allege that Defendant's use of Plaintiffs' trademark and trade dress inures and creates a likelihood of injury to Plaintiffs' business reputation because persons encountering Plaintiffs and their products and services will believe that Plaintiffs are affiliated with or related to or has the approval of Defendant, and any adverse reaction by the public to Defendant and the quality of its products and the nature of its business will injure the business reputation of Plaintiffs and the goodwill that they enjoy in connection with its trademark and trade dress.

## IX. DEMAND FOR JURY TRIAL

41.    Plaintiffs hereby exercise their right to a jury trial under the Seventh Amendment to the United States Constitution, and pursuant to Fed. R. Civ. Proc., Rule 38, demands a jury trial in accordance therewith.

## X. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray to the Court that it grant the following relief:

1.    That this Court permanently enjoin Defendant, and its officers, directors, employees, agents, servants, and all persons, firms, corporations, franchisees and associates in concert or participation with Defendant from doing any of the following:

a.    conducting or doing business, in any capacity, using Plaintiffs' trade dress or trademarks, or any confusingly similar marks, trade dress, designations or variations thereof;

b.    using Plaintiffs' trademarks or trade dress, or any confusingly similar marks, trade dress, derivative or form thereof, in connection with the advertisement, sale or offering for sale of goods and services, including the use in any internet advertising programs (including as text, headlines or keywords), promotional materials, and web sites;

TROJAN LAW OFFICES
BEVERLY HILLS

COMPLAINT                                            -10-

c.    falsely or inaccurately describing or designating the origin of or other facts related to any goods or services in any manner that is likely to cause confusion, mistake or deception as to the affiliation, connection and association of Defendant with Plaintiffs;

d.    engaging in any conduct violative of 15 U.S.C. § 1125(a);

e.    engaging in any conduct violative of Cal. Bus. & Prof Code § 17200;

2.    That this Court require Defendant to pay Plaintiffs damages in a sum to be proven at trial, but in any event no less than $250,000, and including Defendant's profits and the actual damages suffered by Plaintiffs as a result of Defendant's acts;

3.    That Defendant pay treble damages because of the willful acts described in this Complaint, all of which were in disregard of Plaintiffs' rights;

4.    For restitution and disgorgement of all profits and other benefits unjustly obtained by Defendant as a result of its wrongful actions;

5.    That this Court award Plaintiffs their reasonable attorneys' fees; and

6.    That this Court grant such other and further relief as is just.

Respectfully submitted,

TROJAN LAW OFFICES

by

Dated: November 5, 2009

R. Joseph Trojan

Attorneys for Plaintiffs
Passages Silver Strand, LLC and
Grasshopper House, LLC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Paul L. Abrams.

The case number on all documents filed with the Court should read as follows:

## CV09- 8128 RGK (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br><br> Grasshopper House, LLC, a California limited liability company doing businss as Passages Malibu, Passages Silver Strand, LLC, a California limited liability company | **DEFENDANTS** <br> Accelerated Recovery Centers, LLC, a Georgia limited liability company |
| **(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): <br> Los Angeles | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
| **(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> R. Joseph Trojan <br> TROJAN LAW OFFICES <br> 9250 Wilshire Blvd., Suite 325 <br> Beverly Hills, CA 90212, Tel. (310) 777-8399 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT: $** $250,000 plus

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1125
INFRINGEMENT OF CALIFORNIA STATE Trademark Reg. Nos. 65498 and 65499

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: **CV09   08128**

CV-71 (07/05)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

---

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑No  ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

---

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
  Grasshopper House, LLC, doing business as Passages Malibu - Los Angeles
  Passages Silver Strand, LLC - Los Angeles

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
  Accelerated Recovery Centers, LLC - Georgia

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
  Los Angeles

---

**X. SIGNATURE OF ATTORNEY (OR PROPER):** _____  Date _11/5/09_

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Grasshopper House, LLC, a California limited
liability company doing business as Passages Malibu,
*Passages Silver Strand, LLC,*
*a California limited liability Company* v.
Accelerated Recovery Centers, LLC, a Georgia
limited liability company

PLAINTIFF(S)

DEFENDANT(S).

CASE NUMBER

CV09 08128 RGK PLAx

**SUMMONS**

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
R. Joseph Trojan                                          , whose address is:

TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212

an answer to the ☒ complaint ☐_____amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within   20   days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

Dated:        NOV – 5 2009

By:    CHRISTOPHER POWERS

Deputy Clerk   *SEAL*

*(Seal of the Court)*