FILED

R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:  310-777-8399
Facsimile:  310-777-8348

Attorneys for Plaintiffs
Passages Silver Strand, LLC and
Grasshopper House, LLC

2009 NOV -5  PM 2: 42

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Grasshopper House, LLC,** a California limited liability company doing business as Passages Malibu, **Passages Silver Strand, LLC,** a California limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> **Accelerated Recovery Centers, LLC,** a Georgia limited liability company, <br><br> Defendant. | CASE NO. <br> **CV09  08128** RGK PLAx <br><br> **NOTICE OF INTERESTED PARTIES RE:** <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1125** |

TROJAN LAW OFFICES
Beverly Hills

**NOTICE OF INTERESTED PARTIES**          -1-

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Plaintiffs Grasshopper House, LLC ("Grasshopper House") and Passages Silver Strand, LLC ("Passages") (collectively "Plaintiffs") certifies that the following listed party (or parties) may have pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.    Grasshopper House, LLC, Plaintiff – Owner of marks registered under California State Registration numbers 65498 and 65499.

2.    Passages Silver Strand, LLC, Plaintiff – Owner of mark registered under California State Registration number 65510.

Respectfully submitted,

TROJAN LAW OFFICES

by



Dated: November 5, 2009

R. Joseph Trojan

Attorneys for Plaintiffs
Passages Silver Strand, LLC and
Grasshopper House, LLC.

**NOTICE OF INTERESTED PARTIES**          -2-