PROOF OF SERVICE

I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above entitled action. My business address is 9250 Wilshire Blvd., Suite 325, Beverly Hills, California 90212.

On November 13, 2009 I served:

**NOTICE OF FILING OF PROOF OF SERVICE ON DEFENDANT ACCELERATED RECOVERY CENTERS, LLC**

by transmitting to:

Jan W. Kelly, Registered Agent for
ACCELERATED RECOVERY CENTERS, LLC
1640 Powers Ferry Rd.
Bldg. 7, Suite 300
Marietta, GA 30067

[X] BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Beverly Hills, California, in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown on this proof of service.

[X] FEDERAL: I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2009, at Beverly Hills, California.

                                               /s/Michiko Speier
                                                   Michiko Speier