UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-08128-RGK (PLAx) | Date | November 30, 2009 |
|---|---|---|---|
| Title | GRASSHOPPER HOUSE, LLC, et al. v. ACCELERATED RECOVERY CENTERS, LLC | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) NOTICE TO COUNSEL OF RECORD AND ORDER

Pursuant to Local Rule 3-1 of this Court, in all cases where jurisdiction is invoked in whole or in part under 28 U.S.C. § 1338 (regarding patents, plant variety protection, copyrights and trademarks), the Clerk shall also be provided at the time of filing with the original and two copies of the required notice to the Patent and Trademark Office in patent, plant variety protection and trademark matters and the original and four copies of the required notice in copyright matters.

This Court has been notified that as of the date of this order, despite being advised by a "Notice to Counsel re: Copyright, Patent & Trademark," filed on November 5, 2009 (DE 3), counsel has not complied with this requirement. Not later than **3 calendar days** from the date of this Order, counsel shall file the required Form AO 120 and/or 121. Failure to comply will result in the issuance of an Order to Show Cause.

**IT IS SO ORDERED.**

: 

Initials of Preparer slw