Name and address
James E. Doroshow, Esq. (SBN: 112920)
FOX ROTHSCHILD LLP
1800 Century Park East
Suite 300
Los Angeles, CA 90067
Tel.: (310) 598-4150; Fax: (310) 556-9828

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as Passages Malibu, et al. Plaintiff(s) v. ACCELERATED RECOVERY CENTERS, LLC, a Georgia limited liability company, Defendant(s). | CASE NUMBER CV09-08128 RGK PLAx REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Accelerated Recovery Centers, LLC   ☐ Plaintiff  ☒ Defendant  ☐ Other _____
   *Name of Party*

hereby request the Court approve the substitution of James E. Doroshow of Fox Rothschild LLP
                                                                *New Attorney*
as attorney of record in place and stead of Brian T. Hafter of Liner Grode Stein Yankelevitz Sunshine, et al.
                                                                *Present Attorney*

Dated 12/17/09         _____
                        *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated December 16, 2009    _____
                            *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated December 17, 2009    _____
                            *Signature of New Attorney*
                            112920
                            *State Bar Number*

If party requesting to appear Pro Se:

Dated _____        _____
                              *Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/00)          REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY