**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Grasshopper House LLC, a California limited liability company doing business as Passages Malibu, et al.,<br><br>                                                   Plaintiff(s)<br>                    v.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia limited liability company,<br><br>                                                   Defendant(s). | CASE NUMBER:<br><br>CV 09-08128 RGK PLAx<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Accelerated Recovery Centers, LLC</u>      ☐ Plaintiff      ☒ Defendant      ☐ Other _____
         *Name of Party*

to substitute  <u>James E. Doroshow of Fox Rothschild LLP</u>, who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>    1800 Century Park East, Suite 300    </u>
                            *Street Address*

<u>   Los Angeles, CA 90067- 1506   </u>                    <u>   jdoroshow@foxrothschild.com   </u>
              *City, State, Zip*                                                             *E-Mail Address*

<u>   (310) 598-4150   </u>                    <u>   (310) 556-9828   </u>                    <u>   112920   </u>
       *Telephone Number*                              *Fax Number*                            *State Bar Number*

as attorney of record in place and stead of  <u>Brian T. Hafter of Liner Grode Stein Yankelevitz Sunshine, et al.</u>
                                                                                                       *Present Attorney*

**is hereby      X GRANTED          ☐ DENIED**

Dated  December 23, 2009                               */s/ Gary Klausner*
                                                                          U. S. District Judge/~~U.S. Magistrate Judge~~

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.