<pre>
</pre>

James E. Doroshow (SBN 112920)
   jdoroshow@foxrothschild.com
Alan Doroshow (SBN 224420)
   achen@foxrothschild.com
Mord Michael Lewis
   mlewis@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, California 90067-3005
Tel 310.598.4150 / Fax 310.556.9828

Attorneys for Defendant
ACCELERATED RECOVERY CENTERS, LLC

FILED 2009 DEC 23 PM 3:01

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, d/b/a PASSAGES MALIBU, a California limited liability company, d/b/a Passages Malibu, PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>    Plaintiffs,<br>vs.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia Limited Liability Company,<br><br>    Defendant.<br><br>ACCELERATED RECOVERY CENTERS, LLC, A Georgia Limited Liability Company,<br><br>    Counterclaimant,<br>vs.<br><br>GRASSHOPPER HOUSE, LLC, d/b/a Passages Malibu, a California limited liability company, PASSAGES SILVER STRAND, LLC, aa California limited liability company, CHRIS PRENTISS and PAX PRENTISS, individuals,<br><br>    Counterdefendants. | Case No.: CV 09-08128 RGK (PLAx)<br><br>**CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[Local Rule 7.1-1] |

ORIGINAL

CERTIFICATION AS TO INTERESTED PARTIES

LA1 33458v2 12/23/09

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

     Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for defendant and counterclaimant, ACCELERATED RECOVERY CENTERS, LLC, hereby certify that the party listed below may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Grass Hopper House, LLC, d/b/a Passages Malibu;
2. Passages Silver Strand, LLC;
3. Chris and Pax Prentiss;
4. Accelerated Recovery Centers, LLC;
5. Kevin Kelly; and
6. Jan Kelly.

DATED: December 23, 2009        FOX ROTHSCHILD, LLP

By: _____
James E. Doroshow
Mord Michael Lewis
Attorneys for Defendant and Counterclaimant
Accelerated Recovery Centers, LLC

---

LA1 33458v2 12/23/09     CERTIFICATION AS TO INTERESTED PARTIES