1  James E. Doroshow (SBN 112920)
      jdoroshow@foxrothschild.com
2  Alan Chen (SBN 224420)
      achen@foxrothschild.com
3  Mord Michael Lewis
      mlewis@foxrothschild.com
4  FOX ROTHSCHILD LLP
   1800 Century Park East, Suite 300
5  Los Angeles, California 90067-3005
   Tel 310.598.4150 / Fax 310.556.9828
6
   Attorneys for Defendant
7  ACCELERATED RECOVERY
   CENTERS, LLC
8



FILED
CLERK, U.S. DISTRICT COURT

DEC 23 2009
3:00

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  GRASSHOPPER HOUSE, LLC, d/b/a PASSAGES MALIBU, a California limited liability company, d/b/a Passages Malibu, PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>        Plaintiffs,<br><br>        vs.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia Limited Liability Company,<br><br>        Defendant.<br><br>ACCELERATED RECOVERY CENTERS, LLC, A Georgia Limited Liability Company,<br><br>        Counterclaimant,<br>        vs.<br><br>GRASSHOPPER HOUSE, LLC, d/b/a Passages Malibu, a California limited liability company, PASSAGES SILVER STRAND, LLC, a California limited liability company, CHRIS PRENTISS, and PAX PRENTISS, individuals,<br><br>        Counterdefendants. | Case No.: CV 09-08128 RGK (PLAx)<br><br>**ANSWER AND COUNTERCLAIMS**<br><br>**[DEMAND FOR JURY TRIAL]** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant Accelerated Recovery Centers, LLC ("Accelerated"), by and through its undersigned counsel, respectfully submits its Answer, Affirmative Defenses, and Counterclaims in response to the Complaint of Plaintiffs Grasshopper House, LLC d/b/a Passages Malibu, and Passages Silver Strand, LLC (collectively, "Plaintiffs"), as follows:

1.     For its answer to paragraph 1 of the Complaint, Accelerated admits that the Complaint purports to state claims for trademark infringement and unfair competition under 15 U.S.C. § 1051 *et seq.*, a claim for unfair business practices under California Business and Profession Code sections 17200 *et. seq.*, and claims for unjust enrichment and injury to business reputation. Accelerated denies all other allegations in paragraph 1.

## I. THE PARTIES

2.     For its answer to paragraph 2 of the Complaint, Accelerated alleges it is without sufficient knowledge to form a belief as to the truth of the allegations of paragraph 2 and therefore denies the same.

3.     For its answer to paragraph 3 of the Complaint, Accelerated admits to being a limited liability company organized and existing under the laws of the State of Georgia, and further admits to conducting internet advertising within the Central District of California. Accelerated denies the remaining allegations in paragraph 3.

## II. JURISDICTION AND VENUE

4.     For its answer to paragraph 4 of the Complaint, Accelerated admits the allegations.

5.     For its answer to paragraph 5 of the Complaint, Accelerated admits the allegations.

ANSWER AND COUNTERCLAIMS

6.    For its answer to paragraph 6 of the Complaint, Accelerated admits to conducting internet advertising in California including in the Central District of California.  Accelerated denies the remaining allegations in paragraph 6.

7.    For its answer to paragraph 7 of the Complaint, Accelerated responds that it is without sufficient knowledge to form a belief as to whether Plaintiffs have their principal place of business within the Central District, and, on that basis, denies such allegations.  Accelerated admits conducting internet advertising in California including in the Central District of California.  Accelerated denies the remaining allegations of paragraph 7.

## III. FACTUAL BACKGROUND

8.    For its answer to paragraph 8 of the Complaint, Accelerated is without sufficient knowledge to form a belief as to the truth of the allegations of paragraph 8 and therefore denies the same.

9.    For its answer to paragraph 9 of the Complaint, Accelerated admits it uses various domain names in advertising its alcohol addiction facilities. Accelerated denies the remaining allegations of Paragraph 9.

### Overview of Google AdWords Program

10.    For its answer to paragraph 10 of the Complaint, Accelerated is without sufficient knowledge to form a belief as to the truth of the allegations of paragraph 10 and therefore denies the same.

11.    For its answer to paragraph 11 of the Complaint, Accelerated is without sufficient knowledge to form a belief as to the truth of the allegations of paragraph 11 and therefore denies the same.

12.    For its answer to paragraph 12 of the Complaint, Accelerated is without sufficient knowledge to form a belief as to the truth of the allegations of paragraph 12 and therefore denies the same.

ANSWER AND COUNTERCLAIMS

LA1 33366v3 12/23/09

13.    For its answer to paragraph 13 of the Complaint, Accelerated is without sufficient knowledge to form a belief as to the truth of the allegations of paragraph 13 and therefore denies the same.

14.    For its answer to paragraph 14 of the Complaint, Accelerated is without sufficient knowledge to form a belief as to the truth of the allegations of paragraph 14 and therefore denies the same.

15.    For its answer to paragraph 15 of the Complaint, Accelerated is without sufficient knowledge to form a belief as to the truth of the allegations of paragraph 15 and therefore denies the same.

16.    For its answer to paragraph 16 of the Complaint, Accelerated denies the allegations.

17.    For its answer to paragraph 17 of the Complaint, Accelerated denies the allegations.

18.    For its answer to paragraph 18 of the Complaint, Accelerated denies the allegations.

19.    For its answer to paragraph 19 of the Complaint, Accelerated admits that its websites contain no disclaimers that Accelerated is not affiliated or sponsored by Plaintiffs, but alleges that no such disclaimer(s) are required. Accelerated denies the remaining allegations of paragraph 19.

20.    For its answer to paragraph 20 of the Complaint, Accelerated denies the allegations.

## IV. FIRST CLAIM FOR RELIEF
## TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)

21.    For its answer to paragraph 21 of the Complaint, Accelerated incorporates by reference paragraphs 1-20 above.

22.    For its answer to paragraph 22 of the Complaint, Accelerated denies the allegations.

ANSWER AND COUNTERCLAIMS

23.    For its answer to paragraph 23 of the Complaint, Accelerated denies the allegations.

24.    For its answer to paragraph 24 of the Complaint, Accelerated denies the allegations.

25.    For its answer to paragraph 25 of the Complaint, Accelerated denies the allegations.

## V. SECOND CLAIM FOR RELIEF

## FEDERAL UNFAIR COMPETITION (15 U.S.C. § 1125(a))

26.    For its answer to paragraph 26 of the Complaint, Accelerated incorporates by reference paragraphs 1-25 above.

27.    For its answer to paragraph 27 of the Complaint, Accelerated denies the allegations.

28.    For its answer to paragraph 28 of the Complaint, Accelerated denies the allegations.

29.    For its answer to paragraph 29 of the Complaint, Accelerated denies the allegations.

30.    For its answer to paragraph 30 of the Complaint, Accelerated denies the allegations.

## VI. THIRD CLAIM FOR RELIEF

## CALIFORNIA UNFAIR COMPETITION

## (Cal. Bus. & Prof. Code § 17200 *et seq.*)

31.    For its answer to paragraph 31 of the Complaint, Accelerated incorporates by reference paragraphs 1-30 above.

32.    For its answer to paragraph 32 of the Complaint, Accelerated denies the allegations.

33.    For its answer to paragraph 33 of the Complaint, Accelerated denies the

ANSWER AND COUNTERCLAIMS

allegations.

34.    For its answer to paragraph 34 of the Complaint, Accelerated denies the allegations.

## VII. FOURTH CLAIM FOR RELIEF
## UNJUST ENRICHMENT

35.    For its answer to paragraph 35 of the Complaint, Accelerated incorporates by reference paragraphs 1-34 above.

36.    For its answer to paragraph 36 of the Complaint, Accelerated denies the allegations.

37.    For its answer to paragraph 37 of the Complaint, Accelerated denies the allegations.

38.    For its answer to paragraph 38 of the Complaint, Accelerated denies the allegations.

## VIII. FIFTH CLAIM FOR RELIEF
## INJURY TO BUSINESS REPUTATION

39.    For its answer to paragraph 39 of the Complaint, Accelerated incorporates by reference paragraphs 1-38 above.

40.    For its answer to paragraph 40 of the Complaint, Accelerated denies the allegations.

## IX. DEMAND FOR JURY TRIAL

41.    For its answer to paragraph 41 of the Complaint, Accelerated opposes Plaintiffs' demand for a jury trial on Plaintiffs' request for injunctive relief and other forms of equitable relief because the right to such relief is determined by the Court, not a jury. Otherwise, Accelerated itself demands a trial by jury on all claims and other forms of relief.

ANSWER AND COUNTERCLAIMS

# X. PRAYER FOR RELIEF

Accelerated denies that Plaintiffs are entitled to any relief sought in their prayer for relief in the Complaint.

# AFFIRMATIVE DEFENSES

By asserting these affirmative defenses, Accelerated does not contend that it necessarily bears the burden of proof or persuasion for the issues raised therein. Moreover, Accelerated presently has insufficient knowledge upon which to form a belief as to whether additional defenses are available. Accelerated reserves the right to amend its Answer to add, delete, or modify defenses based on legal theories which may or will be divulged through clarification of the Complaint, through discovery, through change or clarification of the governing law, or through further legal analysis of Plaintiffs' position in this litigation. For its affirmative defenses in this action, Accelerated alleges as follows:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

Plaintiffs' Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Unclean Hands)

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE
### (Waiver and Delay)

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of

ANSWER AND COUNTERCLAIMS

LA1 33366v3 12/23/09

1  waiver and delay.

2

3  ## FOURTH AFFIRMATIVE DEFENSE

4  ### (Estoppel)

5  Plaintiffs' claims are barred, in whole or in part, under the equitable doctrine

6  of estoppel.

7

8  ## FIFTH AFFIRMATIVE DEFENSE

9  ### (No infringement of Trademark)

10  Accelerated's use of any mark complained of herein is not deceptive, presents

11  no likelihood of confusion as to source, sponsorship or affiliation, and makes no

12  false statement or misrepresentation of fact.

13

14  ## SIXTH AFFIRMATIVE DEFENSE

15  ### (Fair Use of Trademark)

16  Accelerated's use of any mark complained of herein constitutes a fair use of

17  such mark.

18

19  ## SEVENTH AFFIRMATIVE DEFENSE

20  ### (No Use in Commerce)

21  Accelerated's use of any mark complained of herein does not constitute use in

22  commerce of such mark.

23

24  ## EIGHTH AFFIRMATIVE DEFENSE

25  ### (Invalidity of Trademark)

26  Plaintiffs' marks are generic, are not distinctive, and have acquired no

27  secondary meaning.

28  ///

8

LA1 33366v3 12/23/09

## NINTH AFFIRMATIVE DEFENSE

### (No Facts Alleged for Conduct Entitling Award of Attorney's Fees or Costs)

Plaintiffs have not alleged facts, and Accelerated has not engaged in conduct, that entitles Plaintiffs to an award of attorneys' fees or costs.

## TENTH AFFIRMATIVE DEFENSE

### (No Willful Infringement)

Accelerated asserts that it has not willfully infringed any of Plaintiffs' marks complained of herein.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Adequate Remedies at Law)

Plaintiffs' claims for injunctive relief are barred because, even if Plaintiffs were to prevail, Plaintiffs have adequate remedies at law.

## TWELFTH AFFIRMATIVE DEFENSE

### (No Damages and/or Damages are Speculative)

Plaintiffs have suffered no damages and/or the damages claimed by Plaintiffs are speculative and, therefore, are not recoverable.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Commercial Reasonableness)

At all times Accelerated acted in a commercially reasonable and lawful manner.

## COUNTERCLAIMS

Counterclaimant Accelerated Recovery Centers, LLC ("Accelerated"), for its Counterclaims against Counter-Defendants Grasshopper House, LLC d/b/a Passages

ANSWER AND COUNTERCLAIMS

LA1 33366v3 12/23/09

1  Malibu, Passages Silver Strand, LLC, Chris Prentiss and Pax Prentiss (collectively,

2  "Counter-Defendants"), hereby alleges as follows:

3

4  **Nature of Case**

5    1.    This is a case for declaratory judgment of trademark invalidity,

6  noninfringement of trademark, and unfair business practices, arising under the

7  Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, the Lanham Act, 15 U.S.C. §

8  1501 *et seq.*, and California Business and Profession Code sections § 17200 *et seq.*

9  This counterclaim also alleges claims against Counter-Defendants for their ongoing

10  and continuous misrepresentation of material facts as part of their national

11  advertising campaign; all which are designed to mislead the public and consumers

12  as to Counter-Defendants' sponsorship, association and affiliation, as well as

13  Counter-Defendants' claimed ability to treat ("cure") patients for various forms of

14  addiction.

15    2.    Counter-Defendants have created an actual controversy between

16  themselves and Accelerated through their allegations of trademark infringement and

17  unfair competition, as well as by the additional claims alleged in their Complaint

18  herein.

19

20  **Parties**

21    3.    Accelerated Recovery Centers, LLC is a limited liability corporation

22  organized under the laws of the State of Georgia with its principal place of business

23  at 1640 Powers Ferry Road, Marietta, Georgia  30067.  Accelerated offers

24  rehabilitation services related to alcohol addiction.

25    4.    Upon information and belief, Counter-Defendant Grasshopper House,

26  LLC d/b/a Passages Malibu (hereinafter "Grasshopper"), and Counter-Defendant

27  Passages Silver Strand, LLC (hereinafter "Silver Strand"), are both limited liability

28  companies organized and existing under the laws of the State of California, both of

ANSWER AND COUNTERCLAIMS

1  which are believed to have their principal place of business at 6428 Meadows Court,

2  Malibu, CA 90265.

3    5.    Upon information and belief, Counter-Defendants Chris Prentiss and

4  Pax Prentiss ( collectively "Prentiss") are co-founders, owners and co-directors of

5  Plaintiff Grasshopper, and have a business address at 6428 Meadows Court, Malibu,

6  California  90265.

7

8    **The Alleged Marks-in-Suit**

9    6.    The gravamen of each of Plaintiffs' claims for relief in their Complaint

10  herein is based upon Accelerated's allegedly infringing use of the purported marks

11  "Passages," "Passages Malibu" and "Passages Silver Strand" in connection with the

12  online advertising of Accelerated's alcohol treatment facility and services.

13    7.    Upon information and belief, on or about January 31, 2003,

14  Grasshopper attempted to register the mark "PASSAGES" with the United States

15  Patent and Trademark Office ("USPTO"), which application was accorded an

16  application serial number of 78/209,585 ("the '585 application").  Attached hereto as

17  Exhibit 1 is a true and correct copy of the application information for the '585

18  application as obtained from the USPTO.

19    8.    In an Office action dated July 22, 2003, the USPTO rejected

20  Grasshopper's application under 15 U.S.C. § 1052(d) as being likely to cause

21  confusion with a then-pending registration for "PASSAGES TO RECOVERY,"

22  application serial number 78/179,709 ("the '709 application").  Attached hereto as

23  Exhibit 2 is a true and correct copy of the July 22, 2003, Office action.

24    9.    On April 20, 2004, the '709 application issued as registered trademark

25  number 2,834,366 ("the '366 mark"), and has now become incontestable.  Attached

26  hereto as Exhibit 3 is a true and correct copy of the registration certificate for the

27  '366 mark.

28    10.    Thereafter, after registration of the '356 mark in favor of a third party,

11
ANSWER AND COUNTERCLAIMS

1  Grasshopper's '585 application abandoned on March 4, 2005 for failure to prosecute.

2  (See Ex. 1.)

3      11.    Upon information and belief, on or about August 5, 2009, Plaintiff

4  Silver Strand filed an application with the USPTO to register the mark "PASSAGES

5  SILVER STRAND," which application was accorded an application serial number

6  of 77/797,990 ("the '990 application").  Attached hereto as Exhibit 4 is a true and

7  correct copy of the application information for the '990 application as obtained from

8  the USPTO.

9      12.    In an Office Action dated November 16, 2009, the USPTO required

10  Silver Strand to disclaim "SILVER STRAND" because "SILVER STRAND" is

11  primarily geographically descriptive.  Attached hereto as Exhibit 5 is a true and

12  correct copy of the November 16, 2009 Office Action.  Notwithstanding this

13  disclaimer, Silver Strand has never been afforded federal registration or granted any

14  other rights in the marks Plaintiffs assert in their Complaint herein by the United

15  States Patent and Trademark Office ("USPTO").

16      13.    In an amendment dated November 19, 2009, Silver Strand disclaimed

17  the exclusive right to "SILVER STRAND" apart from the mark "PASSAGES

18  SILVER STRAND."  Attached hereto as Exhibit 6 is a true and correct copy of the

19  November 16, 2009 amendment.

20      14.    In the November 19, 2009 amendment, Silver Strand alleged a first use

21  of the mark "PASSAGES SILVER STRAND" of April 14, 2009.

22      15.    Upon information and belief, on October 14, 2009, Grasshopper filed

23  an intent-to-use trademark application with the USPTO for the mark "PASSAGES

24  MALIBU," which application was accorded an application serial number of

25  77/848,719 ("the '719 application").  Attached hereto as Exhibit 7 is a true and

26  correct copy of the application information for the '719 application as obtained from

27  the USPTO.

28      16.    Upon information and belief, neither Grasshopper nor Silver Strand

ANSWER AND COUNTERCLAIMS

have had any federally registered trademarks for any one or more of the asserted marks including "PASSAGES," "PASSAGES SILVER STRAND" and "PASSAGES MALIBU."

17.    Counter-Claimant is informed and believes, and on that basis alleges, that Grasshopper and Silver Strand registered with the State of California the mark "Passages" on May 18, 2009 (registration #65498); "Passages Malibu" on May 18, 2009 (registration #65499); and "Passages Silver Strand" on May 20, 2009 (registration #65510). Despite being legally required to do so, Counter-Claimant is informed and believes, and, on that basis alleges, that Grasshopper and Silver Strand failed to disclose to the State of California that they had applied for federal registration of such marks, and that the USPTO had rejected their efforts to register these marks, on that they have been abandoned and that there was no federal registration at the time that Grasshopper and Silver Strand applied to the State of California to register such marks.

### Plaintiffs' False and Misleading Online Advertising Activities

18.    Upon information and belief, Counter-Defendants have individually or collectively employed keyword advertising that is substantially identical in form to that alleged in the Complaint.

19.    Upon information and belief, Plaintiffs utilize or have utilized keywords employing trademarks, trade names and/or identifiers in, *inter alia*, Google AdWords advertising campaigns for the targeted advertising of their services based upon such keywords.

20.    In addition, upon information and belief, in an attempt to mislead the public, customers, and potential customers as to the source, affiliation and/or association of Counter-Defendants and their services, Counter-Defendants use or have improperly used the following trademarks or trade names as keywords for their online advertising campaign:

ANSWER AND COUNTERCLAIMS

LA1 33366v3 12/23/09

1    • Accelerated Recovery Centers
2    • Betty Bacharach rehabilitation center
3    • Betty Ford detox
4    • Betty Ford rehab
5    • Betty Ford rehab clinic
6    • Betty Ford rehabilitation center
7    • Cca treatment (corrections corporation of America)
8    • Cedar house rehabilitation center
9    • Cliffside Malibu addiction treatment
10   • Eric Clapton rehab center
11   • Eric Clapton's crossroads rehab facility
12   • G G holistic addiction treatment
13   • G g holistic addiction treatment program
14   • Glenrose rehabilitation centre
15   • Malibu ranch treatment
16   • Pine ridge treatment center
17   • Promise drug rehab
18   • Promise treatment centre
19   • Promises California rehab
20   • Promises in Malibu
21   • Promises rehab
22   • Promises rehab California
23   • Promises rehab center
24   • Promises rehab Malibu
25   • Promises rehabilitation center
26   • Promises treatment center
27   • Promises treatment centers
28   • Renaissance Malibu

ANSWER AND COUNTERCLAIMS

- Renz addiction counseling center
- Sargent rehabilitation center
- Summit centre rehab Malibu
- Summit rehab centre Malibu
- Summit rehab Malibu
- Summit rehabilitation Malibu
- Twelve oaks drug rehab
- Victory Outreach drug rehab
- Westwood rehab

**Counter-Defendants' False and Misleading Claims of "Curing" Addiction**

21.    Upon information and belief, Counter-Defendants, and/or their agents, officers and others acting in concert with them, have made and are continuing to make false and misleading statements of material fact in their attempt to promote their addiction treatment facilities and related services.

22.    Among other forms of misleading advertising, upon information and belief, Counter-Defendants have, individually or collectively, caused to be released commercial advertisements, statements or both claiming to be able to "cure" drug, alcohol and other forms of addiction; despite the fact Counter-Defendants fully know and understand that there is no permanent "cure" for addictive disease.

23.    Attached hereto as Exhibit 8 is a true a correct copy of what, upon information and belief, is believed to be a transcript of an informational commercial advertisement ("infomercial") promoting the services offered by Plaintiffs in which Chris Prentiss, speaking on behalf of himself and the other Counter-Defendants, falsely claims that, "We learned how to cure addiction and alcoholism."

24.    Such pronouncements are false and misleading descriptions of material fact that misrepresent the nature, characteristics and qualities of the services offered by Counter-Defendants, including their ability to treat and purportedly "cure"

1  addiction.

2    25.    As a competitor, Accelerated has been and will continue to be damaged

3  by such false and misleading statements of fact as they improperly divert consumers

4  away from Accelerated's rehabilitation services.

5

6                            **Jurisdiction and Venue**

7    26.    This Court has subject matter jurisdiction of the claims in this

8  Counterclaim pursuant to 28 U.S.C. §§ 1331 and 1338 because the trademark and

9  unfair competition claims arise under the Declaratory Judgment Act, 28 U.S.C. §

10  2201, *et seq.*, and the Lanham Act, 15 U.S.C. § 1501, *et seq.*

11    27.    This Court has supplemental jurisdiction over the remaining claims

12  pursuant to 28 U.S.C. § 1367.

13    28.    In their Complaint, Plaintiffs purport to be the owners and/or licensees

14  of the trademarks "Passages," "Passages Silver Strand" and "Passages Malibu"

15  (hereinafter "the asserted marks").

16    29.    Plaintiffs further allege in their Complaint that Accelerated infringes

17  the asserted marks by "its internet advertising in an attempt to trade on the goodwill

18  of the trademarks . . ."

19    30.    In fact, Accelerated does not infringe any of the asserted marks.

20    31.    Upon information and belief, none of the asserted marks is inherently

21  distinctive, fanciful or arbitrary, and none of the asserted marks has acquired

22  secondary meaning.  Moreover, Counter-Defendants cannot prove first use of such

23  marks.

24    32.    There is an immediate, real, and justiciable controversy between

25  Accelerated and Plaintiffs concerning whether Accelerated infringes any of the

26  asserted marks.

27    33.    There is also an immediate, real, and justiciable controversy between

28  Accelerated and Plaintiffs concerning the validity of the asserted marks.

ANSWER AND COUNTERCLAIMS

LA1 33366v3 12/23/09

34.    There is also an immediate, real, and justiciable controversy between Accelerated and the Counter-Defendants concerning false and misleading statements made by or on behalf of Counter-Defendants that are likely to damage Accelerated and others.

35.    Personal jurisdiction is proper in this Court because, on information and belief, all Counter-Defendants are residents of California and have purposefully availed themselves of the privilege of conducting activities in California, and the abovementioned immediate, real, and justiciable controversies between Accelerated, and Counter-Defendants arose out of activities that took place in California.

36.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

## Counterclaim Count 1

### (Declaratory Judgment of Non Infringement)

37.    Accelerated realleges and incorporates by reference paragraphs 1 through 35 of its Counterclaims, inclusive, as if fully set forth in this paragraph.

38.    In their Complaint herein, Plaintiffs have alleged that Accelerated infringes the asserted marks.

39.    Accelerated denies Plaintiffs' allegations of trademark infringement.

40.    Accelerated seeks a declaratory judgment that the use, if any, of the asserted marks by Accelerated does not constitute trademark infringement or unfair competition under either the laws of California or Title 15 of the United States Code.

## Counterclaim Count 2

### (Declaratory Judgment of Non-Registerability of Marks )

41.    Accelerated realleges and incorporates by reference paragraphs 1 through 39 of its Counterclaims, inclusive, as if fully set forth in this paragraph.

42.    None of the marks set forth in the '990 application and the '719 application is inherently distinctive, fanciful or arbitrary, and none of these marks

LA1 33366v3 12/23/09

1  has acquired secondary meaning.

2      43.    Each mark set forth in the '990 application and the '719 application is

3  likely to cause confusion with the '366 mark.

4      44.    Accelerated seeks a declaratory judgment that the marks set forth in the

5  '990 application and the '719 application are invalid for failing to satisfy one or more

6  of the requirements of 15 U.S.C. § 1052.

7

8                          **Counterclaim Count 3**

9              **(Federal Unfair Competition (15 U.S.C. § 1125(a))**

10     45.    Accelerated realleges and incorporates by reference paragraphs 1

11  through 43 of its Counterclaims, inclusive, as if fully set forth in this paragraph.

12     46.    Upon information and belief, Counter-Defendants have made, or have

13  caused to be made, and continue to make or cause to be made, false or misleading

14  descriptions of fact, or misleading representations of fact, in commercial advertising

15  and promotions that misrepresent the nature, characteristics and qualities of the

16  services offered by Counter-Defendants, and the source, sponsorship and affiliation

17  of Counter-Defendants and their services.

18     47.    These false and/or misleading statements made by or on the behest of

19  Counter-Defendants constitute unfair trade practices that are likely to damage

20  Accelerated and others.

21     48.    As a direct and proximate result of Counter-Defendants' unfair trade

22  practices, Counter-Defendants have been unjustly enriched by an amount to be

23  determined at trial.

24     49.    Accelerated has suffered, and is suffering, irreparable harm to its

25  business as a result of such unfair trade practices for which Accelerated has no

26  adequate remedy at law. Accelerated will continue to suffer such irreparable harm

27  unless Counter-Defendants are enjoined by this Court from continuing to make false

28  and misleading statements related to Counter-Defendants' businesses, services,

ANSWER AND COUNTERCLAIMS

LA1 33366v3 12/23/09

1    treatment, association, affiliation and sponsorship.

2        50.    Upon information and belief, Counter-Defendants have made these

3    false and misleading statements of fact willfully and with full knowledge of the false

4    and misleading nature of their statements.

5

6                          **Counterclaim Count 4**

7       **(California Unfair Competition (Cal. Bus. & Prof. Code § 17200 *et seq.*)**

8        51.    Accelerated realleges and incorporates by reference paragraphs 1

9    through 49 of its Counterclaims, inclusive, as if fully set forth in this paragraph.

10       52.    Upon information and belief, Counter-Defendants have made, or have

11   caused to be made, and continue to make or cause to be made, unfair, deceptive,

12   untrue or misleading statements and advertisements in relation to themselves and the

13   services offered by Counter-Defendants, and as to the source, sponsorship and

14   affiliation of Counter-Defendants and their services.

15       53.    These untrue and misleading statements made by or at the behest of

16   Counter-Defendants constitute unfair competition that, unless restrained, has and

17   will continue to damage Accelerated and others.

18       54.    As a direct and proximate result of Counter-Defendants' unfair

19   competition, Counter-Defendants have been unjustly enriched by an amount to be

20   determined at trial.

21       55.    Accelerated has suffered, and is continuing to suffer, irreparable harm

22   to its business as a result of such unfair competition for which Accelerated has no

23   adequate remedy at law.  Accelerated will continue to suffer such irreparable harm

24   unless Counter-Defendants are enjoined by this Court from making untrue and/or

25   misleading statements, including in relation to their business and services.

26       56.    Upon information and belief, Counter-Defendants have made these

27   untrue and misleading advertisements willfully and with full knowledge of the false

28   and misleading nature of their statements and advertisements.

## **PRAYER FOR RELIEF**

Wherefore, Accelerated prays for entry of judgment:

(1)    dismissing the Complaint. with prejudice;

(2)    declaring that Accelerated has not infringed any of the Plaintiffs' asserted trademarks or trade names;

(3)    declaring that Plaintiffs have no legal right in any of the asserted marks, or the right to stop Accelerated or anyone else from using such marks in internet advertising or otherwise;

(4)    ordering the United States Patent and Trademark Office to refuse registration of the '990 application;

(5)    ordering the United States Patent and Trademark Office to refuse registration of the '719 application;

(6)    canceling all registrations Plaintiffs have improperly obtained for such marks with the State of California;

(7)    declaring that Accelerated has not engaged in any act of unfair competition, including by using the asserted marks for online keyword advertising, or otherwise;

(8)    declaring that Accelerated's use of the asserted marks for online keyword advertising purposes does not constitute false designation of origin;

(9)    declaring that Accelerated has not been unjustly enriched by any use of the asserted marks for online keyword advertising purposes or otherwise;

(10)    declaring that neither Grasshopper nor Silver Strand has suffered injury, including injury to their business reputation, as a result of Accelerated's use of the asserted marks for online keyword advertising purposes or otherwise;

(11)    enjoining Plaintiffs, as well as their agents, servants, employees, and attorneys, and all persons in active concert or participation with them, from directly or indirectly charging infringement, or instituting any further action for infringement, of the asserted marks or any similar marks thereto against

ANSWER AND COUNTERCLAIMS

1  Accelerated, or its customers;

2      (12)  enjoining Counter-Defendants from falsely and deceptively describing

3  or representing the nature, characteristics or qualities of the Counter-Defendants'

4  business services, associations, sponsorship or affiliations.

5      (13)  finding the Counter-Defendants jointly and severably liable for

6  Accelerated's damages and requiring Counter-Defendants to pay Accelerated's

7  damages in a sum to be proven at trial;

8      (14)  requiring Counter-Defendants to disgorge and return to Accelerated all

9  profits and benefits unjustly earned at Accelerated's expense;

10      (15)  declaring that Counter-Defendants have acted willfully by their unfair

11  trade practices;

12      (16)  trebling of the award of damages to Accelerated;

13      (17)  awarding Accelerated its reasonable attorneys' fees and costs; and

14      (18)  awarding to Accelerated such other and further relief as the Court

15  deems just and proper.

16

17  DATED: December 23, 2009          FOX ROTHSCHILD, LLP

18

19                  By: _____

20                      James E. Doroshow
                        Attorney for Defendant and
21                      Counterclaimant Accelerated Recovery
                        Centers, LLC

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant and Counterclaimant Accelerated Recovery Centers, LLC hereby demand a trial by jury as to all issues properly so tried.


DATED: December 23, 2009          FOX ROTHSCHILD, LLP


By: _____
    James E. Doroshow
    Attorney for Defendant and
    Counterclaimant Accelerated Recovery
    Centers, LLC

ANSWER AND COUNTERCLAIMS

LA1 33366v3 12/23/09

# EXHIBIT 1



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC |
| LAST DOC |

*TESS was last updated on Sat Dec 19 04:02:31 EST 2009*

| Logout | Please logout when you are done to release system resources allocated for you.

| Start | List At: | | OR | Jump | to record: | **Record 1 out of 3**

| TARR Status | | ASSIGN Status | | TDR | | TTAB Status |    ( *Use the "Back" button of the Internet Browser to return to TESS* )

## Typed Drawing

| | |
|---|---|
| **Word Mark** | PASSAGES |
| **Goods and Services** | (ABANDONED) IC 035. US 100 101 102. G & S: Drug and Alcohol Residential Treatment Center. FIRST USE: 20010615. FIRST USE IN COMMERCE: 20010615 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78209585 |
| **Filing Date** | January 31, 2003 |
| **Current Filing Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Owner** | (APPLICANT) Grasshopper House,LLC LTD LIAB JT ST CO UNITED STATES 6428 Meadows Court Malibu CALIFORNIA 90265 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

| TESS Home | New User | Structured | Free Form | Browse Dict | Search OG | Top | Help | Prev List | Curr List | Next List | First Doc | Prev Doc | Next Doc |
| Last Doc |

**Live/Dead Indicator**     DEAD

**Abandonment Date** March 4, 2005

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=4010:hvsi4h.4.1

12/21/2009

# EXHIBIT 2

| To: | Grasshopper House,LLC (chris@passagesmalibu.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 78209585 - PASSAGES - N/A |
| Sent: | 7/22/03 11:46:46 AM |
| Sent As: | ECom102 |
| Attachments: | Attachment - 1 |

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 78/209585

**APPLICANT**:          Grasshopper House,LLC

**CORRESPONDENT ADDRESS**:
    Grasshopper House,LLC

    6428 Meadows Court
    Malibu CA USA 90265

**RETURN ADDRESS:**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
**ecom102@uspto.gov**

**MARK**:     PASSAGES

**CORRESPONDENT'S REFERENCE/DOCKET NO:**  N/A

**CORRESPONDENT EMAIL ADDRESS**:
    chris@passagesmalibu.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
   4. Your telephone number and e-
   mail address.

# OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

Serial Number  78/209585

The assigned examining attorney has reviewed the referenced application and determined the following.

**No Conflicting Registered Marks**
The examining attorney has searched the Office records and has found no similar registered mark which bars registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d).  TMEP section

1105.01. Please note that the examining attorney has found a potentially conflicting pending application.

## Prior Pending Application

The examining attorney encloses information regarding pending Application Serial No. 78179709. The filing date of the referenced application precedes the applicant's filing date. There may be a likelihood of confusion between the two marks under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). If the referenced application matures into a registration, the examining attorney may refuse registration in this case under Section 2(d). 37 C.F.R. Section 2.83; TMEP section 1208.01.

If the applicant believes that there is no potential conflict between this application and the earlier-filed application, the applicant may present arguments relevant to the issue in a request to remove the application from suspension. The election to file or not to file such a request at this time in no way limits the applicant's right to address this issue at a later point.

## Cannot Assert Use and Intent-to-Use Basis for Same Services

The applicant asserts use of the mark in commerce for treatment center services and applicant asserts that it has a bona fide intent to use the mark in commerce for the same services. An applicant may not assert both use of the mark in commerce, under Trademark Act Section 1(a), 15 U.S.C. Section 1051(a), and intent to use the mark in commerce, under Trademark Act Section 1(b), 15 U.S.C. Section 1051(b), for the same goods or services. 37 C.F.R. Section 2.34(b)(1). The applicant must delete one basis or divide the goods/services between the two bases, as appropriate.

## Specimen Unacceptable

The specimen is unacceptable as evidence of actual service mark use because it is merely a print of the mark and does not show use of the mark in the sale or advertisement of the services. The applicant must submit a specimen showing the mark as it is used in commerce. 37 C.F.R Section 2.56. Examples of acceptable specimens are signs, photographs, brochures or advertisements that show the mark used in the sale or advertising of the services. TMEP section 1301.04. The applicant must verify, with an affidavit or a declaration under 37 C.F.R. Section 2.20, that the substitute specimen was in use in commerce at least as early as the filing date of the application. 37 C.F.R. Section 2.59(a); TMEP section 905.10.

Pending an adequate response to the above, the examining attorney refuses registration under Trademark Act Sections 1, 2, 3 and 45, 15 U.S.C. §§1051, 1052, 1053 and 1127, because the record does not show use of the proposed mark as a service mark. TMEP §§904.11 and 1301.02 *et seq.*

## Declaration Supporting Use

The applicant must verify, with an affidavit or a declaration under 37 C.F.R. Section 2.20, that the substitute specimen was in use in commerce at least as early as the filing date of the application. 37 C.F.R. Section 2.59(a); TMEP section 905.10.

The statement supporting use of the substitute specimen must read as follows:

> The substitute specimen was in use in commerce at least as early as the filing date of the application.

The applicant must sign this statement either in affidavit form or with a declaration under 37 C.F.R. Section 2.20.

The following is a properly worded declaration under 37 C.F.R. Section 2.20. At the end of the response, the applicant should insert the declaration signed by someone authorized to sign under 37 C.F.R. Section 2.33(a).

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the facts set forth in this application are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

_____
(Signature)

_____
(Print or Type Name and Position)

_____
(Date)

**Improper Use of ® Symbol**
The specimen shows use of the federal registration symbol with the mark; however, Office records do not show that the mark is registered. The applicant may not use the federal registration symbol until a mark is registered in this Office. After registration of the mark, the applicant may use the symbol only with the specific goods or services recited in the registration. TMEP §§906 and 906.02.

**State of Incorporation**
The applicant must indicate its state of incorporation. 37 C.F.R. Section 2.32(a)(3)(ii); TMEP sections 802.03(c) and 802.04. Applicant has indicated that USA is the state under whose laws it is registered as a Limited Liability Joint Stock Company. This is not acceptable.

**Response Guidelines**
The following authorities govern the processing of trademark and service mark applications: The Trademark Act, 15 U.S.C. Section 1051 *et seq.*, the Trademark Rules of Practice, 37 C.F.R. Part 2, and the *Trademark Manual of Examining Procedure* (TMEP).

No set form is required for response to this Office action. The applicant must respond to each point raised. The applicant should simply set forth the required changes or statements and request that the Office enter them. The applicant must sign the response. In addition to the identifying information required at the beginning of this letter, the applicant should provide a telephone number to speed up further processing.

The applicant may wish to hire a trademark attorney because of the technicalities involved in the

application. The Patent and Trademark Office cannot aid in the selection of an attorney.

If the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

/Michael Webster/

Michael Webster
Examining Attorney
USPTO Law Office 102
(703) 308-9102 ext. 220
ecom102@uspto.gov (formal response)

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

To respond formally via E-mail, visit **http://www.uspto.gov/web/trademarks/tmelecresp.htm** and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

**Print: Jul 22, 2003**                    **78179709**

**TYPED DRAWING**

**Serial Number**
78179709

**Status**
NON-FINAL ACTION - MAILED

**Word Mark**
PASSAGES TO RECOVERY

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Aspen Education Group, Inc. CORPORATION CALIFORNIA 17100 Pioneer
Boulevard Suite 300 Cerritos CALIFORNIA 90701

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Inpatient and
outpatient treatment and counseling for abused, addicted, and at-risk
children, young adults, and their parents in the nature of
psychological and sociological services..  First Use: 2001/03/00.
First Use In Commerce: 2001/03/00.

**Filing Date**
2002/10/29

**Examining Attorney**
KEAM, ALEX

**Attorney of Record**
Tawnya R. Wojciechowski

-1-

# EXHIBIT 3

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 2,834,366

Registered Apr. 20, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

# PASSAGES TO RECOVERY

ASPEN EDUCATION GROUP, INC. (CALIFOR-
NIA CORPORATION)
17100 PIONEER BOULEVARD
SUITE 300
CERRITOS, CA 90701

FOR: INPATIENT AND OUTPATIENT TREAT-
MENT AND PSYCHOLOGICAL COUNSELING FOR
ABUSED, ADDICTED, AND AT-RISK CHILDREN,

YOUNG ADULTS, AND THEIR PARENTS , IN
CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 3-0-2001; IN COMMERCE 3-0-2001.

SER. NO. 78-179,709, FILED 10-29-2002.

TRICIA THOMPKINS, EXAMINING ATTORNEY

# EXHIBIT 4

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Dec 19 04:02:31 EST 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*

## PASSAGES SILVER STRAND

**Word Mark**      **PASSAGES SILVER STRAND**

**Goods and**     IC 041. US 100 101 107. G & S: Educational services in the field of health and lifestyle wellness, namely, mental, physical and spiritual
**Services**      healing and well-being. FIRST USE: 20090414. FIRST USE IN COMMERCE: 20090414

IC 044. US 100 101. G & S: Treatment, counseling, and rehabilitation services for persons suffering from substance abuse and dependencies, including from drugs and alcohol; counseling and training services related to mental, physical and spiritual health and well-being. FIRST USE: 20090414. FIRST USE IN COMMERCE: 20090414

IC 045. US 100 101. G & S: Spiritual counseling. FIRST USE: 20090414. FIRST USE IN COMMERCE: 20090414

**Standard**
**Characters**
**Claimed**
**Mark Drawing**

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77797990 |
| **Filing Date** | August 5, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Passages Silver Strand, LLC LIMITED LIABILITY COMPANY CALIFORNIA 241 Market Street Port Hueneme CALIFORNIA 93041 |
| **Attorney of Record** | Bradley M. Ganz |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SILVER STRAND" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 5

| | |
|---|---|
| **To:** | Passages Silver Strand, LLC (mail@ganzlaw.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 77797990 - PASSAGES SILVER STRAND - PAS-3.007 |
| **Sent:** | 11/16/2009 2:28:28 PM |
| **Sent As:** | ECOM116@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**     77/797990

**MARK:** PASSAGES SILVER STRAND

**CORRESPONDENT ADDRESS**:
 BRADLEY M. GANZ
 GANZ LAW, P.C.
 PO BOX 2200
 HILLSBORO, OR 97123-1921

# *77797990*

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

 **APPLICANT**:     Passages Silver Strand,
LLC

 **CORRESPONDENT'S
REFERENCE/DOCKET NO**:
 PAS-3.007
 **CORRESPONDENT E-MAIL ADDRESS**:
 mail@ganzlaw.com

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE: 11/16/2009**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## SEARCH OF OFFICE'S DATABASE OF MARKS

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

## IDENTIFICATION OF SERVICES

The wording in the identification of services is indefinite and must be clarified because the nature of the services is unclear and identifies services in more than one class. *See* TMEP §1402.01. Applicant must amend this wording to specify the common commercial or generic name for the services. If there is no common commercial or generic name for the services, then applicant must describe the nature of the services as well as their main purpose, channels of trade, and the intended consumer(s).

Applicant may substitute the following wording, if accurate:

Class 41:    Training in the field of health and lifestyle wellness, namely, mental, physical and spiritual heal and well-being;

Class 44:    Addiction treatment services, drug and alcohol rehabilitation counseling and rehabilitation of persons suffering from substance abuse and dependencies, including from drugs and alcohol; counseling in the field of health and lifestyle wellness;

Class 45:    Spiritual counseling

Identifications of services can be amended only to clarify or limit the services; adding to or broadening the scope of the services is not permitted. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07. Therefore, applicant may not amend the identification to include services that are not within the scope of the services set forth in the present identification.

For assistance with identifying and classifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identifications of Goods and Services* at http://tess2.uspto.gov/netahtml/tidm.html. *See* TMEP §1402.04.

## DISCLAIMER REQUIRED

Applicant must disclaim the geographically descriptive wording "SILVER STRAND" apart from the mark as shown, because it is primarily geographically descriptive of origin of the services. *See* 15 U.S.C. §1056(a); TMEP §§1210.06(a), 1213.03(a). As evidenced by the attached Internet materials, Port Hueneme is located in the Silver Strand beach area in California.

The Office can require an applicant to disclaim an unregistrable part of a mark consisting of particular wording, symbols, numbers, design elements, or combinations thereof. 15 U.S.C. §1056(a). Under Trademark Act Section 2(e), the Office can refuse registration of an entire mark if the entire mark is merely descriptive, deceptively misdescriptive, or primarily geographically descriptive of the goods and/or services. 15 U.S.C. §1052(e). Thus, the Office may require an applicant to disclaim a portion of a mark that, when used in connection with the goods and/or services, is merely descriptive, deceptively misdescriptive, primarily geographically descriptive, or otherwise unregistrable (e.g., generic). *See* TMEP §§1213, 1213.03.

Failure to comply with a disclaimer requirement can result in a refusal to register the entire mark. TMEP §1213.01(b).

A "disclaimer" is a statement that applicant does not claim exclusive rights to an unregistrable component of a mark. TMEP §1213. A disclaimer does not affect the appearance of the applied-for mark. *See* TMEP §1213.10.

A disclaimer does not physically remove the disclaimed matter from the mark, but rather is a written statement that applicant does not claim exclusive rights to the disclaimed wording and/or design separate and apart from the mark as shown in the drawing. TMEP §§1213, 1213.10.

The following cases further explain the disclaimer requirement: *Dena Corp. v. Belvedere Int'l Inc.*, 950 F.2d 1555, 21 USPQ2d 1047 (Fed. Cir. 1991); *In re Brown-Forman Corp.*, 81 USPQ2d 1284 (TTAB 2006); *In re Kraft, Inc.*, 218 USPQ 571 (TTAB 1983).

The computerized printing format for the Office's *Trademark Official Gazette* requires a standardized format for a disclaimer. TMEP §1213.08(a)(i). The following is the standard format used by the Office:

**No claim is made to the exclusive right to use "SILVER STRANDS" apart from the mark as shown.**

TMEP §1213.08(a)(i); *see In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).

/Michele-Lynn Swain/
Examining Attorney
(PH)571-272-9232
(FX)571-273-9116

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail. For *technical* assistance with the form, please e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned examining attorney. **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

http://www.parks.ca.gov/?page_id=654       11/13/2009 01:16:44 PM



# California State Parks
## DISCOVER THE MANY STATES OF CALIFORNIA.

Skip to: Content | Footer | **Accessibility**

Home | Visit a Park | Park Management | Jobs | Learning | Newsroom | Off-Highway Vehicles | Historic Preservation | Site Index

Find Parks   Camping   Reservations & Fees   Passes   Sale Dates   Accessibility   Maps & Brochures   Travel Tips

Adventure #232

About the Beach
Activities and Programs
Brochures
Photos
State Parks Store
Day Hiker's Trails
Current Weather
Map of Location
Accessible Features

California Coastline Photos:

**View Parks by**

## Silver Strand SB
State Beach



Online **Reservations**
Book them now.

**Silver Strand SB Now offers Online Reservations!**
To make a reservation now Click Here.

Silver Strand State Beach features extensive beaches on both the Pacific Ocean and San Diego Bay. Combined with the area's mild climate, the beaches make Silver Strand one of the area's finest recreation destinations. Camping, swimming, surfing, boating, water-skiing, volleyball, and picnicking are popular activities. Anglers can fish for perch, corbina, grunion and yellow-fin croaker.

Park facilities include four large parking lots, which can accommodate up to 1,000 vehicles. Restroom and cold showers are available on each side of the park. Beach restrooms are for Day-Use visitors. Per Coastal Commission regulations, vehicles that are not fully self-contained will be turned away. Fire rings for cookouts are also available. It is always a good idea to call ahead regarding operating hours, fees, and conditions, which can change.

Park Features Icon Legend

Hours

The front gate opens year-round at 8 a.m. Camping is available for self-contained vehicles, motor-homes, or trailers. Per Coastal Commission regulations, vehicles that are not fully self-contained will be turned away. It is always a good idea to call ahead regarding operating hours, fees, and conditions, which can change.

County

San Diego

Region

San Diego County

http://www.parks.ca.gov/?page_id=654     11/13/2009 01:16:44 PM



**Region, City or County**

The bay side of the park offers views of San Diego Bay. Three pedestrian tunnels lead from the parking lots under the highway to the bay side of the park. (The bay side of the park is restricted to pedestrian traffic only. No vehicles are allowed in the tunnels or on the bay side.) The water in the bay area is usually warmer and calmer, perfecting for swimming and sailing. Ramadas, tables, barbecue pits, and fire rings are available in the area. South of the developed area, there are one and a half miles of ocean and natural preserve. Strolling along the beach, visitors can see moonsnails, conchshells, and an occasional sand dollar in the sand.

~ Dogs are **not allowed** on the beach, in the tunnels, or on the bay side.
~ Dogs **are allowed** only in the day use and camping area parking lots.
~ All dogs must remain on a leash no longer than six feet in length.

**Location-Directions**
The beach is located 4.5 miles south of the city of Coronado on Highway 75. The park is located on the sand-spit that forms the outer edge of San Diego Bay between Coronado and Imperial Beach. The park has 2 ½ miles of ocean beach and ½ mile on the bay. The entrance to the park is from Highway 75, which serves as a divider between the ocean side of the park and the bay side.

*Address*
5000 Highway 75
Coronado, CA 92118

**Wi-Fi Service**
Silver Strand State Beach now offers AT&T Wi-Fi Service!
This service enables park visitors with wireless enabled laptop computers or personal digital assistants (PDAs) to access the Internet. Park visitors will be able to gain Wi-Fi access when they use a wireless device within about 150 to 200 feet of the Life Guard Tower located in the park. For more information about this service please see January 19, 2005, News Release.

» January 19, 2005, News Release (pdf)
» Other parks with WiFi access...

San Diego County

**Telephone**
619 435 5184

**Operating Hours**

The front gate opens year-round at 8 a.m. Camping is available for self-contained vehicles, motor-homes, or trailers. Per Coastal Commission regulations, vehicles that are not fully self-contained will be turned away. It is always a good idea to call ahead regarding operating hours, fees, and conditions, which can change.

**Address**
5000 Highway 75
Coronado, CA 92118

**Regularly Scheduled Programs**

● Junior Rangers
● Campfire Programs
● Nature Walks
● "Explore & Restore SSSB"
● Plover Patrol Volunteers

Back to Top | Contact Us | Site Map | Customer Care and Privacy Policy | Email Webmaster

Conditions of Use | Privacy Policy
Copyright © 2009 State of California

http://74.125.93.132/search?q=cache:YtOv4HuGfukJ:en.wikipedia.org/wiki/Silver_Strand_Beach+silver+strand+%22po
rt+hueneme%22+located&cd=9&hl=en&ct=clnk&gl=us      11/13/2009 12:56:17 PM

This is Google's cache of http://en.wikipedia.org/wiki/Silver_Strand_Beach. It is a snapshot of the page as it appeared on Nov 8, 2009 04:52:43 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: silver strand port hueneme located                    Text-only version

Try Beta    👤 Log in / create account

**article** | discussion | **edit this page** | history



Knowledge Forever
Ad-Free Forever
Wikipedia Forever

[Hide]

Coordinates: 🌐 32°37′29″N 117°8′18″W

WIKIPEDIA
The Free Encyclopedia

**navigation**
- Main page
- Contents
- Featured content
- Current events
- Random article

**search**
[        ]
[ Go ] [ Search ]

**interaction**
- About Wikipedia
- Community portal
- Recent changes
- Contact Wikipedia
- Donate to Wikipedia
- Help

**toolbox**
- What links here
- Related changes
- Upload file
- Special pages
- Printable version
- Permanent link
- Cite this page

# Silver Strand Beach

From Wikipedia, the free encyclopedia

**Silverstrand Beach** is a one mile long beach community bordered by the the cities of Oxnard and **Port Hueneme**. It is bounded on the south by the Port of Hueneme and to the north by the Channel Islands Harbor; The eastern side of the beach is entirely composed of the United States Navy Base at **Port Hueneme**. The harbors and the Naval base almost completely surround Silverstrand isolating the area and making it accessible by only one road.

Silverstrand is also home to the Oxnard base of the United States Coast Guard and the National Weather Service Oxnard operation which covers Los Angeles County, Ventura County, Santa Barbara County and San Luis Obispo County.

**Contents** [hide]

1 Silverstrand
    1.1 History
    1.2 Beach
    1.3 Shipwreck
    1.4 Localism
    1.5 Music and entertainment
    1.6 Proper Name
2 Points of Interest
3 References
4 External links



Map of **Silver Strand** Beach (area inside the red lines)

http://74.125.93.132/search?q=cache:YtQv4HuGfukJ:en.wikipedia.org/wiki/Silver_Strand_Beach+silver+strand+%22po
rt+hueneme%22+located&cd=9&hl=en&ct=clnk&gl=us        11/13/2009 12:56:17 PM

4 External links

## Silverstrand                                                                            [edit]

Silverstrand, commonly referred to as "The **Strand**", is a collection of mostly post-WW II single family homes, and some Multi-Family homes. There are two small zoned commercial districts. The main commercial district is centered around Roosevelt Boulevard and consists of a collection of restaurants, real estate offices and a few small bussineses. The second commercial zone is `located` at the south end of the beach.

The Population of Silverstrand is 3,315. Median Household income is $71,850 with a per capita income $42,974. Median age is 39. The population is 89% White Non-hispanic.[1]

## History                                                                                 [edit]

The Silverstrand Beach community dates back to 1924 when the Hollywood Beach subdivision was initiated in unincorporated Ventura County . Silverstrand was mapped in 1925, and Hollywood by the Sea in 1926. Hollywood by the Sea is `located` adjacent to Silverstrand on the east side of Victoria Avenue / Roosevelt Boulevard. The harbor, which was constructed in the 1960's, is `located` where much of Hollywood by the Sea once stood.[2]

## Beach                                                                                    [edit]

Silverstrand Beach is a one mile long sandy beach running 150 yds in width. It is capped by the north and and south jetties which both have small parking lots and limited restroom facilities. The coast is a sandy bottom beach break which has significant rip tides and undertow. Lifeguards are not on duty from Sept to may.

## Shipwreck                                                                   [edit]

In 1970 the declining luxury cruise liner La Jenelle had been anchored off Silverstrand awaiting investments for reconditioning. On April 13th strong winds pushed the ship near the entrance of the Port of Hueneme where the ship hit a sand bar and capsized. Since the boat was well over 50 years old it was abandoned by its owners and quickly started disintegrating in the surf. To prevent injury the navy cut the exposed top off the boat and then filled hull and surrounding area with rocks and sand. Parts of the deck and hull are still visible from the south jetty and a full length view of the of the ship can be seen from the ocean.



The Mural Wall at The Ship parking lot, Silverstrand Beach.

## Localism                                                                    [edit]

Often attributed to its isolated location and blue collar and Naval history Silverstrand's surfers have fostered a reputation as being unfriendly to outsiders. Confrontations between local residents and surfers from out of the area are not uncommon. The Silverstrand locals, often refered to as SSL, have gained a near mythical status in california's surfing culture and been featured in surfer magazine and the Documentary The Swell Life.[3]

## Music and entertainment                                                                  [edit]

Silverstrand Beach is credited as being the birthplace of the Nardcore style of hardcore punk music. Oxnard was the epicenter of the early 1980s hardcore punk scene in Southern California, and many of its founding genre bands were from Silverstrand, most notable being Dr. Know, Agression, Stalag 13 and Ill Repute.

http://74.125.93.132/search?q=cache:YtOv4HuGfukJ:en.wikipedia.org/wiki/Silver_Strand_Beach+silver+strand+%22po
rt+hueneme%22+located&cd=9&hl=en&ct=clnk&gl=us        11/13/2009 12:56:17 PM

Know, Agression, Stalag 13 and Ill Repute.

## Proper Name [edit]

Silverstrand is known by numerous different names and spelling. The name was created by the Hollywood Beach subdivision in 1924 and was spelled as one word *Silverstrand*. However, in the Ventura county coastal zoning ordinance the area is referred to with two words *Silver Strand*. It also known as Channel Islands Beach.

## Points of Interest [edit]

- Quincy Street Ltd. - Dinner restuaraunt with a full bar.
- Big Daddy O's Beach BBQ & Catering
- Pepe's - a little burrito and taco place.
- Jetty Surf Cafe - a nice little breakfast and lunch place with a Hawaiian twist.
- The Corner Store - a little convenience store.
- The Beachcomber - a wine and beer bar which features live music

## References [edit]

1. ^ *City Data - Channel Islands Beach ⊞ 2007 data, Accessed Nov 8th, 2009
2. ^ *CIBSD History ⊞, Accessed Nov 8th, 2009,
3. ^ *The Swell Life ⊞ Darren E. McInerney, 2001

## External links [edit]

- California State Park official site ⊞
- City Data - Channel Islands Beach ⊞
- Channel Islands Beach Community Services District ⊞
- The Swell Life ⊞

 **Protected Areas of California** [show]

Categories: Protected areas of California | Geography of Oxnard, California

WIKIPEDIA    This page was last modified on 8 November 2009 at 04:50.    Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.    Privacy policy    Disclaimers



| | |
|---|---|
| **To:** | Passages Silver Strand, LLC (mail@ganzlaw.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 77797990 - PASSAGES SILVER STRAND - PAS-3.007 |
| **Sent:** | 11/16/2009 2:28:31 PM |
| **Sent As:** | ECOM116@USPTO.GOV |
| **Attachments:** | |

# IMPORTANT NOTICE REGARDING YOUR TRADEMARK APPLICATION

**Your trademark application (Serial No. 77797990) has been reviewed. The examining attorney assigned by the United States Patent and Trademark Office ("USPTO") has written a letter (an "Office action") on 11/16/2009 to which you must respond (*unless the Office letter specifically states that no response is required*). Please follow these steps:**

**1.** Read the Office letter by clicking on this **link** **http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77797990&doc_type=OOA&** OR go to **http://tmportal.uspto.gov/external/portal/tow** and enter your serial number to access the Office letter. If you have difficulty accessing the Office letter, contact **TDR@uspto.gov**.

**PLEASE NOTE**: The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**2. Contact** the examining attorney who reviewed your application if you have any questions about the content of the Office letter (contact information appears at the end thereof).

**3. Respond** within 6 months, calculated from **11/16/2009** (*or sooner if specified in the Office letter*), using the Trademark Electronic Application System (TEAS) **Response to Office Action form**. If you have difficulty using TEAS, contact **TEAS@uspto.gov**.

## ALERT:

**Failure to file any required response by the applicable deadline will result in the ABANDONMENT (loss) of your application.**

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.**

# EXHIBIT 6

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77797990 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 116 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (041)(class added)** | |
| **INTERNATIONAL CLASS** | 041 |
| **DESCRIPTION** | |
| Educational services in the field of health and lifestyle wellness, namely, mental, physical and spiritual healing and well-being. | |
| **FILING BASIS** | Section 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 04/14/2009 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 04/14/2009 |
| **STATEMENT TYPE** | "The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"*[for an application based on Section 1(a), Use in Commerce]* OR **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use].* |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-709013481-162819400_._Pas_Specimen.pdf |
| **CONVERTED PDF FILE(S)** (3 pages) | \\TICRS\EXPORT8\IMAGEOUT8\777\979\77797990\xml7\ROA0002.JPG |
| | \\TICRS\EXPORT8\IMAGEOUT8\777\979\77797990\xml7\ROA0003.JPG |
| | \\TICRS\EXPORT8\IMAGEOUT8\777\979\77797990\xml7\ROA0004.JPG |

| SPECIMEN DESCRIPTION | Web pages |
|---|---|

## GOODS AND/OR SERVICES SECTION (045)(class added)

| INTERNATIONAL CLASS | 045 |
|---|---|
| DESCRIPTION | Spiritual counseling. |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 04/14/2009 |
| FIRST USE IN COMMERCE DATE | At least as early as 04/14/2009 |
| STATEMENT TYPE | **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"** *[for an application based on Section 1(a), Use in Commerce] OR* **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use].* |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN1-709013481-162819400_._Pas_Specimen.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT8\IMAGEOUT8\777\979\77797990\xml7\ROA0005.JPG |
| | \\TICRS\EXPORT8\IMAGEOUT8\777\979\77797990\xml7\ROA0006.JPG |
| | \\TICRS\EXPORT8\IMAGEOUT8\777\979\77797990\xml7\ROA0007.JPG |
| SPECIMEN DESCRIPTION | Web pages |

## ADDITIONAL STATEMENTS SECTION

| DISCLAIMER | No claim is made to the exclusive right to use SILVER STRAND apart from the mark as shown. |
|---|---|

## PAYMENT SECTION

| NUMBER OF CLASSES | 2 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEES DUE | 650 |

## SIGNATURE SECTION

| DECLARATION | /Bradley M. Ganz/ |
|---|---|

| | |
|---|---|
| **SIGNATURE** | |
| **SIGNATORY'S NAME** | Bradley M. Ganz |
| **SIGNATORY'S POSITION** | Attorney |
| **DATE SIGNED** | 11/19/2009 |
| **RESPONSE SIGNATURE** | /Bradley M. Ganz/ |
| **SIGNATORY'S NAME** | Bradley M. Ganz |
| **SIGNATORY'S POSITION** | Attorney |
| **DATE SIGNED** | 11/19/2009 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Thu Nov 19 18:43:16 EST 2009 |
| **TEAS STAMP** | USPTO/ROA-70.90.134.81-20 091119184316405180-777979 90-46053ff28dffb6ed63d071 836cea6149-CC-5124-200911 19162819400178 |

PTO Form 1957 (Rev 04/05)

OMB No. 0651-0050 (Exp 04/2009)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **77797990** has been amended as follows:

### CLASSIFICATION AND LISTING OF GOODS/SERVICES
**Applicant hereby adds the following class of goods/services to the application:**
New: Class 041 for Educational services in the field of health and lifestyle wellness, namely, mental, physical and spiritual healing and well-being.
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 04/14/2009 and first used in commerce at least as early as 04/14/2009, and is now in use in such commerce.
Applicant hereby submits a specimen for Class 041. The specimen(s) submitted consists of Web pages.
**"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as**

the filing date of the application"*[for an application based on Section 1(a), Use in Commerce] OR* "**The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use].*
**Original PDF file:**
SPN0-709013481-162819400_._Pas_Specimen.pdf
**Converted PDF file(s) (3 pages)**
Specimen File1
Specimen File2
Specimen File3

**Applicant hereby adds the following class of goods/services to the application:**
**New:** Class 045 for Spiritual counseling.
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 04/14/2009 and first used in commerce at least as early as 04/14/2009, and is now in use in such commerce.
Applicant hereby submits a specimen for Class 045. The specimen(s) submitted consists of Web pages.
**"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce] OR* "**The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use].*
**Original PDF file:**
SPN1-709013481-162819400_._Pas_Specimen.pdf
**Converted PDF file(s) (3 pages)**
Specimen File1
Specimen File2
Specimen File3

**ADDITIONAL STATEMENTS**
**Disclaimer**
No claim is made to the exclusive right to use SILVER STRAND apart from the mark as shown.

**FEE(S)**
Fee(s) in the amount of $650 is being submitted.

**SIGNATURE(S)**
**Declaration Signature**
If the applicant is seeking registration under Section 1(b) and/or Section 44 of the Trademark Act, the applicant has had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. 37 C.F.R. Secs. 2.34(a)(2)(i); 2.34 (a)(3)(i); and 2.34(a)(4)(ii); and/or the applicant has had a bona fide intention to exercise legitimate control over the use of the mark in commerce by its members. 37 C.F.R. Sec. 2.44. If the applicant is seeking registration under Section 1(a) of the Trademark Act, the mark was in use in commerce on or in connection with the goods and/or services listed in the application as of the application filing date or as of the date of any submitted allegation of use. 37 C.F.R.

Secs. 2.34(a)(1)(i); and/or the applicant has exercised legitimate control over the use of the mark in commerce by its members. 37 C.F.R. Sec. 244. The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that if the original application was submitted unsigned, that all statements in the original application and this submission made of the declaration signer's knowledge are true; and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: /Bradley M. Ganz/    Date: 11/19/2009
Signatory's Name: Bradley M. Ganz
Signatory's Position: Attorney

**Response Signature**
Signature: /Bradley M. Ganz/    Date: 11/19/2009
Signatory's Name: Bradley M. Ganz
Signatory's Position: Attorney

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

RAM Sale Number: 5124
RAM Accounting Date: 11/20/2009

Serial Number: 77797990
Internet Transmission Date: Thu Nov 19 18:43:16 EST 2009
TEAS Stamp: USPTO/ROA-70.90.134.81-20091119184316405
180-77797990-46053ff28dffb6ed63d071836cc
a6149-CC-5124-20091119162819400178



**AN INVITATION FROM PAX AND CHRIS PRENTISS**
the Co-Founders and Co-Directors of
Passages Addiction Cure Center

Passages is not a 12-step program and we do not share the belief that alcoholism and addiction are diseases. At the core of every addiction are underlying problems that are the direct cause of your dependency on drugs and alcohol. Alcoholism and addiction are just symptoms of the deep, underlying problems in your life. At Passages, we help you discover and heal those underlying problems, putting an end to your addiction. There are only four causes of alcoholism and addiction.

1. Chemical imbalance.
2. Events of the past you have not been able to reconcile.
3. Current conditions you can't cope with.
4. Things you believe that aren't true.

An example of #4 is the belief that alcoholism and addiction are diseases and that they are incurable. Once you buy into that belief, you will fail to seek the real causes that are always there. Until your personal underlying causes are discovered and healed, you will most likely continue using drugs and alcohol, struggling every day, but with no end in sight. Once your underlying problems are solved, your addiction will cease to exist; no more suffering, no more relapse, no more days and nights of anguish. You are free.

When you check into Passages, a ten-person team of expert therapists is assigned just to you or your loved one. These therapists work with you one-on-one, providing you with a total of 55 hours of private therapy in one month. Your therapists work as a team, sharing information on a daily basis, and then making changes to your program, so that your program progresses as you progress. Think of it; ten highly skilled therapists who have been working as a team for years, who will put forth their full effort just for you! That level of care is not available anywhere else in the world. There is only one Passages, and it is the right place, the only place, for you or someone you care about.

Passages pioneered the word "cure" as it applies to curing dependency on drugs and alcohol, and we are the pioneers of the one-on-one treatment program. In the eight years since we opened our doors, we set the standard; we raised the bar. There are many others who now copy us, but poorly, and why be satisfied with imitators? Remember we believe in a cure, and we believe in you!

THE PRIMARY REASON TO CHOOSE PASSAGES:
ONE-ON-ONE TREATMENT



Our unmatched and powerful program can provide complete recovery from any addiction.

We do this by first and foremost healing the underlying problems that our causing your addiction. We kr *your dependency on alcohol and drugs* is to discover the problems that have caused and are maintaining completely. We do this by providing you with ten of the world's finest therapists, hand picked from our p in approximately fifty hour-long, private, individual, one-on-one therapy sessions, far more than is provi more than 12 one-on-one sessions each week, and our therapists are at the forefront of modern addiction and whose only goal is to completely cure you of the problems underlying your dependency.

Every week, we (Chris and Pax) meet with all of your therapists for an intensive, group session called *Tr* progress is discussed, and a new program is designed for you for the coming week based on what you ne walk out of Passages completely cured of your dependency and ready to return home without the specter relapse hanging over your head. As a result, your program progresses as you progress, no two weeks are Your program is truly an individualized program. Through this incredible cutting edge treatment prograr Passages' team helps you or your loved one cure themselves so you can remain completely free of depen on drugs and alcohol for the rest of your lives.

The Passages level of care is not available at any other treatment center in the world. It is what sets us ap all other treatment centers along with our unmatched rate of success and the fact that we do not believe i disease concept of alcoholism and addiction. We have searched throughout the United States and many c countries and have not found any program that even comes close to offering the level of care that we offi Nearly every other center in the world still offers
the same cookie-cutter, group meeting approach. Their idea one-on-one treatment usually consists of one



continually preaching the disease concept, where you are labeled an inc
your fight to stay sober, one day at a time, for the rest of your life. And
program is the same as the week before, over and over again; their prog
cookie-cutter approach, the one-size-fits-all programs, and, along with
alcoholism and addiction, is what is primarily responsible for their incr
you like to be treated by someone who believed you could not be cured

# LEARN ABOUT THE TREATMENT PROGRAM

There is no shame in doing what you've done, in becoming what you've become. You were trying desper
We know that. We want the opportunity to restore you. Our most rewarding experience at Passages is to
being freed of their dependencies. What a joy! It's absolutely our favorite thing. You or someone you lov

We invite you to come to Passages and experience what it's like to be in the company of people who trul
heal it, who know how to free you from your dependency on addictive pills, alcohol, street drugs and add
behavior. We are curing people just like you every day. It makes no difference how long you've been dri
using drugs. It makes no difference how totally involved you are with your drug of choice, be it alcohol,
addictive prescription medications or
street drugs. It makes no difference how far down the ladder of addiction you have traveled, how far from
you have fallen. We will show you how to end relapse, how to end suffering and how to end your cravin
will show you how to restore your life. *We will show you how to be truly free.* This is our invitation to yo

We invite you to come to Passages and give yourself the gift of Passages. We offer you safe passage from
world of addiction to the world of freedom from addiction. We invite you to bring us yourself or your lo
and we will give you back the original person, the one who's been lost for so long.

Call us now at **(888) 777-8525** from 7am-10pm Pacific Standard Time, 365 days a year, to make your re
caring, knowledgeable people standing by who are ready to answer your questions and coordinate your a
cure, and we believe in you! Sincerely and with the greatest love and respect.

Chris and Pax Prentiss
Co-Founders, Co Directors

## CALL 1 (888) 777-8525

## Passages Silver Strand
## 244 East Clara Street
## Port Hueneme, CA 93041

### 7AM-10PM PACIFIC STANDARD TIME, 365 DAYS A YEAR

# EXHIBIT 7

United States Patent and Trademark Office

**Trademarks > Trademark Electronic Search System (TESS)**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP

*TESS was last updated on Sat Dec 19 04:02:31 EST 2009*

Logout  Please logout when you are done to release system resources allocated for you.

**Record 1 out of 1**

TARR Status | ASSIGN Status | TDR | TTAB Status  ( *Use the "Back" button of the Internet Browser to return to TESS*)

# PASSAGES MALIBU

| | |
|---|---|
| **Word Mark** | PASSAGES MALIBU |
| **Goods and Services** | IC 044. US 100 101. G & S: Treatment, counseling, and rehabilitation services for persons suffering from substance abuse and dependencies, including from drugs and alcohol; counseling and training services related to mental, physical and spiritual health and well-being |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77848719 |
| **Filing Date** | October 14, 2009 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |

**Basis**
**Owner**           (APPLICANT) Grasshopper House, LLC LIMITED LIABILITY COMPANY CALIFORNIA 6428 Meadows Ct. Malibu CALIFORNIA 90265
**Attorney of Record** Bradley M. Ganz
**Type of Mark**    SERVICE MARK
**Register**        PRINCIPAL
**Live/Dead Indicator** LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 8

# BUSINESS WORLD NEWS

"S P O T L I G H T   O N   S U C C E S S"



Streaming Videos

Home   FAQs   News/PR   TV Stations   Spotlights   Media Packages   Submit a Story

ARCHIVES
SCHEDULE
ABOUT BWN

**Now Airing**
Weekdays : 5:30-10:30 pm
Weekends : 10:00 am

Reaching **75 million guaranteed** households, businesses and passengers via international and local cable, satellite, airlines and cruise lines.

News feed / Video News Release (VNR) Distribution to **1100 TV news rooms**

## Transcript Excerpts

☒ Order it

**Passages Malibu**

| | |
|---|---|
| **Agency:** | TVA Productions |
| **Client:** | Chris Prentiss |
| **Project:** | Passages |
| **Title:** | The Alcohol and Addiction Cure - A Holistic Approach to Total Recovery |
| **Subject:** | |
| **Job #:** | |
| **Code #:** | |

| | |
|---|---|
| **Writer:** | Lane Davies |
| **Producer:** | TBD |
| **Director:** | TBD |
| **Medium:** | 30 minute BNW |
| **Contact:** | 805 501-8297 |
| **Draft:** | Draft 7: 03-31-05 |

(see Programming Schedule for specific airtimes)

PRODUCTION NOTE: Passages Malibu is a 24/7 residential recovery facility. The privacy and anonymity of the patients must be respected and observed at all times. It is suggested that actors be hired to portray patients in the establishing and cutaway footage in order to minimize impact on the facility. It is further suggested that crew size be kept to an absolute minimum for the same reason.

**SCRIPT**

| VIDEO | AUDIO |
|---|---|
| ANCHORS IN STUDIO | CARLOS: |
| | Welcome to Business World News. I'm CARLOS AMEZCUA. |
| | MARTI: |
| | And I'm Marti Johnson. In this special edition of our show we are going to tell you about an amazing breakthrough in curing, listen to this, CURING alcoholism and addiction. |
| | CARLOS: |
| | You'll also hear one of the greatest father-son stories of redemption ever told, of the son who fell to the horrible depths of heroin/cocaine/Alcohol addiction, who nearly lost his life several times, and of the dad who never gave up on his son, and how together, they turned that horrifying story into the world's most effective rehab. |



8-time Emmy award winning news team

Passages Malibu

Media *Blitz!*
Performance-based PR
You only pay for results

Shows Produced by TVA

BUSINESS
ENTERTAINMENT
HEALTH
POLITICAL

WORLD NEWS

According to a recent
Roper Survey

Six times more people
watch/read/listen to
news features than ads

Site Search [_____] [GO]

**CHRIS TEACHING A CLASS PAX AT HIS DESK**

**PASSAGES BEAUTY SHOT**

**ANCHORS IN STUDIO**

**REPORTER AT NEUTRAL LOCATION**
*PRODUCTION NOTE: COLOR IN THE*

MARTI:
And we'll talk about the electrifying new book, *The Alcoholism and Addiction Cure*, a book that may make the word "alcoholism" obsolete, and see it pass out of existence forever.

CARLOS:
Marti, that is one of the most amazing statements I've ever heard. Can you imagine what an impact that would have on the world to have found a cure for alcoholism and addiction?

MARTI:
I can Carlos, and I'm really excited about it.

CARLOS:
The father and son who are the subject of all these miraculous stories are Chris and Pax Prentiss, Co-Founders and Co-Directors of Passages, the world's most effective rehab which is located in Malibu , California.

MARTI:
For the first time ever, we'll actually take you inside the highly protected Passages, where some of the world's most famous people have cured their alcoholism and addiction problems, and where they are proving everyday that there is an absolute cure for alcoholism and addiction.

CARLOS:
Before we get into the details of this remarkable story, we want to stress that the word cure does not mean a former alcoholic or drug addict can once again use alcohol or drugs.

What it does mean is that their suffering is over. They will no longer be compelled to use drugs or alcohol to get through their days, and that they can remain sober without the fear of relapse

We will also see how the Passages program has created their phenomenal 84.4 percent success rate, the highest in the world.

MARTI:
That's right, Carlos, no one in the addiction industry uses that word, but "Cure" is what Prentiss' new book is all about and the results at his Passages treatment center bear him out.

Addiction and alcoholism, the twin demons that wreck homes, ruin lives, destroy families, and kill people, and which is America 's #1 health problem, may have just been solved.

For 70 years, we have been hearing that addiction and alcoholism are *diseases* , and that they are *in* curable. Prentiss rips that notion to shreds in his new book, *The Alcoholism and Addiction Cure*. His sparkling new concepts literally blast away what he calls "The stagnation that has clogged the minds of millions, and prevented people from seeing what was right in front of their eyes all along; that alcoholism and addiction are not diseases, they are not even the problem."

I was a doubter myself until I visited the fabulous Passages Treatment Center and interviewed the staff and many of the people who have gone through the Passages program. Now, I have to say, I'm a believer.

Passages Malibu

*FOLLOWING B-ROLL FOOTAGE SHOULD BE MUTED TO ALMOST BLACK AND WHITE IN ORDER TO CONTRAST TO THE PASSAGES FOOTAGE THAT FOLLOWS IT.*

B-ROLL OR STOCK:

SALVAGE YARD—WRECKED AUTOMOBILES

ACCIDENT SCENE—BLACK&WHITES, AMBULANCES, STRETCHERS, VICTIMS

B-ROLL: MALL, PARK, SCHOOL FOOTAGE

BEAUTY FOOTAGE OF PASSAGES

MALIBU

PACIFIC OCEAN

REPORTER AND CHRIS AT PASSAGES FACILITY

CHRIS PRENTISS INTERVIEW

CHRIS AND REPORTER WALKING

*(PRODUCER/DIRECTOR NOTE: CHRIS PRENTISS IS AN ARTICULATE AND COMPELLING PRESENCE. WHENEVER POSSIBLE, FORGO THE DIRECT INTERVIEW, AND JUST LET HIM TALK. HE MIGHT PREFACE HIS ANSWERS BY REPEATING BY REPEATING THE QUESTION, IE. "I'M OFTEN ASKED...") ETC.*

LOCATION ANCHOR:

I'm here on the grounds of the fabulous Passages Residential Substance Abuse Treatment Center in Malibu, California with Chris Prentiss, co-founder and co-director of Passages.

LA: Chris, before we begin, I been noticing your beautiful Statue of Liberty on your front lawn. Does it have any special significance?

C: Yes, it stands for freedom from alcoholism and addiction.

LA: Passages has become very famous in very short period of time. How did that happen?

C: We learned how to cure addiction and alcoholism and the word got out. There was also a lot of TV, radio and newspaper coverage.

LA: what is Passages known for?

C: One-on-one treatment, curing addiction and alcoholism and our unmatched success rate. Why don't we continue this in my office?

LA: That's fine with me.

(Chris's office looking out over the ocean.)

LA: I'm going to go right to the heart of this storm you have brewed in America over your use of the word "Cure." At Passages, do you really cure alcoholism and addiction?

C: Completely.

LA How is that possible when for years, actually for decades, everyone has been saying alcoholism and addiction are diseases and they are incurable.?

C: First of all, we believe we can do it. That's major.

LC: Why does that make such a difference?

C: If you believe you can do something, you set out to do it. If you believe it's impossible, you don't even begin. Do you remember Henry Ford's saying: "Whether you believe you can or you can't, you're right?"

LA: I've heard that. How does it apply?

C: Telling someone he or she will be an addict and alcoholic for life, that its' impossible to cure them, is like a death sentence. It poisons their mind and robs them of hope, which is one of the main ingredients for a cure.

Anchor: What effect does hopelessness have on treatment?

C: The body's ability to heal itself is one of the truly great miracles of life. Our immune systems are awesomely powerful. And in our bodies, the most powerful stimulator of the healing process is our mind. What we think and feel constantly manifests itself in our body. If we believe we cannot be cured, the resulting depression and hopelessness that stems from that utterly worthless thought cripples our immune system and sets the pattern for failure.

LA: What makes Passages so different and so wonderfully successful?

C: There are nine major reasons. The first is one-on-one treatment; we provide more than seventy individual treatment sessions a month with fourteen or fifteen different therapists. Healing addiction is an intensely personal matter that requires individual, one-on-one sessions three of four times a day, not just once or twice a week.

LC: What's the second reason?

C: The second reason is we treat the underlying causes that created the alcoholism and addiction in the first place. We do not treat alcoholism or addiction.

LC: That's the first time I've ever heard that. I thought alcoholism and addiction were the problems.

C: They're not. They are only symptoms of the problems. They are what the addict or alcoholic is using to cope with the problems.

ASK KEITH CATHERINE, ETC. WHAT SOME OF THE PROBLEMS ARE.

LC: What's the third reason?

C: We only accept twelve clients at a time. We actually have more therapists than we clients. At Passages, no one falls through the cracks. Everyone gets personalized attention.

LC: And the fourth reason?

C: Our staff, Pax and I have searched the country for the finest people in each area of healing. If I include the maids, kitchen help and maintenance people, we have nearly sixty people working at Passages.

LC: And the fifth reason?

A: Our team approach. During the first week, which is primarily a diagnostic week, a client receives more than twenty individual sessions from a dozen different therapists. At the end of the first week, all the therapists meet to pool their findings and plan a treatment program just for that one client. Every week thereafter, they meet again to update each other on what they have discovered and to plan that person's program for the following week.

LA: That's real teamwork! That's an amazing amount of individual attention. It sounds as if it can be extremely effective.

C: You'd have to sit in on the treatment team meetings to appreciate how effective it really is. That level of care is not available anywhere else in the world.

LA: What's the sixth reason?

C: The sixth reason is one that I have mentioned earlier. We believe a cure is possible. In China , the largest single population on earth, where they have been practicing healing for seven thousand years, they rate intention as the number one cause in stimulating healing.

Passages Malibu

LA: Why is intention so powerful?

C: It stimulates the life force within us. It stimulates the healing element. People live up to our expectations. We expect our clients to be cured, we talk to them as if cure is imminent, we create the conditions for healing within them. When we tell them that nearly everyone who comes to Passages for help leaves completely cured, their hope skyrockets. We have graduation ceremonies for each person who completes the program. At those ceremonies, new clients see and hear the person who is graduating. They see the sparkle in their eyes, they hear the excitement and gratefulness in their voices. They hear the comments of the others who were with them in treatment telling of the wonderful transformation they witnessed. They see that they, too, can be completely healed. They can be cured. We plant the seeds for success within each of them. With us, cure is not an isolated, occasional occurrence, but a way of life.

LA: I'm beginning to see why your program is so powerfully effective. What's the seventh reason?

C: Diagnostics. We perform blood tests, urine tests, stool tests, saliva tests and hair sample tests. We do psychological investigation and physical assessment. We collect data on their health history and their addiction history. We document their family life, and we evaluate their social function skills.

LA: What do those tests reveal?

C: The client's physical condition, their psychological condition, what has led them to this point in time where they need treatment. There's always a physical component to curing alcoholism and addiction and there's always a psychological component. It could be that a person is anemic, they might have hypoglycemia, or their thyroid or adrenals could be sluggish, or their liver could be in trouble. They could be lacking in amino acids or tryglicerides. Oftentimes, when a person has attention deficit disorder, commonly known as ADD, or bi-polar conditions, or an obsessive compulsive disorder, or a brainwave pattern imbalance, they are medicating the condition with drugs or alcohol. Not to discover those conditions is like trying to cure someone's addiction without knowing what what's wrong with them or what caused it in the first place.

LA: That's an amazing piece of information. No wonder you're rate of success is so high.

C: We also have many clients who come to Passages who are addicted to prescription drugs. Most of them are mis-medicated. I have seen people come to Passages taking as many as eleven medications, all prescribed by the same psychiatrist. I certainly do not want to take on the medical profession, but more and more doctors are using those famous three words for treatment.

LA: What are they?

C: "Here try this," and they hand out the latest free sample the drug salesman left in their office. Let's say a person goes to a doctor complaining of a back pain. Does the doctor suggest they see an acupuncturist? A chiropracter? A neurologist? An osteopath? No, he says, "Here, try this." And gives the patient some Vikodin or OxyContin, and sends him home. Six weeks later, the patient's hooked on pain killers. We get those people in treatment all the time.

LA: I can see why treatment centers that only provide group meetings for ninety-five percent of their programs fail. Is that why

the relapse rate is so high in the country?

C: Yes. If the underlying conditions are not discovered and healed, treatment is almost certain to fail.

LA: Why don't more of them do what you're doing?

C: I hope they will. We want to be a friend to them. Passages is the cutting edge of addiction treatment in the world. We are happy to share what we have learned with everyone. The reason I have written my book on curing alcoholism and addiction is not just to show addicts and alcoholics how to cure themselves, but to assist treatment centers everywhere in improving their programs.

LA: Aren't you afraid you'll put yourself out of business?

C: There are millions of addicts and alcoholics, far more than the treatment centers can handle, and with the brewing companies and drug companies spending billions of dollars yearly on advertising, that's not likely to change.

LA: What's the eighth reason.

C: We tell them the inner secrets of health and well being. There's this little gland in the center of our head that is called the hypothalamus. It produces peptides which are short-chain amino acids. The hypothalamus is the greatest pharmaceutical laboratory on our planet. It can perfectly reproduce any emotion we can feel, such as anger, depression, or happiness. It works 24 hours a day with no vacations. These peptides are distributed to every cell in your body. On the face of each cell are receptor sites. Millions of them on each cell. The peptides docks onto the cell and takes control of it. It sends these tiny tendrils into the cell and tells it what to do, including when to split and make anew cell. The new cell is not a clone, but now has more receptor sites for whatever it was receiving. If you have been sending it depressed type peptides, the new cell will have more receptor sites for depressed feelings and less receptor sites for feel good feelings. That goes on billions of times a minute.

LA: That is totally amazing! So, we are creating our bodies every second?

C: Every second. And there's more to it. The cells have a two-way communication system with our brain. It's as if the receptor sites are calling out for what they need: "Send me some more depressed type peptides!" We actually become addicted to those emotions. It's one of the main reasons it's so difficult to break out of long term depression. At Passages, in the month our clients are with us, they learn to create a body that feels good easier than it feels bad. Being happy is an art, and we teach it at Passages.

LA: That is one of the most amazing things I have ever heard. And what is the ninth and final reason?

C: The ninth reason is one of the most important:

LA: And what is that?

C: Pax. In my book, The Alcoholism and Addiction Cure, you can read Pax's story of what it's like to be a real addict and alcoholic. His story alone is worth the price of the book. You'll read of the insane things he did to score drugs, of the times he nearly lost his life, of how low he sank, of how degraded he became. His terrible ordeal is the reason Passages exists. In the book, you can read how the mind of an addict or alcoholic actually works which will be of invaluable help to people who are associated with someone who uses drugs or alcohol. There is no one who comes to Passages who

has done worse or sunk lower than Pax. Passages was Pax's idea. After he had been completely cured, it was Pax who said, "We know how to do it, let's do it." We hold that out to everyone who comes to Passages, that each one of them can take a degenerative, horrible addiction to drugs or alcohol and turn it into something great such as the world's most effective treatme nt program.

LA: What a great vision. You must be very proud of him.

C: More than I can say. It was a ten-year journey to hell and back, but he made it.

LA: May we see the rest of Passages?

C: Sure. Let's go visit our administrator, Dawn Steiger.

LA: Dawn, what is your role at Passages?

CHRIS PRENTISS INTERVIEW (CONT'D)

PASSAGES LIBRARY

BEACH/OCEAN

CHRIS PRENTISS INTERVIEW (CONT'D)

PUSH TO: ECU CHRIS FOR PAX'S STORY

CHRIS SMILES – CUT TO:

PAX PRENTISS INTERVIEW

PAX AND REPORTER

AT PASSAGES

No beach filming at all.

REPORTER/PAX PRENTISS:

• How do you feel being part of the world's most effective treatment program for drug and alcohol addiction? A. Grateful. Healing people of life-threatening dependencies is the most rewarding work I have ever done, and I am honored to be able to do it.

• Is it true that it was your idea to open Passages?

• Yes. While I was in different rehabs and sober living houses, I could see why they were not effective, and not just for me, but also for most of the people I was in there with. I knew what was needed.

• And what was that?

• One-on-one treatment by a team of people who would concentrate just on what I needed. Not to be in a roomful of people who got to talk for five minutes or not at all. That one-treatment-fits-all kind of therapy just doesn't work.

• Why?

• People can't talk about their deepest fears, their most humiliating experiences, and their greatest hurts in a roomful of strangers.

• What was it like, being an addict?

• It was the worst experience of my life, it was the greatest experience of my life. I learned more about how low one can sink, about how bad one can get, about how depraved we can become, and about what depths of despair we can go to than I ever could have learned while sober.

• And is that how you helped to create the Passages program?

• Yes, by what I learned on the streets, in the rehabs and sober houses, and by the things I did to maintain my habit. And I talked with hundred of addicts and alcoholics just like myself.

• How many times did you relapse?

• Probably forty or more times. There was one time, I can remember as if it were yesterday, I was standing in the street in

San Jose, trying to sell my shoes for ten dollars to get some heroin.

- It's hard to believe, seeing you here at Passages that you were once like that.

- Believe it, and know that it can happen to any one of us.

- What was the single greatest part of your recovery? P: My determination not to die and My dad. He never gave up on me. He always believed in me, even during my worst times. Once he stopped his whole life and took me away with him to a remote cabin for nine months. It was a hundred mile round trip to the nearest supermarket.

- Is that what cured you?

- No. After nine months, my dad had to leave for a few days on business and I drank alcohol as soon as he was gone. We left for home and I started using heroin again the first week I was home.

- Your kidding!

- No, I actually think it was the second day I got home.

- Was your dad disappointed?

- I'm sure he was. He had just taken nine months out of his life to try and get me sober and it was for nothing, but he didn't give up on me. I stole from him, hocked his valuables, and lied to him constantly, but he never gave up on me.

- And so how did Passages come about?

- During my years of addiction, I gradually became aware of what I was running from, and when I was finally able to talk to my dad about it, he helped me gain the insight I needed to overcome my greatest fear. Once I did that, my addiction ended in that moment.

- Are you cured?

- Absolutely. I am past it forever. I don't smoke cigarettes and I don't even drink coffee or soft drinks anymore. I can go into a bar or a nightclub, be around people who are drinking, and it doesn't bother me in the least. I don't like to be around people who drink or use drugs, but it doesn't bother me. There is no fear of relapse hanging over me. I do not have any cravings whatsoever. I'm completely cured.

- And now you're curing others?

- Every day.

- How do you feel about your wasted years?

- They weren't wasted. I treasure every one of them. I wouldn't give up even my worst day if I had the chance to do it because out of that terrible addiction, that horrible time, came Passages, a world class healing center that saves lives and restores torn apart families.

- Thank you, Pax. I want you to know that I feel honored to have interviewed you. You are a shining light, showing the world the possibility of taking a degenerative, horrible habit and turning it into a haven for healing drug and alcohol dependency without equal anywhere in the world.

- Thanks very much. (They stand and shake hands.)

- XXXXXXXXXXXXXXXXXXX

PAX: We have to weave the following into your first interview above as part of the interview.

Passages Malibu

Pax Prentiss was once an addict. He was 15 when he started smoking marijuana and within a year he was using a variety of drugs including alcohol, cocaine, ecstacy, psychedelics and heroin. By the time he was 18 he had settled on his drug of choice-- heroin combined with cocaine.

It was an expensive habit. To pay for it Pax turned to crime.

PAX:

I ran check scams, credit card scams, pawned anything I had of value. I stole from my father. I even stole from my drug dealers.

REPORTER:

Imagine getting a call from your son saying that he had just been beaten, almost to the point of death, by one of his dealers. That's what happened to Chris Prentiss.

Pax's jaw had been dislocated and broken in two places. His teeth were pointing in all directions. He could barely speak.

This guy wearing steel-toed boots kicked Pax in the face a dozen times. You would think he would have learned his lesson. But two days later Pax was using heroin again. That's when I learned that consequences do not stop addicts or alcoholics from using--not even the threat of death.

REPORTER VO:

PAX'S destructive behavior nearly cost him his life.

PAX:

Two dealers that I had stolen from kidnapped me and were driving me in my car to the dessert where they were going to kill me and take the car for payment.

REPORTER:

Pax got a reprieve when he promised to get the money. He did get the money—but instead of paying the debt, he ended up using the money to buy drugs.

CHRIS:

I was constantly afraid we were going to lose him. We never knew, from one day to the next, if we were going to see him again.

REPORTER:

Chris and Pax tried everything to get Pax off drugs. He was hospitalized three times and in rehab four times. And yet, like so many other addicts, once he got out of rehab, he immediately went back to using drugs.

Then, after 10 years, something happened.

PAX:

One day I began to realize what was causing me to use drugs. And I recognized that addiction is not a disease as I had been told so many times in the rehab centers. I realized that addiction is an effect of some other cause. It was a revelation.

REPORTER:

Chris and Pax had been through a ten-year cycle of addiction, recovery and more addiction, punctuated by periods of theft and violent conflicts with drug dealers. They knew that rehab centers generally didn't work.

After 10 years we knew what worked, and we knew what didn't

work. After 10 years, we knew that addiction was not a disease. It was the logical outcome of people trying to cope with an underlying problem or set of problems. And that is one of the reasons for the book, *The Alcoholism and Addiction Cure* . Chris and Pax Prentiss say that using their approach, anyone call overcome addiction, wherever they are, as long as they have some help from professionals in their area.

A: We will give you back your loved ones.

What is the most rewarding part of being co-director of the most successful rehab center in the world?

We recently caught up with Dr. _____ and he had this to day.

Dr. _____

This is the most successful program in the United States that I am aware of. I inspected the facility, interviewed the clinical staff, the support staff and current and past clients. I am convinced that the Passages model will become the new standard of care.

ANCHOR ONE:

Thank you, _____. That's a wonderful and inspiring story. You don't often see a book like this, backed up by real-world experience.

ANCHOR TWO:

That's right. Hope, happiness, a full life and freedom from the demons of addiction—these are the things Chris and Pax Prentiss promise, both at Passages, and in the ground-breaking new book, *The Alcoholism and Addiction Cure: A Holistic Approach to Total Recovery.*

This book is innovative, easy to read, and tells it like it is. This book seems destined to change the way we understand and treat, or, as Chris and Pax Prentiss would say, the way we cure addiction.

ANCHOR ONE:

We'll keep our eye on it. It looks like Chris Prentiss and *The Alcoholism and Addiction Cure* are forces to be reckoned with.

The opening paragraph reads, "Within the covers of this book, I will show you *how you can cure* your alcoholism or addiction. Here, at the outset, I want you to notice that I do not mince words. I do not say however," maybe, "although," "perhaps," or use other qualifying terms or conditions. By reading this book, you *will* learn how to cure your alcoholism or addiction.

ANCHOR TWO:

Powerful stuff. And one thing is sure—you can't argue with success. It's hard to find fault with an 84.41% recovery rate.

ANCHOR TWO

Absolutely. From all of us at Business World News, thanks for joining us. I'm _____

ANCHOR TWO

And I'm _____. We'll see you next time.

For those who want to know more about this remarkable program, you can contact Passages on their website or pick up a copy of Chris Prentiss's new book, *The Alcoholism and Addiction Cure*. It outlines the Passages program—and tells the story of the love a father and a son who teamed up to fight addiction, and got their lives back.

PASSAGES PATIENT INTERVIEW (TBD)

From Malibu, California, this is _____ reporting.

4 OR 5 SAMPLE TESTIMONIALS:

When I arrived at Passages, I was in pretty bad shape from alcohol abuse. I received very gentle and kind caring from every one, and began to get well quickly. Etc.

REPORTER AT PASSAGES

REPORTER:

DISCREET FOOTAGE OF PATIENTS AT PASSAGES – IN CLASS, IN THERAPY, IN AN EXAM ROOM

This is just one of many amazing stories to come out of the Passages experience.

PATIENT EXITING PASSAGES AND REUNITING WITH FAMILY

From all reports, Passages delivers what it promises: Hope, healing, and the restoration of lives and families. It is a program that discovers the *underlying causes of addictive behavior and heals* them. And perhaps most importantly, the passages experience *empowers people*, giving them the freedom that comes from regaining control of their own lives.

CHRIS PRENTISS INTERVIEW (CONT'D)

REPORTER:

It's hard to believe the Passages experience can be captured in a book. What inspired you to write *The Alcohol and Addiction Cure – A Holistic Approach to Total Recovery*, and what does it borrow from Passages itself?

CHRIS PRENTISS

CHRIS PRENTISS:

CLOSE-UP OF BOOK

- What to expect from the book

*The Alcohol and Addiction Cure*

- How it borrows from Passages

- Is it a guide, or a complete solution?

- Can just reading "The Alcoholism and Addiction Cure" bring about a cure in the reader?

CHRIS PRENTISS INTERVIEW (CONT'D)

REPORTER/CHRIS:

REPORTER AND CHRIS AT PASSAGES

If I may, I'd like to ask you some basic questions about alcohol and addiction:

- What is alcoholism?

- What are some of the major causes of alcoholism and addiction?

- How can we determine if we are addicts or alcoholics?

- So, if it's not alcoholism, what is it?

- What does that mean to those who are alcoholics?

- How did you come upon that concept?

- How does alcoholism and addiction begin? I have heard that there is gene that causes addiction and alcoholism. Is that true?

REPORTER OUTSIDE PASSAGES

REPORTER (VO):

Chris Prentiss is a man with a mission. Substance abuse is now the number one health problem in America. Many people accept prescription drugs as a way of life and addiction is raging.

CHRIS PRENTISS INTERVIEW (CONT'D)

CHRIS

PATIENTS

HYPOTHALMUS GRAPHICS

http://my.webmd.com

CHRIS PRENTISS INTERVIEW (CONT'D)

REPORTER AND CHRIS ON BEACH

B-ROLL:

NICE RESTAURANT, WINE ON TABLE

DOCTOR'S OFFICE – DOCTOR AND PATIENT

PARK OR STADIUM – BEER IN EVIDENCE

CHRIS PRENTISS INTERVIEW (CONT'D)

REPORTER WITH CHRIS

PASSAGES FOOTAGE:

ACCUPUNCTURIST AND PATIENT

PATIENT WITH COUNSELOR

PATIENT WITH HYPNO-THERAPIST

CHRIS WITH METAPHYSICS CLASS

MASSAGE THERAPIST AND PATIENT

PATIENT WITH EQUINE THERAPIST

PATIENT WITH WEIGHTS

LABORATORY/EXAM CUTS

PAX PRENTISS INTERVIEW

PAX AND REPORTER

PAX AT HIS DESK

PAX WITH PATIENTS

PAX AND CHRIS AT A GRADUATION CEREMONY

PAX ON THE BEACH

CHRIS PRENTISS INTERVIEW (CONT'D)

REPORTER WITH CHRIS

CHRIS'S OFFICE

CELEBRITY TESTAMONIAL (IF POSSIBLE)

REPORTER ON PASSAGES GROUNDS

CHRIS AND PAX PRENTISS INTERVIEW

CHRIS AND PAX IN THE LOBBY

CHRIS PRENTISS INTERVIEW (CONT'D)

REPORTER

I don't want to turn this into a tabloid report, but I have to ask. We hear so much about celebrities and their struggles with addiction and alcohol. It seems like every day we read or hear about another arrest. So...

• Are there movie and TV stars that have come to Passages?

• Can you name some of them?

• Are they harder to treat then the general public?

• Is their success rate higher or lower than the general public's?

CELEBRITY (TBD)

• What brought you to Passages?

• What was the experience like?

• How long have you been sober?

REPORTER (to Camera)

I know what you're thinking. Passages sounds like a dream come true for people struggling with alcohol and drugs, but can the average person afford it? The answer is, unfortunately, probably not. Fortunately, there is *The Alcoholism and Addiction Cure.*

CHRIS AND PAX

• More to this later

• Add the part about giving back the original person.

CHRIS AND REPORTER

CHRIS IN CLASS

CHRIS AT DESK

CHRIS AND PAX ON BEACH AT SUNSET - XFADE TO CLOSE-UP OF BOOK

REPORTER ON PASSAGES GROUNDS,
OCEAN IN BACKGROUND

PASSAGES BEAUTY SHOTS

SUNSET

ANCHORS IN STUDIO

CARLOS HOLDS A COPY OF
*The Alcoholism and Addiction Cure*

ANCHORS IN STUDIO

REPORTER:

Hope, happiness, a full life and freedom from the demons of addiction—these are the things Chris and Pax Prentiss promise, both here at Passages, and in the ground-breaking new book, *The Alcoholism and Addiction Cure.* You will learn how and why your thoughts and emotions literally create your body, moment by moment. You will learn how to end the suffering of A&A (alcoholism and addiction). You will learn how to end relapse, how to reclaim your lost life, and how to help those you love to achieve complete sobriety. The book is innovative, easy to read, and does not shrink from telling it like it is. After spending several days with these remarkable men, I believe the world of addiction and alcoholism is about to undergo a radical change.

From Malibu, California, this is Marti Johnson reporting.

CARLOS:

That's a wonderful and inspiring story, Marti. You don't often see this sort of book backed up by real-world experience and proof.

MARTI:

The opening paragraph reads, "Within the covers of this book, I will show you how you can cure your alcoholism or addiction. Here, at the outset, I want you to notice that I do not mince words. I do not say 'however,' 'maybe,' 'although,' 'perhaps,' or use other qualifying terms or conditions. By reading this book, you will learn how to cure your alcoholism or addiction.

CARLOS:

Powerful stuff. And one thing is sure—you can't argue with success. It's hard to find fault with an 84.41% recovery rate. .

MARTI:

Absolutely. From all of us at Business World News, thanks for joining us. I'm Marti Johnson---

CARLOS:

And I'm Carlos Amezcua. We'll see you next time.

●BACK TO TOP ↥

1-888-322-4BWN

Home　Search　News　Contact Us

©1987-2008 TVA Productions, Inc. All Rights Reserved.
"Business World News" and the "Business World News" Logo
are Registered trademarks of TVA Productions, Inc.

12/21/2009

All other trademarks are the property of their respective owners.

Passages Malibu