James E. Doroshow (SBN 112920)
FOX ROTHSCHILD, LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067; T: 310.598.4150
Email: jdoroshow@foxrothschild.com

**FOR OFFICE USE ONLY**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, d/b/a PASSAGES MALIBU, a California limited liability company, d/b/a Passages Malibu, PASSAGES SILVER STRAND, LLC, a California limited liability company, v. PLAINTIFF(S) | CASE NUMBER<br><br>CV09-08128 RGK (PLAx) |
| ACCELERATED RECOVERY CENTERS, LLC, a Georgia Limited Liability Company,<br><br>SEE ATTACHED   DEFENDANT(S). | **SUMMONS**<br>ON COUNTERCLAIM |

TO:   DEFENDANT(S): Chris Prentiss and Pax Prentiss

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☐ _____ amended complaint ☑ counterclaim   cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, James Doroshow _____, whose address is 1800 Century Park East, Suite 300, Los Angeles, CA 90067 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __12-28-2009__

Clerk, U.S. District Court

By: _____ (signature)
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**FOR OFFICE USE ONLY**

Attachment "A" to Summons on Counterclaim
Case No.: CV 09-08128 RGK (PLAx)

ACCELERATED RECOVERY CENTERS, LLC, A Georgia Limited Liability Company,

        Counterclaimant,
vs.

GRASSHOPPER HOUSE, LLC, d/b/a Passages Malibu, a California limited liability company, PASSAGES SILVER STRAND, LLC, a California limited liability company, CHRIS PRENTISS, and PAX PRENTISS, individuals,

        Counterdefendants.

James E. Doroshow (SBN 112920)
    jdoroshow@foxrothschild.com
Alan Chen (SBN 224420)
    achen@foxrothschild.com
Mord Michael Lewis
    mlewis@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, California 90067-3005
Tel 310.598.4150 / Fax 310.556.9828

Attorneys for Defendant
ACCELERATED RECOVERY
CENTERS, LLC

FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2009
3:00
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, d/b/a PASSAGES MALIBU, a California limited liability company, d/b/a Passages Malibu, PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia Limited Liability Company,<br><br>    Defendant. | Case No.: CV 09-08128 RGK (PLAx)<br><br>**ANSWER AND COUNTERCLAIMS**<br><br>**[DEMAND FOR JURY TRIAL]** |
| ACCELERATED RECOVERY CENTERS, LLC, A Georgia Limited Liability Company,<br><br>    Counterclaimant,<br><br>vs.<br><br>GRASSHOPPER HOUSE, LLC, d/b/a Passages Malibu, a California limited liability company, PASSAGES SILVER STRAND, LLC, a California limited liability company, CHRIS PRENTISS, and PAX PRENTISS, individuals,<br><br>    Counterdefendants. | |

ANSWER AND COUNTERCLAIMS

LA1 33366v3 12/23/09

```
 1  James E. Doroshow (SBN 112920)
        jdoroshow@foxrothschild.com
 2  Alan Doroshow (SBN 224420)
        achen@foxrothschild.com
 3  Mord Michael Lewis
        mlewis@foxrothschild.com
 4  FOX ROTHSCHILD LLP
    1800 Century Park East, Suite 300
 5  Los Angeles, California  90067-3005
    Tel 310.598.4150 / Fax 310.556.9828
 6
    Attorneys for Defendant
 7  ACCELERATED RECOVERY
    CENTERS, LLC
 8
```

FILED 2009 DEC 23 PM 3:01 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, d/b/a PASSAGES MALIBU, a California limited liability company, d/b/a Passages Malibu, PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia Limited Liability Company,<br><br>Defendant. | Case No.: CV 09-08128 RGK (PLAx)<br><br>**CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[Local Rule 7.1-1] |
| ACCELERATED RECOVERY CENTERS, LLC, A Georgia Limited Liability Company,<br><br>Counterclaimant,<br>vs.<br><br>GRASSHOPPER HOUSE, LLC, d/b/a Passages Malibu, a California limited liability company, PASSAGES SILVER STRAND, LLC, aa California limited liability company, CHRIS PRENTISS and PAX PRENTISS, individuals,<br><br>Counterdefendants. | |

ORIGINAL