1  James E. Doroshow (SBN 112920)
      jdoroshow@foxrothschild.com
2  Alan Chen (SBN 224420)
      achen@foxrothschild.com
3  Mord Michael Lewis
      mlewis@foxrothschild.com
4  FOX ROTHSCHILD LLP
   1800 Century Park East, Suite 300
5  Los Angeles, California  90067-3005
   Tel 310.598.4150 / Fax 310.556.9828
6
   Attorneys for Defendant
7  ACCELERATED RECOVERY
   CENTERS, LLC
8

9            **UNITED STATES DISTRICT COURT**

10           **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  GRASSHOPPER HOUSE, LLC, d/b/a<br>    PASSAGES MALIBU, a California<br>12  limited liability company, d/b/a Passages<br>    Malibu, PASSAGES SILVER STRAND,<br>13  LLC, a California limited liability<br>    company,<br>14<br>           Plaintiffs,<br>15      vs.<br>16  ACCELERATED RECOVERY<br>    CENTERS, LLC, a Georgia Limited<br>17  Liability Company,<br>18         Defendant.<br><br>19  ─────────────────<br>    ACCELERATED RECOVERY<br>20  CENTERS, LLC, A Georgia Limited<br>    Liability Company,<br>21<br>           Counterclaimant,<br>22      vs.<br>23  GRASSHOPPER HOUSE, LLC, d/b/a<br>    Passages Malibu, a California limited<br>24  liability company, PASSAGES SILVER<br>    STRAND, LLC, a California limited<br>25  liability company, CHRIS PRENTISS,<br>    and PAX PRENTISS, individuals,<br>26<br>           Counterdefendants. | Case No.: CV 09-08128 RGK (PLAx)<br><br>PROOF OF SERVICE |

27

28

LA1 33821v1 12/29/09

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1800 Century Park East, Suite 300, Los Angeles, California 90067-3005.

On December 29, 2009, I served the following document(s) described as:  **ANSWER AND COUNTERCLAIMS [DEMAND FOR JURY TRIAL], CERTIFICATION AS TO INTERESTED PARTIES,** on the interested parties in this action as follows:

Michiko Speier
Trojan Law Offices
9250 Wilshire Boulevard
Suite 325
Beverly Hills, CA  90212
Email:  speier@trojanlawoffices.com

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Fox Rothschild LLP practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address achen@foxrothschild.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 29, 2009, at Los Angeles, California.

_____
ALAN C. CHEN

LA1 33821v1 12/29/09