R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:    310-777-8348

Attorneys for Plaintiffs
Passages Silver Strand, LLC and
Grasshopper House, LLC

James E. Doroshow (SBN 112920)
jdoroshow@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-3005
Tel 310.598.4150 / Fax 310.556.9828

Attorneys for Defendant
Accelerated Recovery Centers, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand, LLC**, a California limited liability company,<br><br>         Plaintiffs,<br>    vs.<br><br>**Accelerated Recovery Centers, LLC**, a Georgia limited liability company,<br><br>         Defendant. | CASE NO. CV 09-08128 RGK (PLAx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIMS** |

-1-

Pursuant to Local Civil Rule 7-1 and in view of ongoing settlement negotiations, Plaintiffs Grasshopper House, LLC ("Grasshopper House") and Passages Silver Strand, LLC ("Passages") (collectively "Plaintiffs") and Defendant Accelerated Recovery Centers, LLC (hereinafter "Defendant" or "Accelerated Recovery") hereby stipulate to the extension of time for Plaintiffs to answer or otherwise plead to Defendant's Counterclaims from January 15, 2010 to January 29, 2010.

Dated: January 15, 2010        TROJAN LAW OFFICES

                               By:   /s/ R. Joseph Trojan

                               R. Joseph Trojan

                               Attorneys for Plaintiffs
                               Passages Silver Strand, LLC and
                               Grasshopper House, LLC

Dated: January 15, 2010        FOX ROTHSCHILD LLP

                               By:   /s/ James E. Doroshow

                               James E. Doroshow

                               Attorneys for Defendant
                               Accelerated Recovery Centers, LLC