R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:   310-777-8348

Attorneys for Plaintiffs
Passages Silver Strand, LLC and
Grasshopper House, LLC

James E. Doroshow (SBN 112920)
jdoroshow@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-3005
Tel 310.598.4150 / Fax 310.556.9828

Attorneys for Defendant
Accelerated Recovery Centers, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand, LLC**, a California limited liability company,<br><br>     Plaintiffs,<br>  vs.<br><br>**Accelerated Recovery Centers, LLC**, a Georgia limited liability company,<br><br>     Defendant. | CASE NO. CV 09-08128 RGK (PLAx)<br><br>**[~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIMS** |

-1-

Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED as follows:

The time for Plaintiffs to answer or otherwise plead to Defendant's Counterclaims is extended from January 15, 2010 to January 29, 2010.

**IT IS SO ORDERED**.

Dated: January 20, 2010

THE HON. R. GARY KLAUSNER
United States District Court Judge
Central District of California