FILED
CLERK, U.S. DISTRICT COURT

JAN 2 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY J. Blackwater  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the )
Calendar )
)  ORDER OF THE CHIEF JUDGE
of )
)  Amending Order 10-21
)
Judge DOLLY M. GEE )
) 10.031
_____)

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Dolly M. Gee, and Order of the Chief Judge No. 10-21 filed January 21, 2010, CV 09-01058 RGK(AJWx), *Fortune Dynamic, Inc., v. Blossom Footware, Inc., et al.*, was noted to be transferred from the calendar of Judge R. Gary Klausner to the calendar of Judge Dolly M. Gee. In the interim, the case has closed.

Accordingly, IT IS ORDERED that the transfer of case CV 09-01058 to Judge Gee is hereby vacated and returned to the calendar of Judge R. Gary Klausner.

IT IS HEREBY ORDERED that CV 09-08128 RGK(PLAx), *Grasshopper House, LLC et al v. Accelerated Recovery Centers, LLC*, be transferred from the calendar of Judge R. Gary Klausner to the calendar of Judge Dolly M. Gee.

DATED:  January 26, 2010

_____
Chief Judge Audrey B. Collins