R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:   310-777-8348

**Attorneys for Plaintiffs,
Grasshopper House, LLC and Passages Silver Strand, LLC**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand, LLC**, a California limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>**Accelerated Recovery Centers, LLC**, a Georgia limited liability company,<br><br>Defendant. | CASE NO. CV 09-08128 DMG (PLAx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS 3 AND 4 PURSUANT TO FRCP 12(B)(1) AND 12(B)(6)**<br><br>Hon. Dolly M. Gee<br>Courtroom 7<br>Hearing: March 1, 2010; 9:30 a.m. |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 1, 2010 at 9:30 AM or as soon

0

TROJAN LAW OFFICES
BEVERLY HILLS

thereafter as counsel may be heard by the above-entitled Court, in the courtroom of the Honorable Dolly M. Gee, Plaintiffs/Counter-Defendants Grasshopper House, LLC ("Grasshopper House") and Passages Silver Strand, LLC ("Passages") (collectively "Plaintiffs" or "Counter-Defendants") will and hereby move the Court to dismiss Defendant/Counter-Plaintiff Accelerated Recovery Centers, LLC (hereinafter "Accelerated" or "Defendant")'s Counterclaims 3 and 4 for Federal Unfair Competition and California Unfair Competition, respectively, pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6).  This motion is made on the grounds that Defendant has failed to allege any particular damage to Defendant and has failed to sufficiently allege standing to sue.

On January 25, 2010, Counter-Defendants advised Accelerated that Counter-Defendants might file a Rule 12 motion.  On January 29, 2010, Counter-Defendants then elaborated their basis for bringing the motion.  That same day, Accelerated advised Counter-Defendants that they would oppose the motion.

This motion is based upon this Notice of Motion, an accompanying Memorandum of Points and Authorities, the Proposed Order, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing or to which the Court may take judicial notice.

Respectfully submitted,

TROJAN LAW OFFICES
By

January 29, 2010                /s/R. Joseph Trojan
                                R. Joseph Trojan
                                Attorney for Plaintiffs/Counter-Defendants

-1-