Phillip F. Shinn (State Bar No. 112051)
pshinn@foxrothschild.com
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Tel 415.364.5540 / Fax 415.391.4436

James E. Doroshow (State Bar No. 112920)
jdoroshow@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-3005
Tel 310.598.4150 / Fax 310.556.9828

Attorneys for Defendant/Counterclaimant
Accelerated Recovery Centers, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as Passages Malibu, PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia limited liability company,<br><br>Defendant. | Case No. CV 09-08128 DMG (PLAx)<br><br>**DECLARATION OF JAMES E. DOROSHOW IN SUPPORT OF DEFENDANT/COUNTER-CLAIMANT'S OPPOSITION TO MOTION TO DISMISS COUNTERCLAIMS 3 AND 4**<br><br>Hearing Date: March 1, 2010<br>Time: 9:30 a.m.<br>Courtroom: 7<br>Hon. Dolly M. Gee<br><br>Complaint filed November 5, 2009 |
| ACCELERATED RECOVERY CENTERS, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>GRASSHOPPER HOUSE, LLC, d/b/a Passages Malibu, PASSAGES SILVER STRAND, LLC, CHRIS PRENTISS, and PAX PRENTISS,<br><br>Counterdefendants. | |

1

Declaration of James Doroshow in Support of Def/Counterclaimant's
Opposition to Motion to Dismiss Counterclaims 3 and 4
LA1 36749v1 02/08/10

CASE NO:CV 09-08128 DMG (PLAx)

I, JAMES E. DOROSHOW, declare and state as follows:

1. I am a partner at the law firm of Fox Rothschild LLP, attorneys for Defendant/Counterclaimant Accelerated Recovery Centers, LLC ("Accelerated") in this action. I am duly licensed to practice law in the State of California and the United States District Court, Central District of California. I know the following facts based upon personal knowledge, and if called to testify as a witness, I could and would testify competently to such facts.

2. Accelerated filed its Answer and Counterclaim in this action on December 23, 2010. Based upon a two-week extension of time my office gave Counter-defendants Grasshopper House, LLC ("Grasshopper") and Passages Silver Strand, LLC ("Passages"), Grasshopper's and Passages' response to the Answer and Counterclaim were due on January 29, 2010.

3. On January 25, 2010, *four days* before their response was due, counsel for Grasshopper and Passages mentioned to me *for the first time in passing* that Counter-defendants were *"considering"* whether to file a motion to dismiss. At that time, counsel for Counter-defendants did not explain the basis of the contemplated motion nor did counsel discuss any substantive issues relating to the proposed motion.

4. Instead, on the morning of the day when Counter-defendants' response to the Answer and Counterclaim was due (January 29, 2010), I received an email from counsel for Counter-Defendants notifying me that Counter-defendants had decided to file a motion to dismiss with respect to Counterclaims Counts 3 and 4. For the first time, the email provided a 3-line summary of Counter-defendants contemplated motion. A true and correct copy of this January 29, 2010 email is attached hereto as Exhibit 1.

5. In response, I advised counsel for Counter-defendants that I did not deem his belated email to be in compliance with the procedural requirements of Local Rule 7-3, and expressly reserved the right to so notify this Court. I further

2

Declaration of James Doroshow in Support of Def/Counterclaimant's
Opposition to Motion to Dismiss Counterclaims 3 and 4                      CASE NO:CV 09-08128 DMG (PLAx)
LA1 36749v1 02/08/10

1  advised counsel for Counter-defendants that we reserved the right to oppose any
2  such motion to dismiss since I was unable to timely discuss the substance of the
3  motion on such short notice.

4        6.    Nonetheless, Counter-defendants filed their motion to dismiss later the
5  same day on January 29, 2010 in clear violation of Local Rule 7-3 and this Court's
6  meet and confer requirements.

7        I declare under penalty of perjury under the laws of the United States of
8  America that the foregoing is true and correct of my personal knowledge, and if
9  called as a witness, I could and would testify competently thereto.

10        Executed on February 8, 2010, in Los Angeles, California.

                                                              /s/ James E. Doroshow
                                                              JAMES E. DOROSHOW

FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-3005

3

Declaration of James Doroshow in Support of Def/Counterclaimant's
Opposition to Motion to Dismiss Counterclaims 3 and 4        CASE NO: CV 09-08128 DMG (PLAx)
LA1 36749v1 02/08/10

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| From: | Joe [trojan@trojanlawoffices.com] |
| Sent: | Friday, January 29, 2010 11:46 AM |
| To: | Doroshow, James E. |
| Cc: | Hummel, Joshua M.; Lewis, M. Michael; Lenik, Jessica |
| Subject: | Re: Passages ARC 26f (2).doc |
| Follow Up Flag: | Follow up |
| Flag Status: | Green |

Dear Jim:

As we discussed on the Jaunary 25, we have been considering whether to file a Rule 12(b)(6) motion. We have decided to do so with respect to counts 3 and 4 of your counterclaims on the grounds that Accelerated has not alleged the "lost money or property" standing requirement of California unfair competition law, is not seeking any money or property from Counter-Defendants that was once in its possession, the alleged false advertisements at issue do not disparage Accelerated's products or services, There is no injury stemming from some of the alleged false advertisement, and the damages are speculative.

Please advise if you will oppose.

Sincerely,

TROJAN LAW OFFICES
by


R. Joseph Trojan, Esq.
www.trojanlawoffices.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone (310) 777-8399
Fax: (310) 777-8348

This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws. If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone or response email. Thank you.


On Jan 29, 2010, at 9:49 AM, Doroshow, James E. wrote:

> Joe:
>
> Here is our redlined draft to the Rule 26 report you sent us earlier this week. Please finalize with our edits and send us an execution copy we can sign or have you sign for us so that we can meet our filing deadline on Monday, February 1, 2010. Keep in mind we have been assigned to a new judge when this is filed Monday.

2/8/2010

Thanks,

Jim.

---

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any tax advice addressed herein.
----------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for
the use of the Individual(s) named above. If you are not the intended recipient
of this e-mail, or the employee or agent responsible for delivering this to the
intended recipient, you are hereby notified that any dissemination or copying
of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)-299-2167 or notify us by
e-mail at helpdesk@foxrothschild.com.  Also, please mail a hardcopy of the e-mail
to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the
U.S. Postal Service.  We will reimburse you for all expenses incurred.

Thank you.


<Passages ARC 26f (3).doc>