R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:    310-777-8348

Attorneys for Counter-Defendants Chris Prentiss and Pax Prentiss

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company d/b/a **Passages Malibu**, **Passages Silver Strand, LLC**, a California limited liability company,<br><br>Plaintiffs,<br>vs.<br>**Accelerated Recovery Centers, LLC**, a Georgia limited liability company,<br>Defendant. | CASE NO. CV 09-08128 DMG (PLAx)<br><br>**COUNTER-DEFENDANTS CHRIS PRENTISS AND PAX PRENTISS'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS 3 AND 4 PURSUANT TO FRCP 12(B)(6)**<br><br>Hon. Dolly M. Gee<br>Courtroom 7<br>Hearing: March 22, 2010; 9:30 a.m. |
| **Accelerated Recovery Centers, LLC**, a Georgia limited liability company,<br>Counterclaimant,<br>vs.<br>**Grasshopper House, LLC**, a California limited liability company d/b/a **Passages Malibu**, **Passages Silver Strand, LLC**, a California limited liability company, **Chris Prentiss**, and **Pax Prentiss**, individuals,<br>Counterdefendants. | |

TROJAN LAW OFFICES
BEVERLY HILLS

-1-

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 22, 2010 at 9:30 AM or as soon thereafter as counsel may be heard by the above-entitled Court, in the courtroom of the Honorable Dolly M. Gee, Counter-Defendants Chris Prentiss and Pax Prentiss (collectively "Prentiss") will and hereby move the Court to dismiss Defendant/Counter-Claimant Accelerated Recovery Centers, LLC (hereinafter "Accelerated")'s Counterclaim Counts 3 and 4 for Federal Unfair Competition and California Unfair Competition, respectively, pursuant to Fed. R. Civ. P. 12(b)(6). This motion is made on the grounds that Defendant has failed to allege state a claim under Federal Unfair Competition law and has failed to sufficiently allege standing to sue under California Unfair Competition law.

On February 12, 2010, Prentiss, through its counsel, advised Accelerated that it is going to file a Rule 12 motion and stated the basis for bringing the motion. *See* Declaration of R. Joseph Trojan in support of Counter-Defendants' Motion to Dismiss at ¶ 3. On February 16, 2010, Accelerated, through its counsel, advised Prentiss that it would oppose the motion on the merits. *Id*. at ¶ 4.

This motion is based upon this Notice of Motion and Motion, Declaration of R. Joseph Trojan in support thereof, an accompanying Memorandum of Points and Authorities, the Proposed Order, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing or to which the Court may take judicial notice.

Respectfully submitted,

TROJAN LAW OFFICES
By

February 18, 2010         /s/R. Joseph Trojan
                          R. Joseph Trojan
                          Attorney for Counter-Defendants Prentiss

-2-