R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:    310-777-8348

Attorneys for Counter-Defendants Chris Prentiss and Pax Prentiss

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Grasshopper House, LLC**, a California limited liability company d/b/a **Passages Malibu**, **Passages Silver Strand, LLC**, a California limited liability company,<br><br>Plaintiffs,<br>vs.<br>**Accelerated Recovery Centers, LLC**, a Georgia limited liability company,<br>Defendant. | CASE NO. CV 09-08128 DMG (PLAx)<br><br>**DECLARATION OF R. JOSEPH TROJAN IN SUPPORT OF COUNTER-DEFENDANTS CHRIS PRENTISS AND PAX PRENTISS'S MOTION TO DISMISS COUNTERCLAIM COUNTS 3 AND 4**<br><br>Hon. Dolly M. Gee<br>Courtroom 7<br>Hearing: March 22, 2010; 9:30 a.m. |
| **Accelerated Recovery Centers, LLC**, a Georgia limited liability company,<br>Counterclaimant,<br>vs.<br>**Grasshopper House, LLC**, a California limited liability company d/b/a **Passages Malibu**, **Passages Silver Strand, LLC**, a California limited liability company, **Chris Prentiss**, and **Pax Prentiss**, individuals,<br>Counterdefendants. | |

TROJAN LAW OFFICES
BEVERLY HILLS

-1-

I, R. Joseph Trojan, declare and state as follows:

1.  I am an attorney at law admitted to practice before this Court and am the principal of the law firm Trojan Law Offices, counsel of record for Counter-Defendants Chris Prentiss and Pax Prentiss (collectively "Prentiss") in this action. The following is true of my own personal knowledge, and, if called as a witness, I would and could testify competently thereto.

2.  I make this declaration in support of Prentiss's Motion to Dismiss Counterclaim Counts 3 and 4.

3.  On February 12, 2010, I advised Accelerated's counsel via email that Counter-Defendants Prentiss will file a Rule 12 motion and stated the basis for bringing the motion.

4.  On February 16, 2010, Accelerated, through its counsel, advised Prentiss's counsel that it would oppose the motion on the merits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my personal knowledge, and if called as a witness, I could and would testify competently thereto.

Executed on February 18, 2010, in Beverly Hills, California.

/R. Joseph Trojan/
R. Joseph Trojan

-2-