UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 09-8128-DMG(PLAx)** | Date | MARCH 22, 2010 |
| Title | *Grasshopper House, LLC, et al., v. Accelerated Recovery Centers, LLC, et al.,* | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT COURT JUDGE

| Yolanda Skipper | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Charles J. Harder | Jeffrey S. Kravitz |

**Proceedings:**   Plaintiff's Motion to dismiss counterclaims 3 & 4 [18] and Counter-Defendant's Chris Prentiss and Pax Prentiss's motion to dismiss counterclaims 3 & 4 [23]

Cause called and appearances made as stated above.  Court and counsel confer.

Tentative rulings handed out.

Based upon the statements made today on the record, the court hereby ***DENIES***  both motions. The Court's written order will follow.

**IT IS SO ORDERED.**

cc: all parties of record                                                                                                                                      *0:10*

---

CV-90 (12/09)                           **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk YS