1  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   CHARLES J. HARDER (BAR NO. 184593)
2  NICHOLAS A. MERKIN (BAR NO. 219604)
   11400 West Olympic Boulevard, Ninth Floor
3  Los Angeles, California  90064-1582
   Telephone: (310) 478-4100
4  Facsimile:  (310) 479-1422
   Email: charder@wrslawyers.com
5          nmerkin@wrslawyers.com

6  Attorneys for Plaintiffs and Counter-Defendants
   GRASSHOPPER HOUSE, LLC and
7  PASSAGES SILVER STRAND, LLC

8

9                 UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| 12 GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as "Passages Malibu," PASSAGES SILVER STRAND, LLC, a California limited liability company, | Case No.: 2:09-cv-08128-DMG-PLA |
|---|---|

12  GRASSHOPPER HOUSE, LLC, a        )  Case No.:
    California limited liability company  )  2:09-cv-08128-DMG-PLA
13  doing business as "Passages Malibu,"  )
    PASSAGES SILVER STRAND, LLC, a  )  **MEMORANDUM OF POINTS**
14  California limited liability company,  )  **AND AUTHORITIES IN**
                                        )  **SUPPORT OF PLAINTIFF**
15              Plaintiffs,             )  **AND COUNTER-**
                                        )  **DEFENDANT'S REPLY TO**
16          v.                          )  **DEFENDANT AND**
                                        )  **COUNTER-CLAIMANT'S**
17  ACCELERATED RECOVERY            )  **OPPOSITION TO MOTION**
    CENTERS, LLC, a Georgia limited   )  **FOR LEAVE TO  FILE FIRST**
18  liability company,                 )  **AMENDED COMPLAINT**
                                        )
19              Defendant.             )
    _____  )  Date:      May 3, 2010
20                                      )  Time:      9:30 a.m.
    AND RELATED COUNTER-CLAIM  )  Location:  Courtroom 7
21                                      )
    _____  )
22

23       Plaintiff and counter-defendants GRASSHOPPER HOUSE, LLC and

24  PASSAGES SILVER STRAND, LLC (collectively, "Plaintiffs") hereby submit

25  the following memorandum of points and authorities in support of Plaintiffs' reply

26  to defendant and counter- claimant ACCELERATED RECOVERY CENTERS,

27  LLC's ("Defendant") opposition (the "Opposition") to Plaintiff's Motion for

28  Leave to  File First Amended Complaint (the "Motion").

1

**REPLY TO OPPOSITION TO PLAINTIFF'S MOTION FOR**
**LEAVE TO  FILE FIRST AMENDED COMPLAINT**

I:\17875\003\Pleadings\Reply Re Mtn2Amend.wpd

## MEMORANDUM OF POINTS AND AUTHORITIES

### I

### INTRODUCTION

1
2
3
4 Plaintiff Grasshopper House, LLC operates a leading alcohol and drug
5 addiction treatment facility, with a national clientele.  For many years,
6 Grasshopper House has been doing business as "Passages" and "Passages
7 Malibu," and has used PASSAGES and PASSAGES MALIBU as its trademarks.
8 Grasshopper House uses the domain name PassagesMalibu.com and maintains a
9 website at http://passagesmalibu.com.
10 Plaintiff Passages Silver Strand, LLC is affiliated with Grasshopper House
11 and uses the trademark PASSAGES under a license agreement.  Passages Silver
12 Strand also has begun using the mark PASSAGES VENTURA, and has used the
13 mark PASSAGES SILVER STRAND during relevant periods of infringement, as
14 set forth in the Motion.
15 Defendant is a competing addition recovery facility and, for years, has been
16 using Plaintiffs' marks PASSAGES, PASSAGES MALIBU, PASSAGES SILVER
17 STRAND and related marks owned by Plaintiffs, without Plaintiffs' permission,
18 all more specifically alleged in the Complaint and proposed First Amended
19 Complaint.
20 As discussed in greater detail in the Motion, Plaintiffs have been forced to
21 file this Motion because Defendant refused to stipulate to the filing of the
22 proposed First Amended Complaint.  Defendant also failed to engage in a good
23 faith "meet and confer" process.
24 With regard to Defendant's request for leave to file an amended
25 counterclaim, Defendant refused to engage in a meaningful "meet and confer"
26 process by refusing to provide Plaintiffs a copy of the proposed amended
27 counterclaims – notwithstanding numerous requests by Plaintiffs to do so – to
28 allow Plaintiffs to meaningfully consider the request for a stipulation for leave to

1
**REPLY TO OPPOSITION TO PLAINTIFF'S MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT**

I:\17875\003\Pleadings\Reply Re Mtn2Amend.wpd

1   amend. Once Defendant filed its motion for leave, it became clear why Defendant

2   refused to provide a copy of the proposed amended counterclaims during the

3   "meet and confer" process. Defendant's proposed amendments are not in good

4   faith, are improper, and violate applicable rules. Plaintiffs' opposition is

5   articulated in much greater detail in Plaintiffs' separately filed opposition brief.

6   To summarize the opposition in a sentence, Defendant is seeking to assert its

7   counterclaims against every employee and consultant employed by, retained by or

8   associated with Plaintiffs' addition recovery facilities, including low level staff

9   members, not withstanding the fact (which is obvious) that such individuals are

10   not responsible for Plaintiffs marketing decisions or activities. They merely

11   facilitate Plaintiffs' activities in aiding patients to recover from their drug and

12   alcohol dependency. Defendant – a market competitor of Plaintiffs which caused

13   this action to be filed in the first place by using Plaintiffs marks and refusing to

14   cease and desist – is now using this litigation and its proposed counterclaims for

15   no purpose other than to disrupt Plaintiffs' business. Such dubious litigation

16   practices should not be countenanced.

17 **II**

18 **DEFENDANT OFFERS NO SUBSTANTIVE**

19 **OPPOSITION TO THE MOTION**

20   Defendant's opposition to the instant motion is nothing more than the

21   conclusory argument – without any points or authorities in support – that

22   Plaintiffs' proposed First Amended Complaint supposedly "lacks merit."

23   Defendant does not substantively oppose the Motion. Rather, Defendant appears

24   to have no objection to the granting of the instant Motion.

25   As such, Plaintiffs request that the Motion be granted, and that Plaintiffs be

26   afforded leave to file the proposed First Amended Complaint.

27

28

2

**REPLY TO OPPOSITION TO PLAINTIFF'S MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT**

I:\17875\003\Pleadings\Reply Re Mtn2Amend.wpd

# III

# <u>CONCLUSION</u>

For the reasons set forth herein and in the instant Motion for Leave to Amend, Plaintiffs respectfully request that the Motion be granted in full.


Dated: April 19, 2010             WOLF, RIFKIN, SHAPIRO,
                                              SCHULMAN & RABKIN, LLP


                                                     /s/ Nicholas A. Merkin
                                          By:_____
                                              CHARLES J. HARDER
                                              NICHOLAS A. MERKIN
                                          Attorneys for Plaintiff
                                          GRASSHOPPER HOUSE, LLC and
                                          PASSAGES SILVER STRAND, LLC

**REPLY TO OPPOSITION TO PLAINTIFF'S MOTION FOR
LEAVE TO  FILE FIRST AMENDED COMPLAINT**
I:\17875\003\Pleadings\Reply Re Mtn2Amend.wpd