UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-8128-DMG(PLAx) | Date | MAY 3, 2010 |
|---|---|---|---|
| Title | *Grasshopper House, LLC, et al., v. Accelerated Recovery Centers, LLC, et al.,* | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicholas A. Merkin | James Doroshow |

**Proceedings:   Defendant/Counter-claimant's Motion for leave to file first amended answer and counterclaims and demand for jury trial, filed 4-5-10 [42] and Plaintiff's motion for leave to file first amended complaint, filed 4-5-10[43]**

Cause called and appearances made as stated above.

Tentative ruling granting both motions are provided to counsel. Counsel submit to the tentative ruling and waive oral argument.

Based upon the parties' written submissions, the court adopts the tentative ruling.

**IT IS SO ORDERED.**

cc: all parties of record                                                                                                          *0:01*