JAMES E. DOROSHOW (SBN 112920)
FOX ROTHSCHILD LLP
1800 Century Park East
Suite 300
Los Angeles, CA 90067
Telephone: 310-598-4150; Facsimile: 310-556-9828

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GRASSHOPPER HOUSE LLC, etc., et al<br><br>PLAINTIFF(S)<br><br>v.<br><br>ACCELERATED RECOVERY CENTERS LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV09-08128 RGK (PLAx)<br><br>NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
First Amended Counterclaims of Counterclaimant Accelerated Recovery Centers, LLC


**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐ Other


**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required (*reason*): Federal Rules of Civil Procedure

| May 11, 2010 | /s/ James E. Doroshow |
|---|---|
| Date | Attorney Name |
| | James E. Doroshow |
| | Defendant/Counterclaimant Accelerated Recovery Cetners, LLC |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)    NOTICE OF MANUAL FILING    American LegalNet, Inc.
www.Forms*Workflow*.com