Name & Address:
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
CHARLES J. HARDER (SBN 184593)
11400 W. Olympic Blvd., 9th Floor
Los Angeles, CA 90064
Tel: (310) 478-4100; Fax: (310) 479-1422

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company dba Passages Malibu, Passages Silver Strand,<br>PLAINTIFF(S)<br>v.<br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia limited liability company<br>DEFENDANT(S). | CASE NUMBER: CV09-08128 DMG (PLAx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
First Amended Complaint for Damages and Injunctive Relief by Plaintiffs Grasshopper House, LLC and Passages Silver Strand, LLC

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]
- [X] Other  First Amended Complaint

**Reason:**

- [ ] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  May 3, 2010
- [X] Manual Filing required (*reason*):  Federal Rules of Civil Procedure

May 11, 2010
Date

/s/ Charles J. Harder
Attorney Name
Plaintiffs Grasshopper House, LLC and Passages Silver Strand, LLC
Party Represented

Note: File one Notice in each case, each time you manually file document(s).