Name and address

Law Offices of Thomas A. Nitti
Thomas A. NItti, Esq.   SBN 77590
1250 Sixth Street, Suite 205
Santa Monica, CA 90401

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Grasshopper House LLC, d/b/a Passages Malibu, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 09-08128 RGK (PLAx) |
| v. | |
| Accelerated Recovery Centers, LLC, et al. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

Chris Prentiss    ☐ Plaintiff  ☐ Defendant  ☑ Other Counterdefendant
*Name of Party*

hereby request the Court approve the substitution of Thomas A. Nitti
*New Attorney*

as attorney of record in place and stead of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
*Present Attorney*

Dated 7/20/2010

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 7/20/2010

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 7/20/2010

*Signature of New Attorney*

77590

*State Bar Number*

If party requesting to appear Pro Se:

Dated 7/20/10

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

# PROOF OF SERVICE

State of California, County of Los Angeles

I, NYDIA ESCALONA, declare and say:

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is: 1250 Sixth Street, Suite 205, Santa Monica CA 90401.

On July 20, 2010, I served the following document(s) described as:

Request for Approval of Substitution of Attorney

on the interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

PLEASE SEE ATTACHMENT A

☐ BY PERSONAL SERVICE – I delivered such envelope by hand to the offices of the addressee.

☒ BY E-MAIL – I emailed the document to the e-mail address below the addressee's name and address (without envelope).

☒ BY MAIL – I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with the postage thereon fully prepaid.

☒ FEDERAL – I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Date: July 20, 2010

*Nydia Escalona*
NYDIA ESCALONA

PROOF OF SERIVCE

# ATTACHMENT A

James E. Doroshow
Eric C. Osterberg
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-3005
Fax: (310) 5569828
jdoroshow@foxrothschild.com
eosterberg@foxrothschild.com

PROOF OF SERVICE