LAW OFFICES OF THOMAS A. NITTI
Thomas A. Nitti, SBN 77590
1250 Sixth Street, Suite 205
Santa Monica, CA 90401
Tel.: (310) 393-1524
Fax: (310) 576-3581

Attorney for Counterdefendant
Chris Prentiss

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as "Passages Malibu," PASSAGES SILVER STRAND, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> ACCELERATED RECOVERY CENTERS, LLC, a Georgia limited liability company, <br><br> Defendant. | CASE NO. CV 09-08128 DMG (PLAx) <br><br> **NOTICE OF ERRATA** <br><br> Honorable Dolly M. Gee |

AND RELATED COUNTER-CLAIM

**PLEASE TAKE NOTICE** that the Request for Substitution of Attorney for Counterdefendant Chris Prentiss was erroneously filed as a Application to Substitute Attorney on July 20, 2010 as Document 66 on the Civil Docket. There is no appearance necessary.

Dated: July 22, 2010                             LAW OFFICES OF THOMAS A. NITTI

                                                By _____
                                                THOMAS A. NITTI
                                                Attorneys for Counterdefendant
                                                Chris Prentiss

# PROOF OF SERVICE

State of California, County of Los Angeles

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1250 Sixth Street, Suite 205, Santa Monica, California 90401.

On July 22, 2010, I served the following document(s) described as:

## NOTICE OF ERRATA

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows (sans any fax number):

Fox Rothschild LLP
James E. Doroshow, Esq.
1800 Century Park East Suite 300
Los Angeles, CA 90067-3005
Fax: (310) 556-9892
jdoroshow@foxrothschild.com

☐ BY PERSONAL SERVICE – I delivered such envelope by hand to the offices of the addressee.

☐ BY FAX – I faxed the document to the fax number indicated below the addressee's name and address (without envelope).

☒ BY E-MAIL – I emailed the document to the email indicated below the addressee's name and address.

☒ BY MAIL – I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with the postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Date: July 22, 2010

*/s/ Nydia Escalona*
Nydia Escalona