# EXHIBIT 1

## Osterberg, Eric C.

| | |
|---|---|
| **From:** | Doroshow, James E. |
| **Sent:** | Wednesday, July 28, 2010 11:26 AM |
| **To:** | 'Charles Harder' |
| **Cc:** | Osterberg, Eric C.; LeBrane, Claudia A.; CHAssist |
| **Subject:** | RE: Grasshopper House v. Accelerated Recovery Centers, LLC |

Mr. Harder: I have now had a chance to review your request to dismiss your claims. If you agree to dismiss them with prejudice and pay all of our clients costs and legal fees we will not oppose your request for a dismissal of your claims. We would however intend to proceed with our counterclaims in any event, and would not agree to the dismissal of your claims under any circumstances unless the court retains jurisdiction of our counterclaims. I obviously don't agree with the statements in your July 23, 2010 letter that our counterclaims lack support, factual or legal. In fact, based upon your client's testimony at the recent Rule 30b6 deposition we are now considering a motion for summary adjudication/judgment on our Lanham Act counterclaim. Regards, Jim.

**From:** Charles Harder [mailto:charder@wrslawyers.com]
**Sent:** Tuesday, July 27, 2010 1:31 PM
**To:** Doroshow, James E.
**Cc:** Osterberg, Eric C.; LeBrane, Claudia A.; CHAssist
**Subject:** RE: Grasshopper House v. Accelerated Recovery Centers, LLC

FRCP Rule 41. Please let me know by close of business today if you will stipulate to the dismissal.

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Tuesday, July 27, 2010 1:23 PM
**To:** Charles Harder
**Cc:** Osterberg, Eric C.; LeBrane, Claudia A.; CHAssist
**Subject:** RE: Grasshopper House v. Accelerated Recovery Centers, LLC

no, i know what your proposed stipulation says, what authority do you have for the request?

**From:** Charles Harder [mailto:charder@wrslawyers.com]
**Sent:** Tuesday, July 27, 2010 1:21 PM
**To:** Doroshow, James E.
**Cc:** Osterberg, Eric C.; LeBrane, Claudia A.; CHAssist
**Subject:** RE: Grasshopper House v. Accelerated Recovery Centers, LLC

The stipulation that I sent you states:

"The parties hereto, through their counsel of record, hereby stipulate to the dismissal of the first amended complaint and each claim therein. The parties further stipulate that the counterclaim shall remain pending for independent adjudication."

Will you consent to my office e-filing this Stipulation?

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Tuesday, July 27, 2010 1:18 PM

**To:** Charles Harder
**Cc:** Osterberg, Eric C.; LeBrane, Claudia A.; CHAssist
**Subject:** RE: Grasshopper House v. Accelerated Recovery Centers, LLC

I have no idea why you think we should dismiss any of the counterclaims. That's what I am asking Charles, i.e, what are you relying on for this request?

**From:** Charles Harder [mailto:charder@wrslawyers.com]
**Sent:** Tuesday, July 27, 2010 1:10 PM
**To:** Doroshow, James E.
**Cc:** Osterberg, Eric C.; LeBrane, Claudia A.; CHAssist
**Subject:** RE: Grasshopper House v. Accelerated Recovery Centers, LLC

What is your response to my request to sign the Stipulation?

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Tuesday, July 27, 2010 1:10 PM
**To:** Charles Harder
**Cc:** Osterberg, Eric C.; LeBrane, Claudia A.
**Subject:** RE: Grasshopper House v. Accelerated Recovery Centers, LLC

Mr. Harder: I have reviewed your letter of July 23, 2010 and proposed Stipulation. I don't know what Order you are referring to that you think moots our claims. The Court has simply ruled that for now we cannot bring claims against some of the newly named counterdefendants, but that all claims remain intact against plaintiffs, Chris and Pax Prentiss and Barrett. If you have any authority to the contrary, please let me know the specific language in the Court's Order you think provides otherwise. Our outstanding discovery which is the subject of the Motion to Compel has also not been "mooted" as your letter says by anything the Court ordered. If you believe it has, please cite and quote the specific language of the Court's order you think does so. Thank you, Jim Doroshow.

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any tax advice addressed herein.
----------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for
the use of the Individual(s) named above. If you are not the intended recipient
of this e-mail, or the employee or agent responsible for delivering this to the
intended recipient, you are hereby notified that any dissemination or copying
of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)-299-2167 or notify us by
e-mail at helpdesk@foxrothschild.com.  Also, please mail a hardcopy of the e-mail
to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the
U.S. Postal Service.  We will reimburse you for all expenses incurred.

Thank you.

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any tax advice addressed herein.

---

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the U.S. Postal Service. We will reimburse you for all expenses incurred.

Thank you.