UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 09-8128-DMG (PLAx)                                   Date  August 5, 2010

Title: Grasshopper House, LLC, etc., et al. v. Accelerated Recovery Centers, LLC, et al.

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:
NONE

ATTORNEYS PRESENT FOR DEFENDANTS:
NONE

**PROCEEDINGS:**      (IN CHAMBERS)

The Court is in receipt of the Motion to Compel Interrogatory Responses and Production of Documents filed by defendant and counterclaimant Accelerated Recovery Centers, LLC, on July 19, 2010, plaintiffs' and counter-defendants' Opposition, and defendant and counterclaimant's Reply. The Court is also in receipt of the Motion for Entry of Protective Order filed by defendants and counterclaimaints on July 19, 2010.

The Court has determined that oral argument will not be of material assistance in deciding the Motions. Accordingly, the hearings scheduled for August 17, 2010, are **ordered off calendar** (see Local Rule 7-15). The Motions are under submission.

cc:      Counsel of Record

Initials of Deputy Clerk      ch

CV-90 (10/98)                                         CIVIL  MINUTES  -  GENERAL