Exhibit "A"

**Charles Harder**

| | |
|---|---|
| **From:** | Charles Harder |
| **Sent:** | Tuesday, August 17, 2010 4:55 PM |
| **To:** | Doroshow, James E. |
| **Cc:** | Nicholas A. Merkin; Tom Nitti; CHAssist |
| **Subject:** | Grasshopper - Accelerated (17875-003) |

Dear Mr. Doroshow:

It has come to my attention that Rana Ayzeren once served as Pax Prentiss's nanny, and was not an employee of Passages Malibu or Passages Silver Strand, nor had anything to do with the business. My clients cannot imagine what information she would possess that would be relevant to this action or reasonably calculated to lead to admissible evidence. We therefore request an immediate offer of proof as to this witness. Please provide this to me by 1:00 p.m. tomorrow, August 18, 2010. If we do not receive by that time an offer of proof that this witness has any percipient knowledge that is either relevant to the case or reasonably calculated to lead to admissible evidence, then we will ask the Magistrate Judge to intervene – unless, of course, you voluntarily cancel the deposition. From our perspective, the deposition and subpoena are calculated solely to harass my clients.

Sincerely,

Charles Harder

_____

Charles J. Harder, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd., Ninth Floor
Los Angeles, California  90064
(310) 478-4100 x255
(310) 479-1422 (fax)
E-Mail:  CHarder@WRSlawyers.com
Web:     www.WRSlawyers.com
Bio:       http://www.wrslawyers.com/attorneys/charles-harder.asp

This message contains information that may be confidential and privileged.  Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message.  If you have received this message in error, please advise the sender by reply e-mail to charder@wrslawyers.com, and delete the message.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

## Charles Harder

| | |
|---|---|
| **From:** | Doroshow, James E. [JDoroshow@foxrothschild.com] |
| **Sent:** | Tuesday, August 17, 2010 5:36 PM |
| **To:** | Charles Harder |
| **Cc:** | Nicholas A. Merkin; tnitti@prodigy.net; CHAssist; LeBrane, Claudia A.; Osterberg, Eric C. |
| **Subject:** | Re: Grasshopper - Accelerated (17875-003) |

We don't have to make an offer of proof before deposing a witness. You can attend and object to specific questions we ask if you like. If you have authority you think requires me to disclose my thoughts or strategy in advance of a deposition, please feel free to share it with me. If you don't do so, and file a motion, I will again ask for sanctions against you, your firm and client. I would also note you have known of our intent to take this deposition for weeks and did absolutely nothing to address any concern you might have until the eve of the deposition. Is there a reason you are raising this issue now for the first time. We are proceeding with the deposition as noticed. Jim

---

**From:** Charles Harder
**To:** Doroshow, James E.
**Cc:** Nicholas A. Merkin ; Tom Nitti ; CHAssist
**Sent:** Tue Aug 17 19:54:58 2010
**Subject:** Grasshopper - Accelerated (17875-003)
Dear Mr. Doroshow:

It has come to my attention that Rana Ayzeren once served as Pax Prentiss's nanny, and was not an employee of Passages Malibu or Passages Silver Strand, nor had anything to do with the business.  My clients cannot imagine what information she would possess that would be relevant to this action or reasonably calculated to lead to admissible evidence.  We therefore request an immediate offer of proof as to this witness.  Please provide this to me by 1:00 p.m. tomorrow, August 18, 2010.  If we do not receive by that time an offer of proof that this witness has any percipient knowledge that is either relevant to the case or reasonably calculated to lead to admissible evidence, then we will ask the Magistrate Judge to intervene – unless, of course, you voluntarily cancel the deposition. From our perspective, the deposition and subpoena are calculated solely to harass my clients.


Sincerely,


Charles Harder

---

Charles J. Harder, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd., Ninth Floor
Los Angeles, California  90064
(310) 478-4100 x255
(310) 479-1422 (fax)
E-Mail:  CHarder@WRSlawyers.com
Web:     www.WRSlawyers.com
Bio:       http://www.wrslawyers.com/attorneys/charles-harder.asp


This message contains information that may be confidential and privileged.  Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message.  If you have received this message in error, please advise the sender by reply e-mail to charder@wrslawyers.com, and delete the message.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury
Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be used, for the purpose of
(i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.
ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any tax advice addressed herein.
-----------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for
the use of the Individual(s) named above. If you are not the intended recipient
of this e-mail, or the employee or agent responsible for delivering this to the
intended recipient, you are hereby notified that any dissemination or copying
of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)-299-2167 or notify us by
e-mail at helpdesk@foxrothschild.com.  Also, please mail a hardcopy of the e-mail
to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the
U.S. Postal Service.  We will reimburse you for all expenses incurred.

Thank you.

Exhibit "B"

1   James E. Doroshow (SBN 112920)
       jdoroshow@foxrothschild.com
2   Phillip F. Shinn (State Bar No. 112051)
       pshinn@foxrothschild.com
3   Alan Chen (SBN 224420)
       achen@foxrothschild.com
4   FOX ROTHSCHILD LLP
    1800 Century Park East, Suite 300
5   Los Angeles, California 90067-3005
    Tel 310.598.4150 / Fax 310.556.9828
6
    Attorneys for Defendant/Counterclaimant
7   Accelerated Recovery Centers, LLC

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10
    GRASSHOPPER HOUSE, LLC, d/b/a          Case No.: CV 09-08128 RGK (PLAx)
11  PASSAGES MALIBU, a California
    limited liability company, d/b/a Passages   **FIRST AMENDED**
12  Malibu, PASSAGES SILVER STRAND,       **COUNTERCLAIMS OF**
    LLC, a California limited liability          **COUNTERCLAIMANT**
13  company,                              **ACCELERATED RECOVERY**
                                          **CENTERS, LLC**
14              Plaintiffs,
                vs.
15
    ACCELERATED RECOVERY
16  CENTERS, LLC, a Georgia Limited
    Liability Company,
17
                Defendant.
18

19  ACCELERATED RECOVERY
    CENTERS, LLC, A Georgia Limited
20  Liability Company,

21              Counterclaimant,
                vs.
22
    GRASSHOPPER HOUSE, LLC, d/b/a
23  Passages Malibu, a California limited
    liability company, PASSAGES SILVER
24  STRAND, LLC, a California limited
    liability company, CHRIS PRENTISS,
25  PAX PRENTISS, KEITH MCMULLEN,
    LAURE WEBER, LISA MENESHIAN,
26  NOAH ROTHSCHILD, ATHENA
    LENNON, MARYLOU KENWORTHY,
27  CARRIE FREEMAN, PAULA
    ANDERSON, FLO LAWRENCE,
28
    LA1 42998v1 05/10/10

| | |
|1| MICHAEL COSTA, JONATHAN |
|2| JIANG, ROSS REMIEN, PHONG DAO, DAVID APPELL, RYAN SORENSEN, |
|3| JEREMY MINAMI, KIM BOURDON, ANNA JAMES, JACKIE GHYCZY, |
|4| DEBBIE WIEDLUND, MICHAEL SHANER, JEFF McNAIRY, CHRIS DE |
|5| LA MADRID, DONALD BARRETT, JOHN DOES 1-10, individuals, |
|6| Counterdefendants. |

9   Counterclaimant Accelerated Recovery Centers, LLC ("Accelerated"), by and

10 through its undersigned counsel, respectfully submits its First Amended

11 Counterclaims as follows:

13                                **COUNTERCLAIMS**

14   Counterclaimant Accelerated Recovery Centers, LLC ("Accelerated"), for its

15 Counterclaims against Counter-Defendants Grasshopper House, LLC d/b/a Passages

16 Malibu, Passages Silver Strand, LLC, Chris Prentiss, Pax Prentiss, Keith McMullen,

17 Laure Weber, Lisa Meneshian, Noah Rothschild, Athena Lennon, Marylou

18 Kenworthy, Carrie Freeman, Paula Anderson, Flo Lawrence, Michael Costa,

19 Jonathan Jiang, Ross Remien, Phong Dao, Dvid Appell, Ryan Sorensen, Jeremy

20 Minami, Kim Bourdon, Anna James, Jackie Ghyczy, Debbie Wiedlund, Michael

21 Shaner, Jeff McNairy, Chris De La Madrid, Donald Barrett, and John Does 1-10

22 (collectively, "Counter-Defendants"), hereby alleges as follows:

24                                **Nature of Case**

25   1.   This is a case for declaratory judgment of trademark invalidity,

26 noninfringement of trademark, and unfair business practices, arising under the

27 Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, and the Lanham Act, 15

U.S.C. § 1501 *et seq.* This counterclaim also alleges claims against Counter-Defendants for their ongoing and continuous misrepresentation of material facts as part of their national advertising campaign; all which are designed to mislead the public and consumers as to Counter-Defendants' sponsorship, association and affiliation, as well as Counter-Defendants' claimed ability to treat ("cure") patients for various forms of addiction.

2.      Counter-Defendants have created an actual controversy between themselves and Accelerated through their allegations of trademark infringement and unfair competition, as well as by the additional claims alleged in their Complaint herein.

## Parties

3.      Accelerated Recovery Centers, LLC is a limited liability corporation organized under the laws of the State of Georgia with its principal place of business at 1640 Powers Ferry Road, Marietta, Georgia  30067.  Accelerated offers rehabilitation services related to alcohol addiction.

4.      Upon information and belief, Counter-Defendant Grasshopper House, LLC d/b/a Passages Malibu (hereinafter "Grasshopper"), and Counter-Defendant Passages Silver Strand, LLC (hereinafter "Silver Strand") (collectively "Plaintiffs"), are both limited liability companies organized and existing under the laws of the State of California, both of which are believed to have their principal place of business at 6428 Meadows Court, Malibu, CA 90265.

5.      Upon information and belief, Counter-Defendants Chris Prentiss and Pax Prentiss (collectively "Prentiss") are co-founders, owners and co-directors of Plaintiff Grasshopper, and have a business address at 6428 Meadows Court, Malibu, California 90265.

6.      Upon information and belief, Counter-Defendants Keith McMullen,

FIRST AMENDED COUNTERCLAIMS OF COUNTERCALIMANT
ACCELERATED RECOVERY CENTERS, LLC

LA1 42998v1 05/10/10

1   Laure Weber, Lisa Meneshian, Noah Rothschild, Athena Lennon, Marylou

2   Kenworthy, Carrie Freeman, Paula Anderson, Flo Lawrence, Michael Costa,

3   Jonathan Jiang, Ross Remien, Phong Dao, David Appell, Ryan Sorensen, Jeremy

4   Minami, Kim Bourdon, Anna James, Jackie Ghyczy, Debbie Wiedlund, Michael

5   Shaner, Jeff McNairy, and Chris De La Madrid are employees or consultants or

6   otherwise affiliated with Grasshopper and/or Silver Strand, and (with the exception

7   of Counter-Defendant Donald Barrett), residents of the State of California.

8           7.      Upon information and belief, (a) Counter-Defendants Keith McMullen,

9   Laure Weber and Lisa Meneshian hold themselves out as clinical psychologists; (b)

10  Counter-Defendants Noah Rothschild and Athena Lennon hold themselves out as

11  marriage and family therapists; (c) Marylou Kenworthy, Carrie Freeman and Paula

12  Anderson hold themselves out as clinical hypnotherapists; (d) Flo Lawrence,

13  Michael Costa and Jonathan Jiang hold themselves out as licensed acupuncturists;

14  (e) Ross Remien and Phong Dao hold themselves out, respectively, as a chemical

15  dependency counselor and life purpose therapist; and (f) David Appell, Ryan

16  Sorensen, Jeremy Minami and Kim Bourdon hold themselves out as certified

17  fitness, personal and/or physical trainers.  Collectively, those Counter-Defendants

18  identified in this paragraph 7 are hereinafter referred to as the "Therapist Counter-

19  Defendants."

20          8.      Upon information and belief, (a) Counter-Defendant Anna James holds

21  herself out as Administrative Director; and (b) Counter-Defendants Jackie Ghyczy,

22  Chris De La Madrid and Debbie Wiedlund hold themselves out as Admissions

23  Coordinators.  Upon information and belief, Counter-Defendant Michael Shaner

24  holds himself out as Admissions Director and Interventionist.  Upon information

25  and belief, Counter-Defendant Jeff McNairy formally held the position of

26  Administrative Director.  Collectively, those Counter-Defendants identified in this

27  paragraph 8 are hereinafter referred to as the "Admissions Counter-Defendants."

28

4

FIRST AMENDED COUNTERCLAIMS OF COUNTERCLAIMANT
ACCELERATED RECOVERY CENTERS, LLC

LA1 42998v1 05/10/10

9.     Upon information and belief, Counter-Defendant Donald Barrett is a citizen of Massachusetts.

10.     Upon information and belief, John Does 1-10 are employees or consultants or otherwise affiliated with Grasshopper and/or Silver Strand, and participated in the performance of the unlawful activities complained of herein. John Does 1-10's names and identities have yet to be determined despite reasonable efforts to do so.

### The Alleged Marks-in-Suit

11.     The gravamen of each of Plaintiffs' claims for relief in their Complaint herein is based upon Accelerated's allegedly infringing use of the purported marks "Passages," "Passages Malibu" and "Passages Silver Strand" in connection with the online advertising of Accelerated's alcohol treatment facility and services.

12.     Upon information and belief, on or about January 31, 2003, Grasshopper attempted to register the mark "PASSAGES" with the United States Patent and Trademark Office ("USPTO"), which application was accorded an application serial number of 78/209,585 ("the '585 application"). Attached hereto as Exhibit 1 is a true and correct copy of the application information for the '585 application as obtained from the USPTO.

13.     In an Office action dated July 22, 2003, the USPTO rejected Grasshopper's application under 15 U.S.C. § 1052(d) as being likely to cause confusion with a then-pending registration for "PASSAGES TO RECOVERY," application serial number 78/179,709 ("the '709 application"). Attached hereto as Exhibit 2 is a true and correct copy of the July 22, 2003, Office action.

14.     On April 20, 2004, the '709 application issued as registered trademark number 2,834,366 ("the '366 mark"), and has now become incontestable. Attached hereto as Exhibit 3 is a true and correct copy of the registration certificate for the '366 mark.

5

FIRST AMENDED COUNTERCLAIMS OF COUNTERCALIMANT
ACCELERATED RECOVERY CENTERS, LLC

LA1 42998v1 05/10/10

15.     Thereafter, after registration of the '366 mark in favor of a third party,
Grasshopper's '585 application abandoned on March 4, 2005 for failure to prosecute.
(See Ex. 1.)

16.     Upon information and belief, on or about August 5, 2009, Plaintiff
Silver Strand filed an application with the USPTO to register the mark "PASSAGES
SILVER STRAND," which application was accorded an application serial number
of 77/797,990 ("the '990 application").  Attached hereto as Exhibit 4 is a true and
correct copy of the application information for the '990 application as obtained from
the USPTO.

17.     In an Office Action dated November 16, 2009, the USPTO required
Silver Strand to disclaim "SILVER STRAND" because "SILVER STRAND" is
primarily geographically descriptive.  Attached hereto as Exhibit 5 is a true and
correct copy of the November 16, 2009 Office Action.  Notwithstanding this
disclaimer, Silver Strand has never been afforded federal registration or granted any
other rights in the marks Plaintiffs assert in their Complaint herein by the United
States Patent and Trademark Office ("USPTO").

18.     In an amendment dated November 19, 2009, Silver Strand disclaimed
the exclusive right to "SILVER STRAND" apart from the mark "PASSAGES
SILVER STRAND."  Attached hereto as Exhibit 6 is a true and correct copy of the
November 16, 2009 amendment.

19.     In the November 19, 2009 amendment, Silver Strand alleged a first use
of the mark "PASSAGES SILVER STRAND" of April 14, 2009.

20.     Upon information and belief, on October 14, 2009, Grasshopper filed
an intent-to-use trademark application with the USPTO for the mark "PASSAGES
MALIBU," which application was accorded an application serial number of
77/848,719 ("the '719 application").  Attached hereto as Exhibit 7 is a true and
correct copy of the application information for the '719 application as obtained from

6
FIRST AMENDED COUNTERCLAIMS OF COUNTERCLAIMANT
ACCELERATED RECOVERY CENTERS, LLC

LA1 42998v1 05/10/10

the USPTO.

21. Upon information and belief, neither Grasshopper nor Silver Strand have had any federally registered trademarks for any one or more of the asserted marks including "PASSAGES," "PASSAGES SILVER STRAND" and "PASSAGES MALIBU."

22. Counter-Claimant is informed and believes, and on that basis alleges, that Grasshopper and Silver Strand registered with the State of California the mark "Passages" on May 18, 2009 (registration #65498); "Passages Malibu" on May 18, 2009 (registration #65499); and "Passages Silver Strand" on May 20, 2009 (registration #65510). Despite being legally required to do so, Counter-Claimant is informed and believes, and, on that basis alleges, that Grasshopper and Silver Strand failed to disclose to the State of California that they had applied for federal registration of such marks, and that the USPTO had rejected their efforts to register these marks, or that they have been abandoned and that there was no federal registration at the time that Grasshopper and Silver Strand applied to the State of California to register such marks.

## Plaintiffs' False and Misleading Online Advertising Activities

23. Upon information and belief, Plaintiffs have individually or collectively employed keyword advertising that is substantially identical in form to that alleged in the Complaint.

24. Upon information and belief, Plaintiffs utilize or have utilized keywords employing trademarks, trade names and/or identifiers in, *inter alia*, Google AdWords advertising campaigns for the targeted advertising of their services based upon such keywords.

25. In addition, upon information and belief, in an attempt to mislead the public, customers, and potential customers as to the source, affiliation and/or

7

FIRST AMENDED COUNTERCLAIMS OF COUNTERCALIMANT
ACCELERATED RECOVERY CENTERS, LLC

LA1 42998v1 05/10/10

association of Plaintiffs and their services, Plaintiffs use or have improperly used the following trademarks or trade names as keywords for their online advertising campaign:

- Accelerated Recovery Centers
- Betty Bacharach rehabilitation center
- Betty Ford detox
- Betty Ford rehab
- Betty Ford rehab clinic
- Betty Ford rehabilitation center
- Cca treatment (corrections corporation of America)
- Cedar house rehabilitation center
- Cliffside Malibu addiction treatment
- Eric Clapton rehab center
- Eric Clapton's crossroads rehab facility
- G G holistic addiction treatment
- G g holistic addiction treatment program
- Glenrose rehabilitation centre
- Malibu ranch treatment
- Pine ridge treatment center
- Promise drug rehab
- Promise treatment centre
- Promises California rehab
- Promises in Malibu
- Promises rehab
- Promises rehab California
- Promises rehab center
- Promises rehab Malibu

- Promises rehabilitation center
- Promises treatment center
- Promises treatment centers
- Renaissance Malibu
- Renz addiction counseling center
- Sargent rehabilitation center
- Summit centre rehab Malibu
- Summit rehab centre Malibu
- Summit rehab Malibu
- Summit rehabilitation Malibu
- Twelve oaks drug rehab
- Victory Outreach drug rehab
- Westwood rehab

## Counter-Defendants' False and Misleading Claims of "Curing" Addiction

26. Upon information and belief, Counter-Defendants, and/or their agents, officers and others acting in concert with them, have made and are continuing to make false and misleading statements of material fact in their attempt to promote their addiction treatment facilities and related services.

27. Among other forms of misleading advertising, upon information and belief, Counter-Defendants have, individually or collectively, caused to be released commercial advertisements, statements or both claiming to be able to "cure" drug, alcohol and other forms of addiction; despite the fact Counter-Defendants fully know and understand that there is no permanent "cure" for addictive diseases.

28. Each of the Counter-Defendants named herein has actively participated in promoting the false representation that there is a "cure" for alcoholism. Counter-Defendant Chris Prentiss has been quoted as stating that he talks "everyday" with members of his team of therapists, including each of the Counter-Defendants named

1  herein as the Therapist Counter-Defendants about "who's making the leap into the
2  hyperspace of believing that they're cured." Chris Prentiss also has stated he meets
3  weekly with the remaining Counter-Defendants to purportedly design a treatment
4  program that Counter-Defendants claim will enable patients to "walk out of
5  Passages completely cured of …dependency and ready to return home without the
6  specter of relapse hanging over [their] head."

7     29. Upon information and belief, among other false misrepresentations,
8  each of the Admissions Counter-Defendants are also believed to engage in a false
9  campaign to promote the false representation that there is a "cure" for alcoholism by
10  representing to the public, as well as consumers who contact them for drug, alcohol
11  and/or other forms of addiction treatment, that Counter-Defendants can purportedly
12  permanently "cure" addictive disease; when, in truth and fact, such representation is
13  false, and Counter-Defendants know it. Upon information and belief, Counter-
14  Defendants make such statements to consumers of alcohol and drug rehabilitation
15  services in order to induce consumers to use Counter-Defendants' services.

16     30. In addition, Counter-Defendants' website features a informational
17  commercial advertisement ("infomercial") promoting Chris Prentiss' book and the
18  services offered by Plaintiffs in which Chris Prentiss, speaking on behalf of himself
19  and the other Counter-Defendants, repeatedly falsely claim that Plaintiffs have
20  learned how to "cure" addiction and alcoholism.

21     31. Upon information and belief, Counter-Defendant Barrett produced the
22  infomercial and also "interviewed" Chris Prentiss in the infomercial.

23     32. In the infomercial, Counter-Defendant Barrett states that Chris Prentiss'
24  program described in the book "is helping people over the world get cured from
25  alcohol or drug addiction." Counter-Defendant Barrett also states "His book is
26  called Alcohol and Addiction Cure. … Cure."

27     33. In another segment, he states, "if you would like some more

28

10

FIRST AMENDED COUNTERCLAIMS OF COUNTERCALIMANT
ACCELERATED RECOVERY CENTERS, LLC

LA1 42998v1 05/10/10

information on The Alcoholism and Addiction Cure by Chris Prentiss, and it's a cure, go to www.theaddictioncure.com." Attached hereto as Exhibit 8 is a true a correct copy of a webpage at the domain www.theaddictioncure.com, which, upon information and belief, is owned by Grasshopper and is used to sell its products and services. (See Exhibit 8.)

34. Finally, Counter-Defendant Barrett has represented that, "Some people have been cured just by reading this book."

35. Upon information and belief, Counter-Defendant Barrett has a history of producing and participating in deceptive and false infomercials involving health care products.

36. For example, in 2007, the Federal Trade Commission ("FTC") named Mr. Barrett as a co-defendant in a civil action in the United States District Court for the District of Massachusetts for deceptive acts or practices in connection with the advertising, promotion, and sale of a book entitled "The Weight Loss Cure 'They' Don't Want You To Know About," in violation of the FTC Act, 15 U.S.C. § 45(a). (See Civ. No. 07-11870-GAO).

37. This book was also the subject of a civil action brought by the FTC in the United States District Court for the Northern District of Illinois, Eastern Division, against the author of the book, Kevin Trudeau. (FTC v. Kevin Trudeau, Civ. No. 03-C-3904). In this proceeding, Kevin Trudeau was found to be in contempt of his previous injunction for misrepresenting the context of the book.

38. Prior to the 2007 proceeding, Counter-Defendant Barrett was named as a co-defendant in a civil action in the United States District Court for the District of Massachusetts brought by the FTC for deceptive practices and false advertisement in connection with the sale of dietary supplements. (Civ. No. 04-11136-GAO). In that proceeding, the FTC alleged that, to induce consumers to buy their products, defendants in that action disseminated false and deceptive advertisement and

11

1  promotional materials, including infomercials again featuring Kevin Trudeau.

2      39.   Attached hereto as Exhibit 9 is a true a correct copy of a webpage from

3  Grasshopper's website, stating:

4      • **We know how to cure dependency.**

5

6      • Our therapists, **9 of them**, work as a team to cure the underlying causes

7          of dependency on alcohol, drugs, and other addictive behavior.

8          …

9      • Our clients receive **60 hours of individual therapy a month** with

10         therapists who are among the finest in the country, all of whom believe

11         we can cure dependency.

12 (emphasis in the original).

13     40.   Attached hereto as Exhibit 10 is a true a correct copy of a webpage

14 from Grasshopper's website, providing names and credentials of various Counter-

15 Defendants, including, upon information and belief, the nine therapists on staff that

16 claim to "know how to cure dependency."

17     41.   Counter-Defendants Keith Mullen, Noah Rothschild, MaryLou

18 Kenworthy, and David Appell  are also featured in Counter-Defendant Chris

19 Prentiss' book entitled "The Alcoholism and Addiction Cure," which claims to teach

20 readers how to "cure" alcoholism or addiction.  In the book, Counter-Defendants

21 Keith Mullen, Noah Rothschild, MaryLou Kenworthy, and David Appell provide

22 answers to commonly asked questions related to their respective professed areas of

23 expertise.

24     42.   Counter-Defendants' pronouncements are false and misleading

25 descriptions of material fact that misrepresent the nature, characteristics and

26 qualities of the services offered by Counter-Defendants, including their ability to

27

28

FIRST AMENDED COUNTERCLAIMS OF COUNTERCALIMANT
ACCELERATED RECOVERY CENTERS, LLC

LA1 42998v1 05/10/10

1  treat and purportedly "cure" addiction.

2      43.   As a competitor of Counter-Defendants, Accelerated has been and will

3  continue to be damaged by such false and misleading statements of fact as they

4  improperly divert consumers away from Accelerated's rehabilitation services.

5                        **Jurisdiction and Venue**

6      44.   This Court has subject matter jurisdiction of the claims in this

7  Counterclaim pursuant to 28 U.S.C. §§ 1331 and 1338 because the trademark and

8  unfair competition claims arise under the Declaratory Judgment Act, 28 U.S.C. §

9  2201, *et seq.*, and the Lanham Act, 15 U.S.C. § 1501, *et seq.*

10      45.   This Court has supplemental jurisdiction over the remaining claims

11  pursuant to 28 U.S.C. § 1367, as these claims arise from the same underlying

12  nucleus of facts and events.

13      46.   In their Complaint, Plaintiffs purport to be the owners and/or licensees

14  of the trademarks "Passages," "Passages Silver Strand" and "Passages Malibu"

15  (hereinafter "the asserted marks").

16      47.   Plaintiffs further allege in their Complaint that Accelerated infringes

17  the asserted marks by "its internet advertising in an attempt to trade on the goodwill

18  of the trademarks . . ."

19      48.   In fact, Accelerated does not infringe any of the asserted marks.

20      49.   Upon information and belief, none of the asserted marks is inherently

21  distinctive, fanciful or arbitrary, and none of the asserted marks has acquired

22  secondary meaning.  Moreover, Counter-Defendants cannot prove first use of such

23  marks.

24      50.   There is an immediate, real, and justiciable controversy between

25  Accelerated and Plaintiffs concerning whether Accelerated infringes any of the

26  asserted marks.

27      51.   There is also an immediate, real, and justiciable controversy between

28

LA1 42998v1 05/10/10

Accelerated and Plaintiffs concerning the validity of the asserted marks.

52.    There is also an immediate, real, and justiciable controversy between Accelerated and the Counter-Defendants concerning false and misleading statements made by or on behalf of Counter-Defendants that are likely to damage Accelerated and others.

53.    Personal jurisdiction is proper in this Court because, on information and belief, Counter-Defendants are residents of California, conduct business in California and/or have purposefully availed themselves of the privilege of conducting activities in California, and the abovementioned immediate, real, and justiciable controversies between Accelerated and Counter-Defendants arose out of activities that took place in California.

54.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

## Counterclaim Count 1

### (Declaratory Judgment of Non Infringement Against Plaintiffs Grasshopper House LLC and Passages Silver Strand LLC)

55.    Accelerated realleges and incorporates by reference paragraphs 1 through 54 of its Counterclaims, inclusive, as if fully set forth in this paragraph.

56.    In their Complaint herein, Plaintiffs have alleged that Accelerated infringes the asserted marks.

57.    Accelerated denies Plaintiffs' allegations of trademark infringement.

58.    Accelerated seeks a declaratory judgment that the use, if any, of the asserted marks by Accelerated does not constitute trademark infringement or unfair competition under either the laws of California or Title 15 of the United States Code.

/ / /

/ / /

FIRST AMENDED COUNTERCLAIMS OF COUNTERCLAIMANT ACCELERATED RECOVERY CENTERS, LLC

LA1 42998v1 05/10/10

## Counterclaim Count 2

### (Declaratory Judgment of Non-Registerability of Marks Against Plaintiffs Grasshopper House LLC and Passages Silver Strand LLC)

59.    Accelerated realleges and incorporates by reference paragraphs 1 through 58 of its Counterclaims, inclusive, as if fully set forth in this paragraph.

60.    None of the marks set forth in the '990 application and the '719 application is inherently distinctive, fanciful or arbitrary, and none of these marks has acquired secondary meaning.

61.    Each mark set forth in the '990 application and the '719 application is likely to cause confusion with the '366 mark.

62.    Accelerated seeks a declaratory judgment that the marks set forth in the '990 application and the '719 application are invalid for failing to satisfy one or more of the requirements of 15 U.S.C. § 1052.

## Counterclaim Count 3

### (Federal Unfair Competition (15 U.S.C. § 1125(a) Against All Counter-Defendants)

63.    Accelerated realleges and incorporates by reference paragraphs 1 through 62 of its Counterclaims, inclusive, as if fully set forth in this paragraph.

64.    Upon information and belief, Counter-Defendants have made, or have caused to be made, and continue to make or cause to be made, false or misleading descriptions of fact, or misleading representations of fact, in commercial advertising and promotions that misrepresent the nature, characteristics and qualities of the services offered by Counter-Defendants, and the source, sponsorship and affiliation of Counter-Defendants and their services.

65.    These false and/or misleading statements made by or on the behest of Counter-Defendants constitute unfair trade practices that are likely to damage

15

1  Accelerated and others.

2      66.    As a direct and proximate result of Counter-Defendants' unfair trade

3  practices, Counter-Defendants have been unjustly enriched by an amount to be

4  determined at trial.

5      67.    Accelerated has suffered, and is suffering, monetary damages as a

6  result of Counter-Defendants' unfair trade practices in amount to be determined at

7  trial.

8      68.    Accelerated has suffered, and is suffering, irreparable harm to its

9  business, good-will and reputation as a result of such unfair trade practices for

10  which Accelerated has no adequate remedy at law.  Accelerated will continue to

11  suffer such irreparable harm unless Counter-Defendants are enjoined by this Court

12  from continuing to make false and misleading statements related to Counter-

13  Defendants' businesses, services, treatment, association, affiliation and sponsorship.

14      69.    Upon information and belief, Counter-Defendants have made these

15  false and misleading statements of fact willfully and with full knowledge of the false

16  and misleading nature of their statements.

17

18              **Counterclaim Count 4**

19          **(Civil Conspiracy Against All Counter-Defendants)**

20      70.    Accelerated realleges and incorporates by reference paragraphs 1

21  through 69 of its Counterclaims, inclusive, as if fully set forth in this paragraph.

22      71.    Counter-Defendants acted together to disseminate false and misleading

23  descriptions of fact, or misleading representations of fact, in commercial advertising

24  and promotions that misrepresent the nature, characteristics and qualities of the

25  services offered by Counter-Defendants, and the source, sponsorship and affiliation

26  of Counter-Defendants and their services.

27      72.    Counter-Defendants' actions are in violation of Section 43 of the

28

1 | Lanham Act (15 U.S.C. § 1125(a)).

2 | 73. Upon information and belief, there occurred a meeting of the minds on

3 | the object and course of action by and among each of the Counter-Defendants to

4 | engage in one or more illegal and overt acts of false advertisement and unfair

5 | conduct in furtherance of the conspiracy.

6 | 74. Accelerated has suffered, and is suffering, monetary damages as a

7 | result of Counter-Defendants' unfair trade practices in amount to be determined at

8 | trial.

9 | 75. Accelerated has suffered, and is suffering, irreparable harm to its

10 | business, good-will and reputation as a result of such unfair trade practices for

11 | which Accelerated has no adequate remedy at law. Accelerated will continue to

12 | suffer such irreparable harm unless Counter-Defendants are enjoined by this Court

13 | from continuing to make false and misleading statements related to Counter-

14 | Defendants' businesses, services, treatment, association, affiliation and sponsorship.

15 | 76. Counter-Defendants acts constitute civil conspiracy in violation of the

16 | common law of the various states, including California and Georgia.

17

18

19 | **PRAYER FOR RELIEF**

20 | Wherefore, Accelerated prays for entry of judgment:

21 | (1) dismissing the Complaint with prejudice;

22 | (2) declaring that Accelerated has not infringed any of the Plaintiffs'

23 | asserted trademarks or trade names;

24 | (3) declaring that Plaintiffs have no legal right in any of the asserted marks,

25 | or the right to stop Accelerated or anyone else from using such marks in internet

26 | advertising or otherwise;

27 | (4) ordering the United States Patent and Trademark Office to refuse

28

LA1 42998v1 05/10/10

registration of the '990 application;

(5)    ordering the United States Patent and Trademark Office to refuse registration of the '719 application;

(6)    canceling all registrations Plaintiffs have improperly obtained for such marks with the State of California;

(7)    declaring that Accelerated has not engaged in any act of unfair competition, including by using the asserted marks for online keyword advertising, or otherwise;

(8)    declaring that Accelerated's use of the asserted marks for online keyword advertising purposes does not constitute false designation of origin;

(9)    declaring that Accelerated has not been unjustly enriched by any use of the asserted marks for online keyword advertising purposes or otherwise;

(10)    declaring that neither Grasshopper nor Silver Strand has suffered injury, including injury to their business reputation, as a result of Accelerated's use of the asserted marks for online keyword advertising purposes or otherwise;

(11)    enjoining Plaintiffs, as well as their agents, servants, employees, and attorneys, and all persons in active concert or participation with them, from directly or indirectly charging infringement, or instituting any further action for infringement, of the asserted marks or any similar marks thereto against Accelerated, or its customers;

(12)    enjoining Counter-Defendants from falsely and deceptively describing or representing the nature, characteristics or qualities of the Counter-Defendants' business services, associations, sponsorship or affiliations.

(13)    finding the Counter-Defendants jointly and severably liable for Accelerated's damages and requiring Counter-Defendants to pay Accelerated's damages in a sum to be proven at trial;

(14)    requiring Counter-Defendants to disgorge and return to Accelerated all

18

LA1 42998v1 05/10/10

1 profits and benefits unjustly earned at Accelerated's expense;

2     (15)  declaring that Counter-Defendants have acted willfully by their unfair

3 trade practices;

4     (16)  trebling of the award of damages to Accelerated;

5     (17)  awarding Accelerated its reasonable attorneys' fees and costs; and

6     (18)  awarding to Accelerated such other and further relief as the Court

7 deems just and proper.

8

9 DATED: May 10, 2010          FOX ROTHSCHILD, LLP

10                       */s/ James E. Doroshow*

11                       James E. Doroshow
Philip F. Shinn
12                       Alan Chen

13                       Attorneys for Defendant and Counterclaimant Accelerated Recovery Centers, LLC

19

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1800 Century Park East, Suite 300, Los Angeles, CA 90067-1506.

On May 10, 2010, I served the following document(s) described as **FIRST AMENDED COUNTERCLAIMS OF COUNTERCLAIMANT ACCELERATED RECOVERY CENTERS, LLC.** on the interested parties in this action as follows:

Charles J. Harder, Esq.
Nicholas A. Merkin, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd., 9th floor
Los Angeles, CA 90064-1582

☑ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Fox Rothschild LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of May 2010 at Los Angeles, California.

Jessica Lenik

20

FIRST AMENDED COUNTERCLAIMS OF COUNTERCLAIMANT
ACCELERATED RECOVERY CENTERS, LLC

LA1 42998v1 05/10/10

EXHIBIT 1

Trademark Electronic Search System (TESS) Monday, April 05, 20104:31:43 PM

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Apr 3 04:02:08 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:     OR | Jump | to record:    **Record 1 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | PASSAGES |
| **Goods and Services** | (ABANDONED) IC 035. US 100 101 102. G & S: Drug and Alcohol Residential Treatment Center. FIRST USE: 20010615. FIRST USE IN COMMERCE: 20010615 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78209585 |
| **Filing Date** | January 31, 2003 |
| **Current Filing Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Owner** | (APPLICANT) **Grasshopper House**,LLC LTD LIAB JT ST CO UNITED STATES 6428 Meadows Court Malibu CALIFORNIA 90265 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | March 4, 2005 |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

EXHIBIT 2

| To: | Grasshopper House, LLC (chris@passagesmalibu.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 78209585 - PASSAGES - N/A |
| Sent: | 7/22/03 11:46:46 AM |
| Sent As: | ECom102 |
| Attachments: | Attachment - 1 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 78/209585

APPLICANT:            Grasshopper House, LLC

CORRESPONDENT ADDRESS:
    Grasshopper House, LLC

    6428 Meadows Court
    Malibu CA USA 90265

RETURN ADDRESS:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
**ecom102@uspto.gov**

MARK:     PASSAGES

CORRESPONDENT'S REFERENCE/DOCKET NO:  N/A

CORRESPONDENT EMAIL ADDRESS:
    chris@passagesmalibu.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-
   mail address.

## OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS
OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

Serial Number  78/209585

The assigned examining attorney has reviewed the referenced application and determined the following.

**No Conflicting Registered Marks**
The examining attorney has searched the Office records and has found no similar registered mark which
bars registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d).  TMEP section

1105.01. Please note that the examining attorney has found a potentially conflicting pending application.

**Prior Pending Application**

The examining attorney encloses information regarding pending Application Serial No. 78179709. The filing date of the referenced application precedes the applicant's filing date. There may be a likelihood of confusion between the two marks under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). If the referenced application matures into a registration, the examining attorney may refuse registration in this case under Section 2(d). 37 C.F.R. Section 2.83; TMEP section 1208.01.

If the applicant believes that there is no potential conflict between this application and the earlier-filed application, the applicant may present arguments relevant to the issue in a request to remove the application from suspension. The election to file or not to file such a request at this time in no way limits the applicant's right to address this issue at a later point.

**Cannot Assert Use and Intent-to-Use Basis for Same Services**

The applicant asserts use of the mark in commerce for treatment center services and applicant asserts that it has a bona fide intent to use the mark in commerce for the same services. An applicant may not assert both use of the mark in commerce, under Trademark Act Section 1(a), 15 U.S.C. Section 1051(a), and intent to use the mark in commerce, under Trademark Act Section 1(b), 15 U.S.C. Section 1051(b), for the same goods or services. 37 C.F.R. Section 2.34(b)(1). The applicant must delete one basis or divide the goods/services between the two bases, as appropriate.

**Specimen Unacceptable**

The specimen is unacceptable as evidence of actual service mark use because it is merely a print of the mark and does not show use of the mark in the sale or advertisement of the services. The applicant must submit a specimen showing the mark as it is used in commerce. 37 C.F.R Section 2.56. Examples of acceptable specimens are signs, photographs, brochures or advertisements that show the mark used in the sale or advertising of the services. TMEP section 1301.04. The applicant must verify, with an affidavit or a declaration under 37 C.F.R. Section 2.20, that the substitute specimen was in use in commerce at least as early as the filing date of the application. 37 C.F.R. Section 2.59(a); TMEP section 905.10.

Pending an adequate response to the above, the examining attorney refuses registration under Trademark Act Sections 1, 2, 3 and 45, 15 U.S.C. §§1051, 1052, 1053 and 1127, because the record does not show use of the proposed mark as a service mark. TMEP §§904.11 and 1301.02 *et seq*.

**Declaration Supporting Use**

The applicant must verify, with an affidavit or a declaration under 37 C.F.R. Section 2.20, that the substitute specimen was in use in commerce at least as early as the filing date of the application. 37 C.F.R. Section 2.59(a); TMEP section 905.10.

The statement supporting use of the substitute specimen must read as follows:

> The substitute specimen was in use in commerce at least as early as the filing date of the application.

The applicant must sign this statement either in affidavit form or with a declaration under 37 C.F.R. Section 2.20.

The following is a properly worded declaration under 37 C.F.R. Section 2.20. At the end of the response, the applicant should insert the declaration signed by someone authorized to sign under 37 C.F.R. Section 2.33(a).

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the facts set forth in this application are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

_____
(Signature)

_____
(Print or Type Name and Position)

_____
(Date)

**Improper Use of ® Symbol**
The specimen shows use of the federal registration symbol with the mark; however, Office records do not show that the mark is registered. The applicant may not use the federal registration symbol until a mark is registered in this Office. After registration of the mark, the applicant may use the symbol only with the specific goods or services recited in the registration. TMEP §§906 and 906.02.

**State of Incorporation**
The applicant must indicate its state of incorporation. 37 C.F.R. Section 2.32(a)(3)(ii); TMEP sections 802.03(c) and 802.04. Applicant has indicated that USA is the state under whose laws it is registered as a Limited Liability Joint Stock Company. This is not acceptable.

**Response Guidelines**
The following authorities govern the processing of trademark and service mark applications: The Trademark Act, 15 U.S.C. Section 1051 *et seq.*, the Trademark Rules of Practice, 37 C.F.R. Part 2, and the *Trademark Manual of Examining Procedure* (TMEP).

No set form is required for response to this Office action. The applicant must respond to each point raised. The applicant should simply set forth the required changes or statements and request that the Office enter them. The applicant must sign the response. In addition to the identifying information required at the beginning of this letter, the applicant should provide a telephone number to speed up further processing.

The applicant may wish to hire a trademark attorney because of the technicalities involved in the

application. The Patent and Trademark Office cannot aid in the selection of an attorney.

If the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

/Michael Webster/

Michael Webster
Examining Attorney
USPTO Law Office 102
(703) 308-9102 ext. 220
ecom102@uspto.gov (formal response)

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit http://www.uspto.gov/teas/index.html and follow the instructions.

To respond formally via E-mail, visit http://www.uspto.gov/web/trademarks/tmelecresp.htm and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov/

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

Print: Jul 22, 2003                    78179709

**TYPED DRAWING**

**Serial Number**
78179709

**Status**
NON-FINAL ACTION - MAILED

**Word Mark**
PASSAGES TO RECOVERY

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Aspen Education Group, Inc. CORPORATION CALIFORNIA 17100 Pioneer
Boulevard Suite 300 Cerritos CALIFORNIA 90701

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US 100 101.  G & S: Inpatient and
outpatient treatment and counseling for abused, addicted, and at-risk
children, young adults, and their parents in the nature of
psychological and sociological services..  First Use: 2001/03/00.
First Use In Commerce: 2001/03/00.

**Filing Date**
2002/10/29

**Examining Attorney**
KEAM, ALEX

**Attorney of Record**
Tawnya R. Wojciechowski

-1-

EXHIBIT 3

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,834,366

Registered Apr. 20, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## PASSAGES TO RECOVERY

ASPEN EDUCATION GROUP, INC. (CALIFOR-
NIA CORPORATION)
17100 PIONEER BOULEVARD
SUITE 300
CERRITOS, CA 90701

FOR: INPATIENT AND OUTPATIENT TREAT-
MENT AND PSYCHOLOGICAL COUNSELING FOR
ABUSED, ADDICTED, AND AT-RISK CHILDREN,

YOUNG ADULTS, AND THEIR PARENTS , IN
CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 3-0-2001; IN COMMERCE 3-0-2001.

SER. NO. 78-179,709, FILED 10-29-2002.

TRICIA THOMPKINS, EXAMINING ATTORNEY

EXHIBIT 4

Trademark Electronic Search System (TESS)Monday, April 05, 20104:35:00 PM

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Apr 3 04:02:08 EDT 2010*

**TESS HOME**  **NEW USER**  **STRUCTURED**  **FREE FORM**  **BROWSE DICT**  **SEARCH OG**  **BOTTOM**  **HELP**

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**TARR Status**  **ASSIGN Status**  **TDR**  **TTAB Status**  *( Use the "Back" button of the Internet Browser to return to TESS)*

## PASSAGES SILVER STRAND

| | |
|---|---|
| **Word Mark** | **PASSAGES SILVER STRAND** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Educational services in the field of health and lifestyle wellness, namely, mental, physical and spiritual healing and well-being. FIRST USE: 20090414. FIRST USE IN COMMERCE: 20090414 |
| | IC 044. US 100 101. G & S: Treatment, counseling, and rehabilitation services for persons suffering from substance abuse and dependencies, including from drugs and alcohol; counseling and training services related to mental, physical and spiritual health and well-being. FIRST USE: 20090414. FIRST USE IN COMMERCE: 20090414 |
| | IC 045. US 100 101. G & S: Spiritual counseling. FIRST USE: 20090414. FIRST USE IN COMMERCE: 20090414 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77797990 |
| **Filing Date** | August 5, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Passages Silver Strand, LLC LIMITED LIABILITY COMPANY CALIFORNIA 241 Market Street Port Hueneme CALIFORNIA 93041 |
| **Attorney of Record** | Bradley M. Ganz |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SILVER STRAND" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |

http://tess2.uspto.gov/bin/showfield?f=doc&state=4007:clh24a.3.1

Trademark Electronic Search System (TESS) Monday, April 05, 20104:35:00 PM
**Indicator**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 5

| To: | Passages Silver Strand, LLC (mail@ganzlaw.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 77797990 - PASSAGES SILVER STRAND - PAS-3.007 |
| Sent: | 11/16/2009 2:28:28 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 77/797990

**MARK:** PASSAGES SILVER STRAND

**CORRESPONDENT ADDRESS:**
BRADLEY M. GANZ
GANZ LAW, P.C.
PO BOX 2200
HILLSBORO, OR 97123-1921

**\*77797990\***

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT:** Passages Silver Strand, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
PAS-3.007
**CORRESPONDENT E-MAIL ADDRESS:**
mail@ganzlaw.com

# OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE: 11/16/2009**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## SEARCH OF OFFICE'S DATABASE OF MARKS

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

## IDENTIFICATION OF SERVICES

The wording in the identification of services is indefinite and must be clarified because the nature of the services is unclear and identifies services in more than one class. *See* TMEP §1402.01. Applicant must amend this wording to specify the common commercial or generic name for the services. If there is no common commercial or generic name for the services, then applicant must describe the nature of the services as well as their main purpose, channels of trade, and the intended consumer(s).

Applicant may substitute the following wording, if accurate:

Class 41:    Training in the field of health and lifestyle wellness, namely, mental, physical and spiritual heal and well-being;

Class 44:    Addiction treatment services, drug and alcohol rehabilitation counseling and rehabilitation of persons suffering from substance abuse and dependencies, including from drugs and alcohol; counseling in the field of health and lifestyle wellness;

Class 45:    Spiritual counseling

Identifications of services can be amended only to clarify or limit the services; adding to or broadening the scope of the services is not permitted. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07. Therefore, applicant may not amend the identification to include services that are not within the scope of the services set forth in the present identification.

For assistance with identifying and classifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identifications of Goods and Services* at http://tess2.uspto.gov/netahtml/tidm.html.  *See* TMEP §1402.04.

## DISCLAIMER REQUIRED

Applicant must disclaim the geographically descriptive wording "SILVER STRAND" apart from the mark as shown, because it is primarily geographically descriptive of origin of the services.  *See* 15 U.S.C. §1056(a); TMEP §§1210.06(a), 1213.03(a).  As evidenced by the attached Internet materials, Port Hueneme is located in the Silver Strand beach area in California.

The Office can require an applicant to disclaim an unregistrable part of a mark consisting of particular wording, symbols, numbers, design elements, or combinations thereof.  15 U.S.C. §1056(a).  Under Trademark Act Section 2(e), the Office can refuse registration of an entire mark if the entire mark is merely descriptive, deceptively misdescriptive, or primarily geographically descriptive of the goods and/or services.  15 U.S.C. §1052(e).  Thus, the Office may require an applicant to disclaim a portion of a mark that, when used in connection with the goods and/or services, is merely descriptive, deceptively misdescriptive, primarily geographically descriptive, or otherwise unregistrable (e.g., generic).  *See* TMEP §§1213, 1213.03.

Failure to comply with a disclaimer requirement can result in a refusal to register the entire mark. TMEP §1213.01(b).

A "disclaimer" is a statement that applicant does not claim exclusive rights to an unregistrable component of a mark.  TMEP §1213.  A disclaimer does not affect the appearance of the applied-for mark.  *See* TMEP §1213.10.

A disclaimer does not physically remove the disclaimed matter from the mark, but rather is a written statement that applicant does not claim exclusive rights to the disclaimed wording and/or design separate and apart from the mark as shown in the drawing.  TMEP §§1213, 1213.10.

The following cases further explain the disclaimer requirement: *Dena Corp. v. Belvedere Int'l Inc.*, 950 F.2d 1555, 21 USPQ2d 1047 (Fed. Cir. 1991); *In re Brown-Forman Corp.*, 81 USPQ2d 1284 (TTAB 2006); *In re Kraft, Inc.*, 218 USPQ 571 (TTAB 1983).

The computerized printing format for the Office's *Trademark Official Gazette* requires a standardized format for a disclaimer.  TMEP §1213.08(a)(i).  The following is the standard format used by the Office:

> **No claim is made to the exclusive right to use "SILVER STRANDS" apart from the mark as shown.**

TMEP §1213.08(a)(i); *see In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).

/Michele-Lynn Swain/
Examining Attorney
(PH)571-272-9232
(FX)571-273-9116

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail. For *technical* assistance with the form, please e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned examining attorney. **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

http://74.125.93.132/search?q=cache:YtOv4HuGfukJ:en.wikipedia.org/wiki/Silver_Strand_Beach+silver+strand+%22po rt+hueneme%22+located&cd=9&hl=en&ct=clnk&gl=us    11/13/2009 12:56:17 PM

This is Google's cache of http://en.wikipedia.org/wiki/Silver_Strand_Beach. It is a snapshot of the page as it appeared on Nov 8, 2009 04:52:43 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: silver strand port hueneme located                    Text-only version

Try Beta      Log in / create account

article    discussion    edit this page    history



Knowledge Forever
Ad-Free Forever
Wikipedia Forever

Coordinates: 🌐 32°37'28"N 117°8'18"W    [Hide]



WIKIPEDIA
*The Free Encyclopedia*

**navigation**
- Main page
- Contents
- Featured content
- Current events
- Random article

**search**

[ Go ]  [ Search ]

**Interaction**
- About Wikipedia
- Community portal
- Recent changes
- Contact Wikipedia
- Donate to Wikipedia
- Help

**toolbox**
- What links here
- Related changes
- Upload file
- Special pages
- Printable version
- Permanent link
- Cite this page

## Silver Strand Beach

From Wikipedia, the free encyclopedia

**Silverstrand Beach is** a one mile long beach community bordered by the the cities of Oxnard and **Port Hueneme**. It is bounded on the south by the Port of Hueneme and to the north by the Channel Islands Harbor; The eastern side of the beach is entirely composed of the United States Navy Basa at **Port Hueneme**. The harbors and the Naval base almost completely surround Silverstrand isolating the area and making it accessible by only one road.

Silverstrand is also home to the Oxnard base of the United States Coast Guard and the National Weather Service Oxnard operation which covers Los Angeles County, Ventura County, Santa Barbara County and San Luis Obispo County.



Map of Silver Strand Beach (area inside the red lines)

**Contents** [hide]

1 Silverstrand
  1.1 History
  1.2 Beach
  1.3 Shipwreck
  1.4 Localism
  1.5 Music and entertainment
  1.6 Proper Name
2 Points of Interest
3 References
4 External links

http://74.125.93.132/search?q=cache:YtOv4HuGfukJ:en.wikipedia.org/wiki/Silver_Strand_Beach+silver+strand+%22po rt+hueneme%22+located&cd=9&hl=en&ct=clnk&gl=us       11/13/2009 12:56:17 PM

4 External links

## Silverstrand                                                                    [edit]

Silverstrand, commonly referred to as "The Strand", is a collection of mostly post-WW II single family homes, and some Multi-Family homes. There are two small zoned commercial districts. The main commercial district is centered around Roosevelt Boulevard and consists of a collection of restaurants, real estate offices and a few small bussineses. The second commercial zone is located at the south end of the beach.

The Population of Silverstrand is 3,315. Median Household income is $71,650 with a per capita income $42,974. Median age is 39. The population is 89% White Non-hispanic.[1]

### History                                                                         [edit]

The Silverstrand Beach community dates back to 1924 when the Hollywood Beach subdivision was initiated in unincorporated Ventura County . Silverstrand was mapped in 1925, and Hollywood by the Sea in 1926. Hollywood by the Sea is located adjacent to Silverstrand on the east side of Victoria Avenue / Roosevelt Boulevard. The harbor, which was constructed in the 1960's, is located where much of Hollywood by the Sea once stood.[2]

### Beach                                                                           [edit]

Silverstrand Beach is a one mile long sandy beach running 150 yds in width. It is capped by the north and and south jetties which both have small parking lots and limited restroom facilities. The coast is a sandy bottom beach break which has significant rip tides and undertow. Lifeguards are not on duty from Sept to may.

### Shipwreck                                                                       [edit]

In 1970 the declining luxury cruise liner La Jenelle had been anchored off Silverstrand awaiting investments for reconditioning. On April 13th strong winds pushed the ship near the entrance of the Port of Hueneme where the ship hit a sand bar and capsized. Since the boat was well over 50 years old it was abandoned by its owners and quickly started disintegrating in the surf. To prevent injury the navy cut the exposed top off the boat and then filled hull and surrounding area with rocks and sand. Parts of the deck and hull are still visible from the south jetty and a full length view of the of the ship can be seen from the ocean.


The Mural Wall at The Ship parking lot, Silverstrand Beach.

### Localism                                                                        [edit]

Often attributed to its isolated location and blue collar and Naval history Silverstrand's surfers have fostered a reputation as being unfiendly to outsiders. Confrontations between local residents and surfers from out of the area are not uncommon. The Silverstrand locals, often refered to as SSL, have gained a near mythical status in califonia's surfing culture and been featured in surfer magazine and the Documentary The Swell Life.[3]

### Music and entertainment                                                         [edit]

Silverstrand Beach is credited being the birthplace of the Nardcore style of hardcore punk music. Oxnard was the epicenter of the early 1980s hardcore punk scene in Southern California, and many of its founding genre bands were from Silverstrand, most notable being Dr. Know, Agression, Stalag 13 and Ill Repute.

http://74.125.93.132/search?q=cache:YtOv4HuGfukJ:en.wikipedia.org/wiki/Silver_Strand_Beach+silver+strand+%22po rt+hueneme%22+located&cd=9&hl=en&ct=clnk&gl=us       11/13/2009 12:56:17 PM

Know, Agression, Stalag 13 and III Repute.

[edit]
## Proper Name

Silverstrand is known by numerous different names and spelling. The name was created by the Hollywood Beach subdivision in 1924 and was spelled as one word *Silverstrand*. However, in the Ventura county coastal zoning ordinance the area is referred to with two words *Silver Strand*. It also known as Channel Islands Beach.

[edit]
## Points of Interest

- Quincy Street Ltd. - Dinner restuaraunt with a full bar.
- Big Daddy O's Beach BBQ & Catering
- Pepe's - a little burrito and taco place.
- Jetty Surf Cafe - a nice little breakfast and lunch place with a Hawaiian twist.
- The Corner Store - a little convenience store.
- The Beachcomber - a wine and beer bar which features live music

[edit]
## References

1. ^ *City Data - Channel Islands Beach ⬈ 2007 data, Accessed Nov 8th, 2009
2. ^ *CIBSD History ⬈, Accessed Nov 8th, 2009,
3. ^ *The Swell Life ⬈ Darren E. McInerney, 2001

[edit]
## External links

- California State Park official site ⬈
- City Data - Channel Islands Beach ⬈
- Channel Islands Beach Community Services District ⬈
- The Swell Life ⬈

| Protected Areas of California | [show] |
| --- | --- |

Categories: Protected areas of California | Geography of Oxnard, California

 WIKIMEDIA project   This page was last modified on 8 November 2009 at 04:50.   Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.   Privacy policy   Disclaimers   



http://www.parks.ca.gov/?page_id=654     11/13/2009 01:16:44 PM





Region, City
or County

The bay side of the park offers views of San Diego Bay. Three pedestrian tunnels lead from the parking lots under the highway to the bay side of the park. (The bay side of the park is restricted to pedestrian traffic only. No vehicles are allowed in the tunnels or on the bay side.) The water in the bay area is usually warmer and calmer, perfecting for swimming and sailing. Ramadas, tables, barbecue pits, and fire rings are available in the area. South of the developed area, there are one and a half miles of ocean and natural preserve. Strolling along the beach, visitors can see moonsnails, concleshells, and an occasional sand dollar in the sand.

~ Dogs are **not allowed** on the beach, in the tunnels, or on the bay side.
~ Dogs **are allowed** only in the day use and camping area parking lots.
~ All dogs must remain on a leash no longer than six feet in length.

**Location-Directions**
The beach is located 4.5 miles south of the city of Coronado on Highway 75. The park is located on the sand-spit that forms the outer edge of San Diego Bay between Coronado and Imperial Beach. The park has 2 ½ miles of ocean beach and ½ mile on the bay. The entrance to the park is from Highway 75, which serves as a divider between the ocean side of the park and the bay side.

*Address*
5000 Highway 75
Coronado, CA 92118

**Wi-Fi Service**
Silver Strand State Beach now offers AT&T Wi-Fi Service! This service enables park visitors with wireless enabled laptop computers or personal digital assistants (PDAs) to access the Internet. Park visitors will be able to gain Wi-Fi access when they use a wireless device within about 150 to 200 feet of the Life Guard Tower located in the park. For more information about this service please see January 19, 2005, News Release.

» January 19, 2005, News Release (pdf)
» Other parks with WiFi access...

San Diego County

**Telephone**
619 435 5184

**Operating Hours**
The front gate opens year-round at 8 a.m. Camping is available for self-contained vehicles, motor-homes, or trailers. Per Coastal Commission regulations, vehicles that are not fully self-contained will be turned away. It is always a good idea to call ahead regarding operating hours, fees, and conditions, which can change.

**Address**
5000 Highway 75
Coronado, CA 92118

**Regularly Scheduled Programs**
• Junior Rangers
• Campfire Programs
• Nature Walks
• "Explore & Restore SSSB"
• Plover Patrol Volunteers

Conditions of Use | Privacy Policy
Copyright © 2009 State of California

| To: | Passages Silver Strand, LLC (mail@ganzlaw.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 77797990 - PASSAGES SILVER STRAND - PAS-3.007 |
| Sent: | 11/16/2009 2:28:31 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | |

# IMPORTANT NOTICE REGARDING YOUR TRADEMARK APPLICATION

**Your trademark application (Serial No. 77797990) has been reviewed. The examining attorney assigned by the United States Patent and Trademark Office ("USPTO") has written a letter (an "Office action") on 11/16/2009 to which you must respond (*unless the Office letter specifically states that no response is required*). Please follow these steps:**

**1.** Read the Office letter by clicking on this **link** http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77797990&doc_type=OOA& OR go to **http://tmportal.uspto.gov/external/portal/tow** and enter your serial number to access the Office letter. If you have difficulty accessing the Office letter, contact **TDR@uspto.gov.**

**PLEASE NOTE**: The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**2.** Contact the examining attorney who reviewed your application if you have any questions about the content of the Office letter (contact information appears at the end thereof).

**3.** Respond within 6 months, calculated from 11/16/2009 (*or sooner if specified in the Office letter*), using the Trademark Electronic Application System (TEAS) **Response to Office Action form**. If you have difficulty using TEAS, contact **TEAS@uspto.gov.**

## ALERT:

**Failure to file any required response by the applicable deadline will result in the ABANDONMENT (loss) of your application.**

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.**

EXHIBIT 6

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/2006)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77797990 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 116 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (041)(class added)** | |
| **INTERNATIONAL CLASS** | 041 |
| **DESCRIPTION** | |
| Educational services in the field of health and lifestyle wellness, namely, mental, physical and spiritual healing and well-being. | |
| **FILING BASIS** | Section 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 04/14/2009 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 04/14/2009 |
| **STATEMENT TYPE** | "The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"*[for an application based on Section 1(a), Use in Commerce] OR* **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use].* |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-709013481-162819400 . Pas_Specimen.pdf |
| **CONVERTED PDF FILE(S)** (3 pages) | \\TICRS\EXPORT8\IMAGEOUT8\777\979\77797990\xml17\ROA0002.JPG |
| | \\TICRS\EXPORT8\IMAGEOUT8\777\979\77797990\xml17\ROA0003.JPG |
| | \\TICRS\EXPORT8\IMAGEOUT8\777\979\77797990\xml17\ROA0004.JPG |

| SPECIMEN DESCRIPTION | Web pages |
|---|---|

## GOODS AND/OR SERVICES SECTION (045)(class added)

| INTERNATIONAL CLASS | 045 |
|---|---|
| DESCRIPTION | Spiritual counseling. |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 04/14/2009 |
| FIRST USE IN COMMERCE DATE | At least as early as 04/14/2009 |
| STATEMENT TYPE | "The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"*[for an application based on Section 1(a), Use in Commerce]* OR **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use].* |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN1-709013481-162819400_._Pas_Specimen.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT8\IMAGEOUT8\777\979\77797990\xml7\ROA0005.JPG |
| | \\TICRS\EXPORT8\IMAGEOUT8\777\979\77797990\xml7\ROA0006.JPG |
| | \\TICRS\EXPORT8\IMAGEOUT8\777\979\77797990\xml7\ROA0007.JPG |
| SPECIMEN DESCRIPTION | Web pages |

## ADDITIONAL STATEMENTS SECTION

| DISCLAIMER | No claim is made to the exclusive right to use SILVER STRAND apart from the mark as shown. |
|---|---|

## PAYMENT SECTION

| NUMBER OF CLASSES | 2 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEES DUE | 650 |

## SIGNATURE SECTION

| DECLARATION | /Bradley M. Ganz/ |
|---|---|

| SIGNATURE | |
|---|---|
| SIGNATORY'S NAME | Bradley M. Ganz |
| SIGNATORY'S POSITION | Attorney |
| DATE SIGNED | 11/19/2009 |
| RESPONSE SIGNATURE | /Bradley M. Ganz/ |
| SIGNATORY'S NAME | Bradley M. Ganz |
| SIGNATORY'S POSITION | Attorney |
| DATE SIGNED | 11/19/2009 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Nov 19 18:43:16 EST 2009 |
| TEAS STAMP | USPTO/ROA-70.90.134.81-20 091119184316405180-777979 90-46053ff28dffb6ed63d071 836cea6149-CC-5124-200911 19162819400178 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/2009)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **77797990** has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant hereby adds the following class of goods/services to the application:**
New: Class 041 for Educational services in the field of health and lifestyle wellness, namely, mental, physical and spiritual healing and well-being.
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 04/14/2009 and first used in commerce at least as early as 04/14/2009, and is now in use in such commerce.
Applicant hereby submits a specimen for Class 041. The specimen(s) submitted consists of Web pages.
**"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as**

the filing date of the application"*[for an application based on Section 1(a), Use in Commerce] OR* "**The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use**" *[for an application based on Section 1(b) Intent-to-Use].*

**Original PDF file:**
SPN0-709013481-162819400 . Pas Specimen.pdf
**Converted PDF file(s) (3 pages)**
Specimen File1
Specimen File2
Specimen File3

**Applicant hereby adds the following class of goods/services to the application:**
New: Class 045 for Spiritual counseling.
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 04/14/2009 and first used in commerce at least as early as 04/14/2009, and is now in use in such commerce.
Applicant hereby submits a specimen for Class 045. The specimen(s) submitted consists of Web pages.
"**The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application**"*[for an application based on Section 1(a), Use in Commerce] OR* "**The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use**" *[for an application based on Section 1(b) Intent-to-Use].*
**Original PDF file:**
SPN1-709013481-162819400 . Pas Specimen.pdf
**Converted PDF file(s) (3 pages)**
Specimen File1
Specimen File2
Specimen File3

## ADDITIONAL STATEMENTS
**Disclaimer**
No claim is made to the exclusive right to use SILVER STRAND apart from the mark as shown.

## FEE(S)
Fee(s) in the amount of $650 is being submitted.

## SIGNATURE(S)
**Declaration Signature**
If the applicant is seeking registration under Section 1(b) and/or Section 44 of the Trademark Act, the applicant has had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. 37 C.F.R. Secs. 2.34(a)(2)(i); 2.34 (a)(3)(i); and 2.34(a)(4)(ii); and/or the applicant has had a bona fide intention to exercise legitimate control over the use of the mark in commerce by its members. 37 C.F.R. Sec. 2.44. If the applicant is seeking registration under Section 1(a) of the Trademark Act, the mark was in use in commerce on or in connection with the goods and/or services listed in the application as of the application filing date or as of the date of any submitted allegation of use. 37 C.F.R.

Secs. 2.34(a)(1)(i); and/or the applicant has exercised legitimate control over the use of the mark in commerce by its members. 37 C.F.R. Sec. 244. The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that if the original application was submitted unsigned, that all statements in the original application and this submission made of the declaration signer's knowledge are true; and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: /Bradley M. Ganz/      Date: 11/19/2009
Signatory's Name: Bradley M. Ganz
Signatory's Position: Attorney

**Response Signature**
Signature: /Bradley M. Ganz/      Date: 11/19/2009
Signatory's Name: Bradley M. Ganz
Signatory's Position: Attorney

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

RAM Sale Number: 5124
RAM Accounting Date: 11/20/2009

Serial Number: 77797990
Internet Transmission Date: Thu Nov 19 18:43:16 EST 2009
TEAS Stamp: USPTO/ROA-70.90.134.81-20091119184316405
180-77797990-46053ff28dffb6ed63d071836ce
a6149-CC-5124-2009111916281940O178



**AN INVITATION FROM PAX AND CHRIS PRENTISS**
the Co-Founders and Co-Directors of
Passages Addiction Cure Center

Passages is not a 12-step program and we do not share the belief that alcoholism and addiction are diseases. At the core of every addiction are underlying problems that are the direct cause of your dependency on drugs and alcohol. Alcoholism and addiction are just symptoms of the deep, underlying problems in your life. At Passages, we help you discover and heal those underlying problems, putting an end to your addiction. There are only four causes of alcoholism and addiction.

1. Chemical imbalance.
2. Events of the past you have not been able to reconcile.
3. Current conditions you can't cope with.
4. Things you believe that aren't true.

An example of #4 is the belief that alcoholism and addiction are diseases and that they are incurable. Once you buy into that belief, you will fail to seek the real causes that are always there. Until your personal underlying causes are discovered and healed, you will most likely continue using drugs and alcohol, struggling every day, but with no end in sight. Once your underlying problems are solved, your addiction will cease to exist; no more suffering, no more relapse, no more days and nights of anguish. You are free.

When you check into Passages, a ten-person team of expert therapists is assigned just to you or your loved one. These therapists work with you one-on-one, providing you with a total of 55 hours of private therapy in one month. Your therapists work as a team, sharing information on a daily basis, and then making changes to your program, so that your program progresses as you progress. Think of it; ten highly skilled therapists who have been working as a team for years, who will put forth their full effort just for you! That level of care is not available anywhere else in the world. There is only one Passages, and it is the right place, the only place, for you or someone you care about.

Passages pioneered the word "cure" as it applies to curing dependency on drugs and alcohol, and we are the pioneers of the one-on-one treatment program. In the eight years since we opened our doors, we set the standard; we raised the bar. There are many others who now copy us, but poorly, and why be satisfied with imitators? Remember we believe in a cure, and we believe in you!

### THE PRIMARY REASON TO CHOOSE PASSAGES: ONE-ON-ONE TREATMENT



Our unmatched and powerful program can provide complete recovery from any addiction.

We do this by first and foremost healing the underlying problems that our causing your addiction. We kr *your dependency on alcohol and drugs* is to discover the problems that have caused and are maintaining completely. We do this by providing you with ten of the world's finest therapists, hand picked from our p in approximately fifty hour-long, private, individual, one-on-one therapy sessions, far more than is provi more than 12 one-on-one sessions each week, and our therapists are at the forefront of modern addiction and whose only goal is to completely cure you of the problems underlying your dependency.

Every week, we (Chris and Pax) meet with all of your therapists for an intensive, group session called T progress is discussed, and a new program is designed for you for the coming week based on what you ne walk out of Passages completely cured of your dependency and ready to return home without the specter relapse hanging over your head. As a result, your program progresses as you progress, no two weeks are Your program is truly an individualized program. Through this incredible cutting edge treatment prograr Passages' team helps you or your loved one cure themselves so you can remain completely free of depen on drugs and alcohol for the rest of your lives.

The Passages level of care is not available at any other treatment center in the world. It is what sets us ap all other treatment centers along with our unmatched rate of success and the fact that we do not believe i disease concept of alcoholism and addiction. We have searched throughout the United States and many c countries and have not found any program that even comes close to offering the level of care that we offi Nearly every other center in the world still offers the same cookie-cutter, group meeting approach. Their idea one-on-one treatment usually consists of one continually preaching the disease concept, one day at a time, for the rest of your life. And your fight to stay sober, one day at a time, for the rest of your life. And program is the same as the week before, over and over again; their prog cookie-cutter approach, the one-size-fits-all programs, and, along with alcoholism and addiction, is what is primarily responsible for their incr you like to be treated by someone who believed you could not be cured





There is no shame in doing what you've done, in becoming what you've become. You were trying desper
We know that. We want the opportunity to restore you. Our most rewarding experience at Passages is to
being freed of their dependencies. What a joy! It's absolutely our favorite thing. You or someone you lov

We invite you to come to Passages and experience what it's like to be in the company of people who trul
heal it, who know how to free you from your dependency on addictive pills, alcohol, street drugs and ad
behavior. We are curing people just like you every day. It makes no difference how long you've been dri
using drugs. It makes no difference how totally involved you are with your drug of choice, be it alcohol,
addictive prescription medications or
street drugs. It makes no difference how far down the ladder of addiction you have traveled, how far fron
you have fallen. We will show you how to end relapse, how to end suffering and how to end your cravin
will show you how to restore your life. *We will show you how to be truly free.* This is our invitation to yo

We invite you to come to Passages and give yourself the gift of Passages. We offer you safe passage fron
world of addiction to the world of freedom from addiction. We invite you to bring us yourself or your lo
and we will give you back the original person, the one who's been lost for so long.

Call us now at **(888) 777-8525** from 7am-10pm Pacific Standard Time, 365 days a year, to make your re
caring, knowledgeable people standing by who are ready to answer your questions and coordinate your a
cure, and we believe in you! Sincerely and with the greatest love and respect.

Chris and Pax Prentiss
Co-Founders, Co Directors

## CALL 1 (888) 777-8525

## Passages Silver Strand
## 244 East Clara Street
## Port Hueneme, CA 93041

### 7AM-10PM PACIFIC STANDARD TIME, 365 DAYS A YEAR



**PASSAGES SILVER STRAND™**

**AN INVITATION FROM PAX AND CHRIS PRENTISS**
the Co-Founders and Co-Directors of
Passages Addiction Cure Center

Passages is not a 12-step program and we do not share the belief that alcoholism and addiction are diseases. At the core of every addiction are underlying problems that are the direct cause of your dependency on drugs and alcohol. Alcoholism and addiction are just symptoms of the deep, underlying problems in your life. At Passages, we help you discover and heal those underlying problems, putting an end to your addiction. There are only four causes of alcoholism and addiction.

1. Chemical imbalance.
2. Events of the past you have not been able to reconcile.
3. Current conditions you can't cope with.
4. Things you believe that aren't true.

An example of #4 is the belief that alcoholism and addiction are diseases and that they are incurable. Once you buy into that belief, you will fail to seek the real causes that are always there. Until your personal underlying causes are discovered and healed, you will most likely continue using drugs and alcohol, struggling every day, but with no end in sight. Once your underlying problems are solved, your addiction will cease to exist; no more suffering, no more relapse, no more days and nights of anguish. You are free.

http://www.passagesmalibu.com/ss/.

4/14/2009

When you check into Passages, a ten-person team of expert therapists is assigned just to you or your loved one. These therapists work with you one-on-one, providing you with a total of 55 hours of private therapy in one month. Your therapists work as a team, sharing information on a daily basis, and then making changes to your program, so that your program progresses as you progress. Think of it; ten highly skilled therapists who have been working as a team for years, who will put forth their full effort just for you! That level of care is not available anywhere else in the world. There is only one Passages, and it is the right place, the only place, for you or someone you care about.

Passages pioneered the word "cure" as it applies to curing dependency on drugs and alcohol, and we are the pioneers of the one-on-one treatment program. In the eight years since we opened our doors, we set the standard; we raised the bar. There are many others who now copy us, but poorly, and why be satisfied with imitators? Remember we believe in a cure, and we believe in you!

**THE PRIMARY REASON TO CHOOSE PASSAGES: ONE-ON-ONE TREATMENT**



Our unmatched and powerful program can provide complete recovery from any addiction.

We do this by first and foremost healing the underlying problems that our causing your addiction. We kr *your dependency on alcohol and drugs* is to discover the problems that have caused and are maintaining completely. We do this by providing you with ten of the world's finest therapists, hand picked from our r in approximately fifty hour-long, private, individual, one-on-one therapy sessions, far more than is provi more than 12 one-on-one sessions each week, and our therapists are at the forefront of modern addiction and whose only goal is to completely cure you of the problems underlying your dependency.

Every week, we (Chris and Pax) meet with all of your therapists for an intensive, group session called *T* progress is discussed, and a new program is designed for you for the coming week based on what you ne walk out of Passages completely cured of your dependency and ready to return home without the specter relapse hanging over your head. As a result, your program progresses as you progress, no two weeks are Your program is truly an individualized program. Through this incredible cutting edge treatment progran Passages' team helps you or your loved one cure themselves so you can remain completely free of depen on drugs and alcohol for the rest of your lives.

The Passages level of care is not available at any other treatment center in the world. It is what sets us ap all other treatment centers along with our unmatched rate of success and the fact that we do not believe i disease concept of alcoholism and addiction. We have searched throughout the United States and many c countries and have not found any program that even comes close to offering the level of care that we off Nearly every other center in the world still offers the same cookie-cutter, group meeting approach. Their idea one-on-one treatment usually consists of one



continually preaching the disease concept, where you are labeled an ine your fight to stay sober, one day at a time, for the rest of your life. And program is the same as the week before, over and over again; their prog cookie-cutter, one-size-fits-all programs, and, along with alcoholism and addiction, is what is primarily responsible for their incr you like to be treated by someone who believed you could not be cured

# LEARN ABOUT THE TREATMENT PROGRAM

There is no shame in doing what you've done, in becoming what you've become. You were trying desper
We know that. We want the opportunity to restore you. Our most rewarding experience at Passages is to
being freed of their dependencies. What a joy! It's absolutely our favorite thing. You or someone you lov

We invite you to come to Passages and experience what it's like to be in the company of people who trul
heal it, who know how to free you from your dependency on addictive pills, alcohol, street drugs and add
behavior. We are curing people just like you every day. It makes no difference how long you've been dri
using drugs. It makes no difference how totally involved you are with your drug of choice, be it alcohol,
addictive prescription medications or
street drugs. It makes no difference how far down the ladder of addiction you have traveled, how far fror
you have fallen. We will show you how to end relapse, how to end suffering and how to end your cravin
will show you how to restore your life. *We will show you how to be truly free.* This is our invitation to yo

We invite you to come to Passages and give yourself the gift of Passages. We offer you safe passage from
world of addiction to the world of freedom from addiction. We invite you to bring us yourself or your lo
and we will give you back the original person, the one who's been lost for so long.

Call us now at **(888) 777-8525** from 7am-10pm Pacific Standard Time, 365 days a year, to make your re
caring, knowledgeable people standing by who are ready to answer your questions and coordinate your a
cure, and we believe in you! Sincerely and with the greatest love and respect.

Chris and Pax Prentiss
Co-Founders, Co Directors

## CALL 1 (888) 777-8525

## Passages Silver Strand
## 244 East Clara Street
## Port Hueneme, CA 93041

**7AM-10PM PACIFIC STANDARD TIME, 365 DAYS A YEAR**

RAM SALE NUMBER: 5124
RAM ACCOUNTING DATE: 20091120

INTERNET TRANSMISSION DATE:

2009/11/19

SERIAL NUMBER:

77/797990

| Description | Fee Code | Transaction Date | Fee | Number Of Classes | Total Fees Paid |
|---|---|---|---|---|---|
| New App | 7001 | 2009/11/19 | 325 | 2 | 650 |

# EXHIBIT 7

Trademark Electronic Search System (TESS)Monday, April 05, 20104:34:10 PM

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Apr 3 04:02:08 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:    OR Jump | to record:    **Record 4 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# PASSAGES MALIBU

| | |
|---|---|
| **Word Mark** | PASSAGES MALIBU |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Training services, namely, conducting workshops in the field of mental, physical and spiritual health and well-being; Counseling services in the field of physical health and well-being, namely, physical fitness |
| | IC 044. US 100 101. G & S: Treatment, and rehabilitation services for persons suffering from substance abuse and dependencies, including from drugs and alcohol; Psychological counseling for persons suffering from substance abuse and dependencies, including from drugs and alcohol; Counseling services in the field of mental health |
| | IC 045. US 100 101. G & S: Spiritual counseling |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77848719 |
| **Filing Date** | October 14, 2009 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 13, 2010 |
| **Owner** | (APPLICANT) **Grasshopper House**, LLC LIMITED LIABILITY COMPANY CALIFORNIA 6428 Meadows Ct. Malibu CALIFORNIA 90265 |
| **Attorney of Record** | Bradley M. Ganz |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALIBU" APART FROM THE MARK AS |

Trademark Electronic Search System (TESS) Monday, April 05, 2010 4:34:10 PM

SHOWN

**Type of Mark** SERVICE MARK
**Register** PRINCIPAL
**Live/Dead Indicator** LIVE

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
|---|---|---|---|---|---|---|---|---|---|---|

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|

---

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 8

Home     Products     Supplements     Watch Video     Testimonials     Order Support     About Passages          🛒 VIEW CART

A PROVEN METHOD THAT WORKS

**The Alcoholism and Addiction Cure**
A Holistic Approach to Total Recovery

Chris Prentiss

available on: amazonkindle    audible.com    iTunes     BUY NOW $18.95


Passages Serenity & Replenishment Two Month Supply
BUY NOW $119.95

Zen and The Art of Happiness
BUY NOW $10.95


The Alcoholism and Addiction Cure: Audio Version read by Chris Prentiss
BUY NOW $27.95


Complete Book Package
BUY NOW $44.95

◆ FEATURED PRODUCTS ◆

## Learn how to heal the underlying causes of dependency— and be free of addiction forever!

I wrote *The Alcoholism and Addiction Cure* to give you hope and to share with you what works.

Within the covers of my book, I will show you how to cure your addiction to alcohol, prescription drugs, street drugs, smoking, food addictions, sex addictions, gambling and all other addictions. Notice that I do not say "however," "maybe," "although," "perhaps," or use other qualifying terms or conditions. By reading my book you will learn exactly how to cure your dependency. *The Alcoholism and Addiction Cure* contains the process that we use at the Passages Addiction Cure Center in Malibu, California. Passages currently has the highest success rate in the world for curing all forms of addiction.

You or your loved one is treading the same ground that I walked with my son Pax, who was dependent on heroin, cocaine, and alcohol for ten years. You and I have felt the same despair, suffered the same hardships, experienced the same losses, seen the same rending of friendships and family, watched ourselves or our loved ones endlessly spiral downward, and we have had our hearts broken and our spirits dashed. The difference between us is that Pax has come out the other side whole, healed, and cured, while you or your loved one is still caught in the grip of the powerful, soul-sucking vortex of dependency on alcohol, drugs or some form of addictive behavior.

Now it's your turn. This is your time to put an end to your dependency or the dependency of someone you love, forever, by following the guidelines in this book—the same guidelines and principles that are helping people every day at Passages Addiction Cure Center be healed of their dependency on drugs, alcohol, and addictive behaviors. This groundbreaking program will work for anybody.

This is your moment to take control and break the chains of addiction forever. Once you become sober, you are going to have the life you have been dreaming of. A life happy,



http://www.theaddictioncure.com/

TheAddictionCure.com - The #1 Addiction Resource in America Monday, April 05, 20103:48:27 PM





healthy, and free to do whatever you want. You will no longer be living in the jail cell of addiction. Pax and I are waiting for you on the other side.

To support you in your recovery and ongoing sobriety, we've also included on this site other products that will nourish, inspire, and help you to live the vibrant and fulfilling life you want and deserve.

Come join us today and be a part of the Passages family. Remember, we believe in a cure, and we believe in you!

**Chris Prentiss and Pax Prentiss**

Shipping and Policies

🔒 ORDER SECURELY ONLINE OR CALL (800) 935-3578
📦 FREE SHIPPING FOR ORDERS OVER $49.95
💰 30-DAY MONEY BACK GUARANTEE

To keep your confidentiality, Power Press Publishing will be listed on both your email confirmation and packaging slip. There will be no mention of TheAddictionCure.com or Passages Addiction Cure Center. All products have a 30 day money-back guarantee from date of purchase. Opened supplement bottles will not be accepted. We will not accept opened CDs as returns unless they are defective. Defective merchandise will be exchanged for the identical item only. Include local taxes in CA only. Canadian shipments are charged $12.95 S&H. No RUSH shipping to Canada or P.O. Boxes.  Your order will arrive in approximately 10-15 days after order is placed. Allow  4 - 7 business days for rush shipping. Canadian orders may take longer to arrive.

Home
Products
Supplements
Watch Video

Testimonials
Order Support
About Passages
Passages Malibu

   

http://www.theaddictioncure.com/

# EXHIBIT 9

Passages Malibu Drug Rehab Alcohol Rehab Addiction Treatment Cure Center Monday, April 05, 2010 4:29:...

CALL (866) 850-6673

**What We Do**    **How We Do It**    **Why It Works**    **Detox**    **Tour**    **Staff**    **Contact**    **Locations**    **Store**



**Pax and Chris Prentiss the Co-Founders and Co-Directors of Passages Addiction Cure Center**

**You'll be happy to know:**

Drugs and alcohol are not the problem. They seem to be the problem, but they are actually what you've chosen as your solution to the problem. Addiction to drugs and alcohol is just a symptom. Your addiction is merely a signpost that something is out of balance in your blood chemistry and in your life that needs correction. You can detox from drugs or alcohol, but that's only a temporary fix. If the underlying cause of your addiction goes uncorrected, it will continue to haunt you, relapse will be almost certain, and your struggle will begin all over again.

We are not a 12-step program. We don't label you an addict or an alcoholic, we don't send you to endless meetings, we don't tell you that you are powerless over drugs and alcohol, and we don't tell you that a higher power is going to cure your addiction; that's our job and your job. And to help you do that job, we provide 60 hours of individual, one-on-one therapy a month with the finest therapists to be found anywhere who know how to heal the causes of your addiction. They will help you regain control of your life by helping you cure the underlying conditions that have plagued you for so long and that are the real causes of your addiction. Once we have healed the causes of your addiction, you will be able to remain substance free without a continual struggle. That's real freedom.

See if you have any of the following underlying causes we regularly heal at Passages: low-self esteem, depression, anxiety, heartbreak, fear of crowds, loss of loved ones, grief, childhood trauma, headaches, insomnia, physical and mental pain, chemical imbalance, neurotransmitter imbalance, lack of drive and enthusiasm, inability to get ahead in life, lethargy, peer pressure, failing in school or business, general lack of purpose in life, relationship difficulties, family problems, legal difficulties, and chronic relapse. There are many more issues that we help our clients discover and heal, but those are some of the most common.

We offer so much one-on-one therapy because that's what is necessary to heal you in mind, body, and spirit. Our goal is to see you walk out of our doors truly free of addictions--and to remain free of them forever. Our unique one-on-one program has set the standard for the world's addiction treatment.

**Put Your Healing in the Hands of Recognized Experts**

Here is a list of the therapists you will be working with each week to discover and resolve the real



**GET THE BOOK THAT SAVES LIVES**

The Alcoholism and Addiction Cure

**BUY NOW $18.95**

amazonkindle   audible.com   iTunes

**THE BOOK WILL SHOW YOU:**
- ✔ How to Heal the Underlying Causes
- ✔ How to End Relapse
- ✔ How to End Suffering
- ✔ How to Cure Dependency

📖 READ REVIEWS    ✎ WRITE A REVIEW

A holistic approach to total recovery from alcohol and drug dependency.

We invite you to read our life-saving book, THE ALCOHOLISM AND ADDICTION CURE, which is showing people the world over how to completely and permanently put an end to dependency on drugs, alcohol and addictive behavior right there where they live.



📺 TV SPOT
CLICK TO VIEW

http://www.passagesmalibu.com/

Passages Malibu Drug Rehab Alcohol Rehab Addiction Treatment Cure Center Monday, April 05, 20104:29:...

causes of your dependency:

1. Clinical psychologist
2. A highly skilled MD we recommend
3. A marriage and family therapist
4. Acupuncturist
5. Substance abuse counselor
6. Life purpose coach
7. Hypnotherapist
8. Physical trainer
9. Aftercare planner
10. As founders and directors, we review your treatment program each week and have individual sessions with you if you desire.

All of us are 100 percent dedicated to freeing you from a life of dependency and relapse. We are your team, helping you to bring about a powerful, healing experience. We are the only program to offer that totally dedicated care from so many therapists.

Passages pioneered the word "cure" as it applies to ending your dependency on drugs and alcohol. We are also the pioneers of the one-on-one treatment program. Since we opened our doors in 2001, we have set the standard in the industry and we have raised the bar. Others are now attempting to copy us, but our unique, caring, and experienced approach is still unparalleled. Put your healing in the hands of recognized experts.

- Passages is a totally hands-on program intensely watched over by the owners, Chris and Pax Prentiss.
- **We know how to cure dependency.**
- Our therapists, 9 of them, work as a team to cure the underlying causes of dependency on alcohol, drugs, and other addictive behavior.
- We are a clinical therapy program, not a 12-step program.
- As Passages, we do not believe that alcoholism and addiction are diseases.
- We do not label anyone as an alcoholic or addict. That is not only demeaning but it's also untrue.
- We offer many types of holistic treatment in addition to our clinical treatment.
- Our clients receive **60 hours of individual therapy a month** with therapists who are among the finest in the country, all of whom believe we can cure dependency.
- Passages has a warm, home atmosphere. Our clients say that love is the secret ingredient at Passages.
- We serve superb food that is skillfully prepared and highly nourishing, and we accommodate selective special diets.
- Sports medicine trainers in our fully equipped gym staff our professional physical fitness program.
- Our lush grounds, tennis court, swimming pools, and hot tubs, with great outdoor activities located just across from Malibu beach.
- We are not a religious organization, but we are highly spiritual, as in mind, body, and spirit.
- We are 100 percent invested in our clients' total recovery.
- We promise to provide the finest treatment to be found anywhere in the world.

We Welcome You

There is no shame in your dependency. You were doing the best you could to cope with a life out of balance. Whatever you did, no matter how shameful or degrading, no matter how awful you think it was, know that it was just the path you followed before you came to Passages in order to cope with your problems. We know you've tried to stop using drugs and alcohol many times but have been unable to. You have been trying desperately to cope with a life that went wrong. We welcome the opportunity to restore you. Our most rewarding experience at Passages is to see, every day, the miracle of people being freed from the bonds that have tied them to their dependency.

We watch the transformation as clients take on bright new self-images, gain self-respect, and rid themselves of their false beliefs, finally coming back to their original selves. What a joy! It's absolutely our favorite thing You or someone you love can be one of those people. We invite you to come to Passages and experience what it's like to be in the company of people who truly understand addiction and who know how to heal it—who know how to free you from your dependency on addictive pills, alcohol, street drugs, and addictive behavior. We will show you how to end relapse, how to end suffering, and how to put an end your cravings.


Chris Prentiss Interview    CLICK TO VIEW

## Contact Passages Malibu

If you or your loved one is in need of assistance, including drug detox, alcohol detox, drug rehab, and/or alcohol rehab, you can contact Passages Malibu at 1-866-850-6673 to speak with a professional admissions coordinator

Our admissions coordinators are very caring and knowledgeable and would love to take your call and answer your questions. We know it can be tough to pick up the phone and ask for help, but this could be the most important call you ever make for yourself or your loved one!

### With This Phone Call, We Offer

1. A friendly, understanding voice on the other end of the phone.
2. A professional admission coordinator who has experience dealing with every type of addiction.
3. Free personal, private consultations and intake screening with our counselors.
4. Intervention services, which are available worldwide (please inform your intake counselor if you require these services).

Call Us **1-866-850-6673** or E-Mail: admissions@passagesmalibu.com

Name
Phone
E-Mail

How Did You Find Us? .

Please Tell Us How We Can Help You

SEND E-MAIL

Passages Malibu Drug Rehab Alcohol Rehab Addiction Treatment Cure Center Monday, April 05, 20104:29:...

We will show you how to restore yourself to vibrant life. We will show you how to be truly free. The most frequent comment we hear from moms, dads, wives, husbands and children is: "Thank you for giving us back the one we love, the one who was lost to us for so many years." And from our clients, "Thank you for giving me back my life."

**We offer you safe passage** from the world of addiction to a world free of addictive drugs, alcohol, and addictive behavior. Come to Passages or bring your loved one, and we will give you back the original person—the one who's been lost for so long. We have caring, knowledgeable people standing by who are ready to answer your questions and coordinate your admission. Call us now at 1-866-850-6673 to make your reservation or to learn more. And remember, **we believe in a cure, and we believe in you!**

Sincerely and with the greatest love and respect.

Chris and Pax Prentiss
Co-Founders, Co-Directors

## INSURANCE ACCEPTED
## CALL 866-850-6673
### CALLS ANSWERED 24HRS A DAY

What We Do
How We Do It
Why It Works
Detox

Tour
Staff
Contact Us
Store

EXHIBIT 10

*What We Do*

*How We Do It*

*Why It Works*

*Detox*

*Tour*

*Staff*

*Contact*

*Locations*

*Store*

## Passages Malibu Staff Information



Pax Prentiss          Chris Prentiss
Co-Founders and Co-Directors
Passages Malibu









Anna James          Dr. Keith McMullen,          Dr. Laure Weber,          Dr. Lisa Meneshian
Ph.D          Psy.D          Ph.D

Administrative          Clinical Psychologist          Clinical Psychologist          Clinical Psychologist
Director



Noah Rothschild,
MFT

Marriage and Family
Therapist



Athena Lennon,
MFT

Marriage and Family
Therapist



MaryLou Kenworthy
CHt., EFT-CC

Clinical
Hypnotherapist



Carrie Freeman
CHt., EFT-CC

Clinical
Hypnotherapist



Paula Anderson
CHt., EFT-CC

Clinical
Hypnotherapist



Flo Lawrence
L.Ac

Licensed
Acupuncturist



Michael Costa
L.Ac

Licensed
Acupuncturist



Jonathan Jiang
L.Ac

Licensed
Acupuncturist


**Ross Remien**
Chemical Dependency Counselor


**Phong Dao**
Life Purpose


**David Appell**
Certified Trainer


**Ryan Sorensen**
Certified Fitness Trainer


**Jimmy Minami**
Personal Trainer


**Kim Bourdon**
Physical Trainer


**Chase Traphagen**
Assistant Administrator


**Meg Archambault**
Client Scheduling Manager

Passages Malibu Staff Information - Passages Malibu Drug Rehab and Alcohol Rehab Ad...   Page 5 of 7



**Michael Shaner**
Admissions Director
Interventionist



**Jackie Ghyczy**
Admissions
Coordinator



**Dr. Debbie Wiedlund Ph.D**
Admissions
Coordinator



**Danielle Davis**
Admission's Assistant



**Lacey Philbrick**
Director of
Human Resources



**Chris De La Madrid**
Admissions
Coordinator



**Francesca Tatman**
Accounting



**Lauren Grigsby**
Accounting

Passages Malibu Staff Information - Passages Malibu Drug Rehab and Alcohol Rehab Ad...  Page 6 of 7



Lacee Dilmore
Continuing Care
Coordinator

Emily Laube
Continuing Care
Coordinator

Marisol Martinez, LVN
Head Nurse
Detox Unit Manager

Stephanie Gibson
Health and Wellness
Coordinator

Daljeet Arhi
Lead Client Supervisor

Corrin Hoglund
Lead Client Supervisor

James Kalivas
Lead Client Supervisor

Lauren Moses
Lead Client Supervisor

  

Jonathan Pappas
Lead Client Supervisor

Elizabeth Sayad
Receptionist / Host

Rachel Rowland
Receptionist / Host

**INSURANCE ACCEPTED**

# CALL 866-381-3291

**CALLS ANSWERED 24HRS A DA**

What We Do
How We Do It
Why It Works
Detox

  

Exhibit "C"

1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10

11    GRASSHOPPER HOUSE, LLC, et al.,      ) Case No. CV 09-08128 DMG (PLAx)
                                            )
12                    Plaintiffs,           ) **ORDER RE PLAINTIFFS/COUNTER-**
                                            ) **DEFENDANTS' MOTION TO**
13           v.                             ) **DISMISS FIRST AMENDED**
                                            ) **COUNTERCLAIM [56]**
14    ACCELERATED RECOVERY                  )
      CENTERS, LLC,                         )
15                                          )
                                            )
16                    Defendant.            )
      ─────────────────────────────        )
17    ACCELERATED RECOVERY                  )
      CENTERS, LLC,                         )
18                                          )
                                            )
19                    Counter-claimant,     )
                                            )
20           v.                             )
                                            )
21    GRASSHOPPER HOUSE, LLC, et al.,       )
                                            )
22                    Counter-defendants.   )
      ─────────────────────────────        )
23

24          This matter is before the Court on Grasshopper House, LLC and Passages Silver

25    Strand, LLC's Motion to Dismiss the third and fourth causes of action in Accelerated

26    Recovery Centers, LLC's First Amended Counterclaim.  The Court deems this matter

27    suitable for decision without oral argument.  Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.

28    For the reasons set forth below, the Motion is GRANTED in part and DENIED in part.

-1-

# I.

# **PROCEDURAL HISTORY**

On November 5, 2009, Plaintiffs Grasshopper House, LLC ("Grasshopper House") and Passages Silver Strand, LLC ("Passages Silver Strand") filed a Complaint against Defendant Accelerated Recovery Centers, LLC ("Accelerated"), alleging claims for trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, unfair business practices under California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200 *et seq.*, unjust enrichment, and injury to business reputation. Defendant/Counter-claimant filed its Answer and Counterclaim on December 23, 2009, raising causes of action against Plaintiffs/Counter-defendants as well as Counter-defendants Chris Prentiss and Pax Prentiss under the Lanham Act and UCL and seeking a declaratory judgment of non-infringement and non-registrability.

Counter-defendants filed a motion to dismiss Counter-claimant's third and fourth causes of action under the Lanham Act and UCL, respectively. On March 23, 2010, the Court granted Counter-defendants' motion to dismiss with respect to Counter-claimant's UCL claim only and granted Counter-claimant leave to amend its Counterclaim.

On May 10, 2010, Plaintiffs filed the operative First Amended Complaint adding as defendants Kevin M. Kelly and Jan Holt Watkins ("Kelly" and "Watkins"). On May 10, 2010, Counter-claimant filed a First Amended Counterclaim adding as counter-defendants Keith McMullen, Laure Weber, Lisa Meneshian, Noah Rothschild, Athena Lennon, MaryLou Kenworthy, Carrie Freeman, Paula Anderson, Flo Lawrence, Michael Costa, Jonathan Jiang, Ross Remien, Phong Dao, David Appell, Ryan Sorensen, Jeremy Minami, and Kim Bourdon ("Therapist Counter-Defendants"); Anna James, Jackie Ghyczy, Chris De La Madrid, Debbie Wiedlund, Michael Shaner, and Jeff McNairy ("Admissions Counter-Defendants"); and Donald Barrett.[1]

---

[1] The Court refers to these new counter-defendants, collectively, as "Individual Counter-Defendants."

On June 1, 2010, Grasshopper House and Passages Silver Strand (the "Moving Counter-defendants") filed their Motion to Dismiss the First Amended Counterclaim.[2] Counter-claimant filed its Opposition on June 21, 2010. Counter-defendants did not file a reply.

## II.

## ALLEGATIONS OF THE FIRST AMENDED COUNTERCLAIM

The following factual allegations, assumed to be true solely for the purpose of evaluating Counter-defendants' Motion to Dismiss, are taken from the First Amended Counterclaim:

Accelerated, a Georgia-based corporation, provides rehabilitation services related to alcohol addiction. (1st Am. Counter-cl. ¶ 3.) Grasshopper House d/b/a Passages Malibu and Passages Silver Strand operate addiction treatment facilities and related services in Malibu, California. (*Id.* ¶¶ 4, 26.) Chris and Pax Prentiss are co-founders, owners, and co-directors of Grasshopper House. (*Id.* ¶ 5.)

## A. Counter-Defendants' Attempts To Register Trademarks

On January 31, 2003, Grasshopper House attempted to register the mark "PASSAGES" with the United States Patent and Trademark Office ("USPTO"), which assigned the application serial number 78/209,585 (the "'585 Application"). (1st Am. Counter-cl. ¶ 12.) The USPTO rejected the '585 Application under 15 U.S.C. § 1052(d) as being likely to cause confusion with a then-pending registration for "PASSAGES TO RECOVERY," application serial number 78/179,709 (the "'709 Application").[3] (*Id.* ¶ 13.) On April 20, 2004, the USPTO issued trademark number 2,834,366 (the "'366

---

[2] Accelerated argues that Grasshopper House and Passages Silver Strand failed to meet and confer at least five days prior to filing the motion, in violation of Local Rule 7-3 and in violation of the Court's May 3, 2010 Order. (Opp'n at 1-4.) The Moving Parties are admonished that in the future they must comply with the Local Rules or be subject to monetary sanctions. While the Court does not countenance violations of the Local Rules, The Moving Parties' failure to comply with them does not alter the fact that Accelerated's First Amended Counterclaim is deficient in certain respects.

[3] Accelerated does not allege the identity of the party that filed the '709 Application.

Mark") for the '709 Application. The '366 Mark has now become incontestable. (*Id.* ¶ 14.) On March 4, 2005, Grasshopper House's '585 Application was deemed abandoned for failure to prosecute. (*Id.* ¶ 15, Ex. 1.)

On August 5, 2009, Passages Silver Strand filed an application with the USPTO to register the mark "PASSAGES SILVER STRAND," which was assigned serial number 77/797,990. (1st Am. Counter-cl. ¶ 16, Ex. 4.) On November 16, 2009, the USPTO required Passages Silver Strand to disclaim "SILVER STRAND" because that term is primarily geographically descriptive. (*Id.* ¶ 17, Ex. 5.) In a November 19, 2009 amendment to its application, Passages disclaimed the exclusive right to "SILVER STRAND" apart from the mark "PASSAGES SILVER STRAND." (*Id.* ¶ 18, Ex. 6.) In this amendment, Passages alleged a first use of the mark "PASSAGES SILVER STRAND" on April 14, 2009. (*Id.* ¶ 19.) The USPTO has never afforded federal registration or granted any other rights to Grasshopper House or Passages Silver Strand in the marks that they assert in their Complaint. (*Id.* ¶ 17.)

On October 14, 2009, Grasshopper House filed an intent-to-use trademark application with the USPTO for the mark "PASSAGES MALIBU," which was assigned serial number 77/848,719. (1st Am. Counter-cl. ¶ 20.) Neither Grasshopper House nor Passages Silver Strand has had any federally registered trademarks for the asserted marks, including "PASSAGES," "PASSAGES SILVER STRAND," and "PASSAGES MALIBU." (*Id.* ¶ 21.)

Grasshopper House and Passages Silver Strand registered the mark "Passages" with the State of California on May 18, 2009, which was assigned registration number 65498. They also registered the marks "Passages Malibu," and "Passages Silver Strand," which were assigned registration numbers 65499 and 65510, respectively. Grasshopper House and Passages Silver Strand did not disclose to the State of California that they had applied for federal registration of these marks, that the applications had been rejected by the USPTO or abandoned, and that there was no federal registration at the time they applied for state registration. (1st Am. Counter-cl. ¶ 22.)

**B.** **Overview Of The Google AdWords Program**

Google is a well-known search engine that has emerged as the nationwide leader in search queries by Internet users. (Compl. ¶ 10.)[4] Yahoo has the second position in search queries. (*Id*.) Both Google and Yahoo employ a similar advertising process. (*Id*.) Google's advertising process works as follows:

Google's search engine retrieves "hits" based on search terms. (Compl. ¶ 11.) In addition, Google features "sponsored links" on search results pages. (*Id*.) These "sponsored links" are links that are paid for by users through Google's AdWords advertising program. (*Id*.) AdWords allows users to create their own advertisements which will be displayed as "sponsored links" on Google's search results web pages and on other websites that are part of Google's advertising network. (*Id*.) Both the content of the AdWords advertisement and the search terms, known as "keywords," which trigger the appearance of the advertisement on the Google search results page and other websites are controlled by the AdWords advertiser. (*Id*.)

Each advertisement consists of five parts, all of which are created by the AdWords advertiser: (i) a headline of 25 or fewer characters; (ii) a first descriptive line of 35 or fewer characters; (iii) a second descriptive line of 35 or fewer characters; (iv) a display URL of 35 or fewer characters; and (v) a destination URL, which is linked to both the display URL and to the advertisement's headline. (Compl. ¶ 12.) These user-supplied components are then incorporated to generate a text advertisement generally of the following form:

EXAMPLE HEADLINE

Example description line 1

Example description line 2

www.??.com

---

[4] Defendant alleges that Counter-defendants have engaged in keyword advertising "substantially identical in form to that alleged in the Complaint." (1st Am. Counter-cl. ¶ 23.)

(*Id.*)

After creating an advertisement, the AdWords user sets up a list of keywords (words or phrases) to be associated with the given advertisement or ad group. (Compl. ¶ 13.) Google uses the keywords to determine when the advertisement may appear on Google search results pages as well as on website pages of a Google search partner or member of the Google content network. (*Id.*) "Sponsored" AdWords advertisements appear, among other places, on Google search results pages, either alongside or above the search results, on Gmail webpages, and on the pages of websites that are members of the Google Network. (*Id.* ¶ 14.) Whether an advertisement shows up on a page, and where that advertisement is positioned in relation to the other advertisements, is determined in large part by the keywords that the advertiser lists to associate with that advertisement. (*Id.* ¶ 15.)

## C. **Plaintiffs' Online Advertising Activities**

Grasshopper House and Passages Silver Strand have engaged in keyword advertising utilizing keywords that employ trademarks, trade names, and/or identifiers in, *inter alia*, Google AdWords advertising campaigns for the targeted advertising of the services based upon such keywords. (1st Am. Counter-cl. ¶ 24.) They use or have used 37 trademarks or trade names as keywords for their online advertising campaign, including "Accelerated Recovery Centers" and several keywords containing "Promises," in an attempt to mislead the public, customers, and potential customers as to the source, affiliation and/or association of Plaintiffs and their services. (*Id.* ¶ 25.)

## D. **Counter-Defendants' Claims Of Curing Addiction**

Counter-defendants have released commercial advertisements, statements, or both, claiming to be able to "cure" drug, alcohol, and other forms of addiction. (1st Am. Counter-cl. ¶ 27.) Counter-defendants fully know and understand that there is no permanent "cure" for addictive disease and made these statements willfully. (*Id.*) Counter-Defendants make such statements to consumers of alcohol and drug rehabilitation services in order to generate business. (*Id.* ¶ 29.) Chris Prentiss talks every

day with his team of therapists, including each of the Therapist Counter-Defendants, about "who's making the leap into the hyperspace of believing that they're cured." (*Id.* ¶ 28.) Chris Prentiss also meets weekly with the remaining Counter-Defendants to design a treatment program to enable patients to "walk out of Passages completely cured of . . . dependency and ready to return home without the specter of relapse hanging over [their] head[s]." (*Id.*)

Counter-defendants' website features an infomercial promoting Chris Prentiss' book and Plaintiffs' services. The infomercial repeatedly makes the false claim that Plaintiffs have leaned how to "cure" addition and alcoholism. (1st Am. Counter-cl. ¶ 30.) Donald Barrett produced the infomercial. (*Id.* ¶ 31.) Barrett "interviewed" Chris Prentiss in the infomercial. (*Id.*) During the infomercial Barrett makes the claim that Chris Prentiss' program "is helping people over the world get cured from alcohol or drug addiction." (*Id.* ¶ 32.) Barrett also states that Chris Prentiss' book is called "Alcohol and Addiction Cure . . . <u>Cure</u>" and directs the audience to Grasshopper House's website, www.theaddictioncure.com, for further information. (*Id.* ¶¶ 32, 33.) Barrett also states: "Some people have been cured just by reading this book." (*Id.* ¶ 34.)

Barrett has a history of producing and participating in deceptive and false infomercials promoting health care products. (1st Am. Counter-cl. ¶ 35.) The Federal Trade Commission sued Barrett in three cases involving deceptive acts or practices, two cases regarding the advertising, promotion and sale of a book entitled "The Weight Loss Cure 'They' Don't Want You To Know About" and a third case concerning dietary supplements (*Id.* ¶¶ 36-38.)

Grasshopper House's website makes statements such as: "We know how to cure dependency"; "Our therapists, 9 of them, work as a team to cure the underlying causes of dependency on alcohol, drugs, and other addictive behavior"; and "Our clients receive 60 hours of individual therapy a month with therapists who are among the finest in the country, all of whom believe we can cure dependency." (1st Am. Counter-cl. ¶ 39, Ex. 9 (emphasis omitted).)

-7-

Chris Prentiss' book, "The Alcoholism and Addiction Cure," claims to teach readers how to "cure" alcoholism or addiction. It features Counter-defendants Keith McMullen, Noah Rothschild, MaryLou Kenworthy, and David Appell. In the book, these counter-defendants each provide answers to commonly asked questions related to their respective areas of expertise. (1st Am. Counter-cl. ¶ 41.) Their pronouncements misrepresent the nature, characteristics, and qualities of the services offered by Counter-defendants, including their ability to treat and purportedly "cure" addiction. (*Id.* ¶ 42.) As Plaintiffs' competitor, Accelerated has been and will continue to be damaged by such false and misleading statements of fact because they divert consumers away from Accelerated's rehabilitation services. (*Id.* ¶ 43.)

### III.

### STANDARD GOVERNING MOTIONS TO DISMISS

Federal Rule of Civil Procedure 8(a)(2) requires that a complaint contain "'a short and plain statement of the claim showing that the pleader is entitled to relief,' in order to 'give the defendant fair notice of what the . . . claim is and the grounds upon which it rests.'" *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007). Pursuant to Federal Rule of Civil Procedure 12(b)(6), a defendant may seek dismissal of a complaint for failure to state a claim upon which relief can be granted. To survive a Rule 12(b)(6) motion to dismiss, a plaintiff must articulate "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570. "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, __ U.S. __, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009). In conducting the above analysis, a court must accept all factual allegations as true even if doubtful in fact. *Twombly*, 550 U.S. at 555. Legal conclusions, however, are not entitled to a presumption of truth. *Iqbal*, 129 S.Ct. at 1949.

\\

\\

-8-

**IV.**

**DISCUSSION**

**A.**  **The Court Has Already Found That Accelerated States A Lanham Act Claim Against The Moving Counter-Defendants**

Grasshopper House and Passages Silver Strand move to dismiss Accelerated's third cause of action in the First Amended Counterclaim.  Accelerated's third cause of action asserts unfair trade practices under the Lanham Act, 15 U.S.C. § 1125(a).  It merely repeats almost verbatim the allegations in the original Counterclaim.  As Accelerated points out (Opp'n at 10-12), the Court has already found that these allegations state a claim against Grasshopper House and Passages Silver Strand.  (*See* Mar. 23, 2010 Order at 8-13.)  Consequently, the Moving Counter-defendants' Motion to Dismiss the First Amended Counterclaim's third cause of action is DENIED.

**B.**  **Accelerated Fails To State A Civil Conspiracy Claim Against Grasshopper House And Passages Silver Strand**

Grasshopper House and Passages Silver Strand also move to dismiss Accelerated's fourth cause of action for civil conspiracy.  "Conspiracy is not a cause of action, but a legal doctrine that imposes liability on persons who, although not actually committing a tort themselves, share with the immediate tortfeasors a common plan or design in its perpetration."  *Applied Equip. Corp. v. Litton Saudi Arabia Ltd.*, 7 Cal. 4th 503, 510-11, 28 Cal. Rptr. 2d 475 (1994) (citation omitted).  The essence of civil conspiracy is not the conspiracy to act but rather the act performed and the resulting damage to the aggrieved party.  *Klistoff v. Superior Court*, 157 Cal. App. 4th 469, 479, 68 Cal. Rptr. 3d 704 (2007).  To prevail on a civil conspiracy theory, a party must show (1) formation and operation of the conspiracy, and (2) damage to the party resulting from an act or acts done in furtherance of the common design.  *Id*.

Accelerated bases its civil conspiracy claim on Counter-defendants' alleged Lanham Act violations.  As discussed, *supra*, Accelerated states a viable Lanham Act claim against the Moving Counter-defendants.  As such, Accelerated's civil conspiracy

allegations are redundant against these counter-defendants. The civil conspiracy cause of action is therefore DISMISSED as to Grasshopper House and Passages Silver Strand.

**C.** **The Court *Sua Sponte* Dismisses Accelerated's Claims Against All Counter-Defendants Except Grasshopper House, Passages Silver Strand, Chris And Pax Prentiss, And Donald Barrett**

In their Motion, Grasshopper House and Passages Silver Strand argue that Accelerated fails to state a claim against their employees whom Accelerated names as counter-defendants. (Mot. at 4-5.) The Moving Counter-defendants lack standing to assert such arguments on behalf of the non-moving counter-defendants. *See Pratt v. Rowland*, 769 F. Supp. 1128, 1133 (N.D. Cal. 1991). Nonetheless, the Court on its own motion will address the obvious deficiencies in the First Amended Counterclaim with respect to the newly added counter-defendants.

While Accelerated asserts that each counter-defendant has "actively participated" in promoting a cure for addiction (1st Am. Counter-cl. ¶ 28), it fails to allege plausible facts supporting this assertion. For instance, Accelerated alleges that Chris Prentiss speaks regularly with the Individual Counter-defendants about patient treatment programs. Accelerated also alleges that Counter-defendants McMullen, Rothschild, Kenworthy, and Appell appeared in Chris Prentiss' book, in which they "provide answers to commonly asked questions related to their respective professed areas of expertise." (*Id*. ¶ 41.) These allegations fails to show active participation. Moreover, it is unclear how the Individual Counter-defendants' discussions about the status of current patients would injure Accelerated in any way, as those patients had already chosen Grasshopper House and/or Passages Silver Strand for their recovery needs.

Accordingly, the Court will dismiss the newly added counter-defendants, with the sole exception of Donald Barrett. Accelerated plausibly alleges that Barrett violated the Lanham Act by producing an infomercial in which misleading statements were made.

\\

\\

V.

**CONCLUSION**

In light of the foregoing:

1.      Grasshopper House and Passages Silver Strand's Motion to Dismiss Accelerated's third cause of action in the First Amended Counterclaim, for violations of the Lanham Act, is DENIED;

2.      Grasshopper House and Passages Silver Strand's Motion to Dismiss Accelerated's fourth cause of action in the First Amended Counterclaim, for civil conspiracy, is GRANTED, without leave to amend;

3.      Accelerated's claims against Counter-defendants Keith McMullen, Laure Weber, Lisa Meneshian, Noah Rothschild, Athena Lennon, MaryLou Kenworthy, Carrie Freeman, Paula Anderson, Flo Lawrence, Michael Costa, Jonathan Jiang, Ross Remien, Phong Dao, David Appell, Ryan Sorensen, Jeremy Minami, Kim Bourdon, Anna James, Jackie Ghyczy, Chris De La Madrid, Debbie Wiedlund, Michael Shaner, and Jeff McNairy are DISMISSED, with leave to amend;

4.      Accelerated shall file any amended counterclaim within 15 days of the date of this Order; and

5.      Counter-defendants shall have 15 days within which to file a responsive pleading.


IT IS SO ORDERED.


DATED:      July 12, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-11-

Exhibit "D"

1   James E. Doroshow (SBN 112920)
    FOX ROTHSCHILD LLP
2   1800 Century Park East, Suite 300
    Los Angeles, California  90067-3005
3   Tel 310.598-4150 / Fax 310.556-9828
    jdoroshow@foxrothschild.com
4
5   Attorneys for Defendant
    ACCELERATED RECOVERY CENTERS, LLC
6
7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, d/b/a PASSAGES MALIBU, a California Limited Liability Company, et al., | Case No. CV 09-08128 DMG (PLAx) |
| | **AMENDED NOTICE OF TAKING DEPOSITION OF RANA AYZEREN** |
| Plaintiffs, | |
| vs. | **Date:**  **August 23, 2010** |
| | **Time:**  **10:00 a.m.** |
| ACCELERATED RECOVERY CENTERS, LLC,, A Georgia Limited Liability Company, | **Place:**  **1800 Century Park East Suite 300** |
| | **Los Angeles, CA   90067** |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

20        **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21        **PLEASE TAKE NOTICE** that the deposition of Rana Ayzeren previously

22   scheduled for August 29, 2010 has been continued to August 23, 2010,

23   commencing at 10:00 a.m., at the offices of Fox Rothschild LLP, 1800 Century

24   Park East, Suite 300, Los Angeles, California  90067-3005, before a Notary Public

25   or some other officer authorized by law to administer oaths.

26
27
28

LA1 50221v1 08/02/10

FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Tel.310.598.4150 Fax.310.556.9828

1    **PLEASE TAKE FURTHER NOTICE** that this deposition is being taken

2    for the purpose of discovery, for use at trial, and for such other purposes as are

3    permitted by law.  The deposition will continue from day to day, Saturdays and

4    Sundays excluded, until completed or pursuant to agreement of parties.  Please be

5    advised that this deposition may be recorded by videotape in addition to audio and

6    stenographic recording.

7

8    DATED:        August 2, 2010              FOX ROTHSCHILD, LLP

9

10                                    By _____

11                                       James E. Doroshow
                                         *Attorneys for Accelerated Recovery*
12                                       *Centers, LLC*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Tel:310.598.4150  Fax:310.556.9828

2