WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
CHARLES J. HARDER (BAR NO. 184593)
NICHOLAS A. MERKIN (BAR NO. 219604)
11400 West Olympic Boulevard, Ninth Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422
Email: charder@wrslawyers.com

Attorneys for Plaintiffs and Counter-Defendants
GRASSHOPPER HOUSE, LLC and
PASSAGES SILVER STRAND, LLC
and Counter-Defendant PAX PRENTISS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as "Passages Malibu," PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>  Plaintiffs,<br><br>  v.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia limited liability company,<br><br>  Defendant.<br><br>_____<br><br>AND RELATED COUNTER-CLAIM<br>_____ | Case No: 2:09-CV-08128-DMG (PLAx)<br><br>**DISCOVERY MATTER BEFORE MAGISTRATE PAUL L. ABRAMS**<br><br>**[PROPOSED] PROTECTIVE ORDER TO PROHIBIT THE DEPOSITION OF RANA AYZEREN; DECLARATIONS OF CHARLES J. HARDER and PAX PRENTISS**<br><br>Date:     TBD<br>Time:    TBD<br>Location: Courtroom G, 9th Floor |

The Court having read and considered the *Ex Parte* Application for Protective Order to Prohibit the Deposition of Rana Ayzeren by Plaintiffs and Counterdefendants, and any opposition thereto, and all other papers on file in this action,

-1-
[PROPOSED] ORDER RE: *EX PARTE* APPLICATION
TO PROHIBIT DEPOSITION OF RANA AYZEREN
I:\17875\003\Pleadings\Ex Parte Depo Order.wpd

1  IT IS HEREBY ORDERED:

2  1.  The Application is GRANTED.

3  2.  The Defendant and Counterclaimant is prohibited from taking the
4  deposition of Rana Ayzeren in connection with the herein action.

7  Dated: _____          _____
8                                          Honorable Paul L. Abrams
                                            United States Magistrate Judge

-2-

**[PROPOSED] ORDER RE: *EX PARTE* APPLICATION
TO PROHIBIT DEPOSITION OF RANA AYZEREN**

I:\17875\003\Pleadings\Ex Parte Depo Order.wpd