James E. Doroshow (State Bar No. 112920)
 jdoroshow@foxrothschild.com
Alan Chen (SBN 224420)
 achen@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-3005
Tel 310.598.4150 / Fax 310.556.9828

Attorneys for Defendant/Counterclaimant
Accelerated Recovery Centers, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as Passages Malibu, PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia limited liability company,<br><br>Defendant.<br><br>And Related Counterclaims. | Case No. CV09-08128-DMG (PLAx)<br><br>**DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT RE: RULE 26 CONFERENCE**<br><br>Hearing Date: October 18, 2010<br>Time: 11:00 a.m.<br>Courtroom: Courtroom 7<br><br>Discovery Cut-Off: Nov. 1, 2010<br>Pretrial Conf.: Jan. 25, 2011<br>Trial Date: Feb. 22, 2011 |

LA1 57110v1 10/05/10

# DECLARATION OF JAMES E. DOROSHOW
# IN REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS'
# STATEMENT RE: RULE 26 NONCOMPLIANCE

I, James E. Doroshow, declare:

1. I am an attorney at law duly admitted to practice before the United States District Court for the Central District of California. I am a partner with the law firm of Fox Rothschild, LLP, attorneys of record herein for Defendants and Counterclaimants Renaissance Recovery Services, LLC, NNB Recovery Services, LLC, and Salvatore Petrucci (collectively "Defendants"). I have personal knowledge of the following facts, and if called and sworn as a witness, I could and would testify competently thereto.

2. I am in receipt of the document entitled Plaintiffs' Response to Defendants' Statement Re: Rule 26 Conference ("Response") filed by Plaintiffs with this Court on October 4, 2010. In the Response, Plaintiffs take exception to the Statement that my office filed with the Court earlier that day stating that Plaintiffs have "failed to comply with their obligations under Fed.R.Civ.P. Rule 26 to either (i) schedule an in person meeting with defense counsel to conduct the initial meeting of counsel … [etc.]"

3. Plaintiffs are not being candid with the Court.

4. The last date set by this Court for counsel to conduct the in person early meeting of counsel was Monday, September 27, 2010. Although I sent Plaintiffs' counsel (Charles J. Harder) emails well in advance of this date asking him to meet with me, he ignored all requests to meet. In fact, *he did not respond until one business day before the September 27, 2010 deadline agreeing to meet for the first time*. Specifically, I received an email from Mr. Harder demanding that I conduct the Rule 26(f) conference on Monday, September 27, 2010, *the last day to meet*. Having received this late notice and having other commitments on September 27, 2010, I promptly advised Mr. Harder that I was unavailable to have

a Rule 26(f) conference on Monday, September 27, 2010. This is evident from the emails Mr. Harder himself attached as Exhibit "A" to his Declaration.

5. In an effort to try to "cover his tracks," Mr. Harder now conveniently fails to attach to his Declaration emails that I sent to him addressing this subject and is not being candid with the Court. Because Monday, September 27, 2010 was the last date for counsel to conduct the early meeting of counsel, that same day, I asked Mr. Harder to send me a draft report that I could revise and finalize so that we could meet this Court's deadline for filing the report by October 4, 2010. A true and correct copy of my September 27, 2010 email reflecting this request is attached hereto as Exhibit "A".

6. Mr. Harder did not send me a draft report and never responded to my September 27, 2010 email. Accordingly, on Wednesday, September 29, 2010, I sent him a second email, to which he never responded. A true and correct copy of my September 29, 2010 email is attached hereto as Exhibit "B".

7. By the close of business on Friday, October 1, 2010, I still had not received any response from Mr. Harder or a draft report. Accordingly, when I arrived in my office the morning of Monday, October 4, 2010, having never received a draft report from Mr. Harder, I prepared and filed Defendants' Statement of Plaintiffs' Non-Compliance with their Rule 26 Obligations, the same day the Report would otherwise be due.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, California on October 5, 2010.

          /s/ James E. Doroshow
          James E. Doroshow
          Declarant

# EXHIBIT A

### Doroshow, James E.

**From:** Doroshow, James E.
**Sent:** Monday, September 27, 2010 7:08 PM
**To:** 'charder@wrslawyers.com'
**Cc:** LeBrane, Claudia A.; 'chassist@wrslawyers.com'
**Subject:** Re: Renaissance case - Rule 26f conference

I can't. I told you I'm busy. Your deadline has come and passed. Send me a draft report or ill file something myself with the court tomorrow advising the court of your nonfeasance. I'm a busy lawyer charles. I have ten active cases. I cannot reschedule my time because you continue to ignore court ordered deadlines.

**From:** Charles Harder
**To:** Doroshow, James E.
**Cc:** LeBrane, Claudia A.; CHAssist
**Sent:** Mon Sep 27 21:35:34 2010
**Subject:** RE: Renaissance case - Rule 26f conference

When can you come to my office tomorrow?

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Monday, September 27, 2010 6:37 PM
**To:** Charles Harder
**Cc:** LeBrane, Claudia A.; CHAssist
**Subject:** Re: Renaissance case - Rule 26f conference

In case your not familiar with the courts rules, counsel are supposed to meet in person for the initial meeting of counsel. Do you need me to send you a copy of the rules again?

**From:** Charles Harder
**To:** Doroshow, James E.
**Cc:** LeBrane, Claudia A.; CHAssist
**Sent:** Mon Sep 27 19:46:39 2010
**Subject:** RE: Renaissance case - Rule 26f conference
Mr. Doroshow:

You represented to be below that you were too "busy" to have a phone call with me today to discuss the Rule 26(f) issues. But yet you managed to find the time to send me no less than sixteen (16) emails. I ask that you reconsider scheduling a Rule 26(f) telephonic conference with me tomorrow. If not, I will advise the Court that you avoided the Rule 26(f) conference.

Charles

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Monday, September 27, 2010 8:34 AM
**To:** Charles Harder

10/3/2010

# EXHIBIT B

## Doroshow, James E.

**From:** Doroshow, James E.
**Sent:** Wednesday, September 29, 2010 7:31 AM
**To:** 'charder@wrslawyers.com'
**Subject:** Renaissance

Charles don't send me a draft report as you have unfortunately shown a pattern of doing a day before it is due. I need at least several business days to review and discuss with my client. If I don't have anything by tomorrow I'm going to prepare and file a short report with the court explaining your delay and nonfeasance. I hope this won't be necessary. Jim