# EXHIBIT 20

Case 2:09-cv-08128-DMG-PLA   Document 101-2   Filed 10/08/10   Page 1 of 3   Page ID #:4080

## Doroshow, James E.

| | |
|---|---|
| **From:** | Doroshow, James E. |
| **Sent:** | Saturday, October 02, 2010 9:21 PM |
| **To:** | 'charder@wrslawyers.com' |
| **Cc:** | 'dparga@wrslawyers.com'; 'RRubio@wrslawyers.com' |
| **Subject:** | Re: Accelerated |

Since you have not agreed to produce your clients for their depositions as I told you, we will not be producing ours next week. This was your decision not mine. I postponed your clients depositions last week with the understanding I would have new dates from you last week. They haven't been provided. We are therefore not producing our clients for depositions in atlanta next week.

Ill be happy to give you our postions of the joint stipulations in connections with your motions monday. We expect yours tuesday am.

Jim

---

**From:** Charles Harder
**To:** Doroshow, James E.
**Cc:** Denise Parga ; Raquel Rubio
**Sent:** Sun Oct 03 00:07:01 2010
**Subject:** RE: Accelerated

My joint stipulation re: document requests to Accelerated was provided to you on Monday of last week. You are required to serve your portion of the joint stip by this Monday. That will permit me to file it with the court on Monday. I will be on a plane to Atlanta on Tuesday, to take your clients' depositions Wednesday through Friday. I have a court appearance that morning (Tuesday) and will board the plane right after. Therefore, I will be unavailable on Tuesday to receive any late paperwork from you. Therefore, if I do not receive your portion of the joint stipulation by 5:00 pm on Monday, as required by the rules, then I will file the Motion without your portions, and you can files your portions late and explain to the Magistrate why you could not provide me your portions within the time period required by the rules.

As for the other two motions (for which the joint stipulations were exchanged on Tuesday of last week), Denise Parga will handle the filing of those motions, and I will leave it to her to schedule the exchange of joint stipulations on Tuesday and to e-file our motion that day.

Charles

---

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Sat 10/2/2010 2:01 PM
**To:** Denise Parga
**Cc:** Charles Harder
**Subject:** Re: Accelerated

I will be sending you my portions of the joint stipulations in connection with your two motions to compel at the same time you send me your portion relating to our motion to compel. Please let me know when you're ready to make the exchange. Tx jim

---

**From:** Doroshow, James E.
**To:** 'dparga@wrslawyers.com'

10/8/2010

**Cc:** 'charder@wrslawyers.com'
**Sent:** Fri Oct 01 20:06:11 2010
**Subject:** Re: Accelerated

By no later than tuesday morning.

---

**From:** Denise Parga
**To:** Doroshow, James E.
**Cc:** Charles Harder
**Sent:** Fri Oct 01 19:36:14 2010
**Subject:** Accelerated

Dear Jim:

You may not remember me from Jones, Day or from the time I worked with Patty at Mayer, Brown. I'm giving Charles a little assistance with this matter and want to confirm with you when you expect to receive a response to the Joint Stipulation you sent this week as I want to make sure this firm's portion is included when you file your motion. I thank you in advance for your anticipated professional courtesy.

Regards,

Denise


Denise M. Parga, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd.
9th Floor
Los Angeles, California 90064
PH: 310-478-4100  Ext. 237
FAX: 310-479-1422
E-Mail: dparga@wrslawyers.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail to dparga@wrslawyers.com, and delete the message. Thank you.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any tax advice addressed herein.