James E. Doroshow (State Bar No. 112920)
  jdoroshow@foxrothschild.com
Alan Chen (SBN 224420)
  achen@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-3005
Tel 310.598.4150 / Fax 310.556.9828

Attorneys for Defendant/Counterclaimant
Accelerated Recovery Centers, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as Passages Malibu, PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia limited liability company,<br><br>Defendant.<br><br>And Related Counterclaims. | Case No. CV09-08128-DMG (PLAx)<br><br>**DISCOVERY MATTER MAGISTRATE PAUL L. ABRAMS (LOCAL RULE 37)**<br><br>NOTICE OF ERRATA RE EXHIBITS TO DECLARATION OF JAMES E. DOROSHOW IN OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION TO COMPEL DEPOSITIONS AND IN SUPPORT OF ACCELERATED'S REQUEST FOR MONETARY SANCTIONS |

LA1 57786v1 10/08/10

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 8, 2010, Defendant/ Counterclaimant Accelerated Recovery Centers, LLC inadvertently filed an incomplete set of exhibits to Declaration of James. E. Doroshow in Opposition to Plaintiffs' *Ex Parte* Application to Compel Depositions and In Support of Accelerated's Request for Monetary Sanctions (Docket No. 101). The Declaration and the supporting exhibits were timely filed in opposition to Plaintiffs' *Ex Parte* Application.

As a remedial measure to the incomplete documentation, Defendant will separately lodge a complete set of the exhibits shortly after filing of the instant Notice.

DATED: October 8, 2010    FOX ROTHSCHILD, LLP


By*/s/ James E. Doroshow*
　James E. Doroshow
Attorneys for Accelerated Recovery Centers, LLC