1  James E. Doroshow (State Bar No. 112920)
      jdoroshow@foxrothschild.com
2  Alan Chen (SBN 224420)
      achen@foxrothschild.com
3  FOX ROTHSCHILD LLP
   1800 Century Park East, Suite 300
4  Los Angeles, CA 90067-3005
   Tel 310.598.4150 / Fax 310.556.9828
5
   Attorneys for Defendant/Counterclaimant
6  Accelerated Recovery Centers, LLC

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

12 GRASSHOPPER HOUSE, LLC, a           Case No. 2:09-CV-08128-DMG (PLA)
   California limited liability company
13 doing business as Passages Malibu,  **NOTICE OF MOTION RE:**
   PASSAGES SILVER STRAND, LLC,        **DEFENDANT ACCELERATED**
14 a California limited liability company, **RECOVERY CENTERS, LLC'S**

15              Plaintiffs,             **MOTION FOR PROTECTIVE**
                                        **ORDER TO PREVENT FURTHER**
16         v.                           **IMPROPER, UNSOLICITED,** *EX*
                                        *PARTE* **COMMUNICATIONS; and**
17 ACCELERATED RECOVERY                 **MOTION FOR EVIDENTIARY**
   CENTERS, LLC, a Georgia limited     **HEARING AND FOR SANCTIONS;**
18 liability company,
                                        **DECLARATION OF JAMES E.**
19              Defendant.              **DOROSHOW**

20                                      Hearing Date:   November 8, 2010
                                        Time:           10:00 a.m.
21                                      Courtroom:      Courtroom 7

23                                      Discovery Cut-Off: Nov. 1, 2010
                                        Pretrial Conf.:    Jan. 25, 2011
                                        Trial Date:        Feb. 22, 2011

25 And Related Counterclaims.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on November 8, 2010 at 10:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled action before the Honorable Dolly M. Gee, presiding, in the United States District Court for the Central District of California, 312 N. Spring Street, Courtroom 7, Los Angeles, California 90012, Defendant and Counterplaintiff Accelerated Recovery Centers, LLC ("Accelerated") hereby does and will move the Court to enter a Protective Order precluding Plaintiff and Counterdefendants Grasshopper House, LLC and Passages Silver Strand, LLC (collectively, "Grasshopper"), and their principals, Counterdefendants Chris and Pax Prentiss (collectively, "Prentiss") and their counsel from further improper, unsolicited, *ex parte* communications with Accelerated Recovery Centers, LLC and its carrier.

Accelerated has made repeated, good faith and reasonable attempts to resolve this matter without Court intervention, including requesting an in-person conference with counsel on this matter, without success. *See* Declaration of James E. Doroshow ("Doroshow Decl.").

In addition, Accelerated requests that this Court order Grasshopper, Prentiss and their counsel to produce to this Court, for *in camera* inspection, all communications concerning the improper, unsolicited, *ex parte* communications with Accelerated and its carrier; that this Court conduct an evidentiary hearing to determine the nature, scope and extent of Plaintiffs' counsels' violation of the California Rules of Professional Conduct; and, that this Court impose sanctions against Grasshopper, Prentiss and their counsel including, by way of example and without limitation, dismissal of Plaintiffs' claims with prejudice, disqualification of counsel, and monetary sanctions.

This motion is based on this notice of motion; the Declaration(s) filed concurrently herewith and exhibits attached hereto; any memorandum and/or supplemental memorandum that may be filed; the pleadings and papers on file in

1  this action; and on such oral argument and other matters as the Court may properly
2  consider at the time of the hearing of this motion.

3

4  DATED: October 12, 2010           Respectfully submitted,

5                                    FOX ROTHSCHILD LLP

6

7                                    By: /s/ James E. Doroshow
                                         James E. Doroshow
8                                        Attorneys for Defendant/Counterclaimant
                                         Accelerated Recovery Centers, LLC
9

FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-3005
Telephone: (310) 598-4150   Fax: (310) 556-9828