James E. Doroshow (State Bar No. 112920)
  jdoroshow@foxrothschild.com
Alan Chen (SBN 224420)
  achen@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-3005
Tel 310.598.4150 / Fax 310.556.9828

Attorneys for Defendant/Counterclaimant
Accelerated Recovery Centers, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as Passages Malibu, PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia limited liability company,<br><br>Defendant.<br><br>And Related Counterclaims. | Case No. 2:09-CV-08128-DMG (PLA)<br><br>**DISCOVERY MATTER**<br><br>**SUPPLEMENTAL DECLARATION OF JAMES E. DOROSHOW IN SUPPORT OF ACCELERATED'S MOTION TO COMPEL ADDITIONAL INTERROGATORY RESPONSES FROM CHRIS AND PAX PRENTISS AND FOR SANCTIONS**<br><br>Hearing Date: October 26, 2010<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 7<br><br>Discovery Cut-Off: Nov. 1, 2010<br>Pretrial Conf.: Jan. 25, 2011<br>Trial Date: Feb. 22, 2011<br><br>Honorable Paul L. Abrams |

LA1 58055v1 10/12/10

FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-3005
Telephone: (310) 598-4150   Fax: (310) 556-9828

I, JAMES E. DOROSHOW, declare and state as follows:

1. I am a partner with the law firm of Fox Rothschild, LLP, counsel of record herein for Defendant and Counterclaimant Accelerated Recovery Centers, LLC ("Accelerated"). I am an attorney admitted to practice law in the State of California, and in the United States District Court for the Central District of California. Except as otherwise noted, I know the following facts based upon personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. In its Opposition to Accelerated's Motion to Compel, Prentiss' counsel argues that I somehow acted improperly in failing to wait for his office to provide me with their portion of the Joint Stipulation past the noon hour on October 5, 2010. *See* Harder Decl. at ¶¶ 7-10. Mr. Harder also states that counsel supposedly had "no agreement" that Prentiss would serve its portions of the Joint Stipulation by noon on October 5, 2010. This is completely inaccurate. In fact, in a series of emails that I exchanged with Denise Parga (Mr. Harder's associate) on October 1, 2010, four days before the Joint Stipulation was due to be filed, she asked and I clearly told her that we would need Prentiss' portion of the Joint Stipulation *by noon on October 5, 2010 to ensure a timely filing of our Motion. See* Ex. 1 hereto. Prentiss' counsel missed their deadline, thereby requiring us to file our Joint Stipulation alone without Prentiss' portion to ensure timely filing.

3. I have spent an additional two hours preparing this Supplemental Opposition and Declaration. Therefore, in addition to the amount previously

/ / /
/ / /
/ / /
/ / /
/ / /

requested in Accelerated's moving papers. Accelerated seeks an additional $1,100 in sanctions for the expense of having to prepare these supplemental filings.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct of my personal knowledge, and if called as a witness, I could testify competently thereto.

Executed on October 12, 2010, in Los Angeles, California.

      /s/ *James E. Doroshow*
      James E. Doroshow
      Attorneys for Defendant/Counterclaimant
      Accelerated Recovery Centers, LLC

FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-3005
Telephone: (310) 598-4150   Fax: (310) 556-9828

3
CASE NO. CV09-08128 DMG (PLA)   Declaration of James E. Doroshow Re Supplemental Memorandum In Support of Motion to Compel

LA1 58055v1 10/12/10