# EXHIBIT 1

## Doroshow, James E.

**From:** Doroshow, James E.
**Sent:** Friday, October 01, 2010 5:06 PM
**To:** 'dparga@wrslawyers.com'
**Cc:** 'charder@wrslawyers.com'
**Subject:** Re: Accelerated

By no later than tuesday morning.

---

**From:** Denise Parga
**To:** Doroshow, James E.
**Cc:** Charles Harder
**Sent:** Fri Oct 01 19:36:14 2010
**Subject:** Accelerated

Dear Jim:

You may not remember me from Jones, Day or from the time I worked with Patty at Mayer, Brown. I'm giving Charles a little assistance with this matter and want to confirm with you when you expect to receive a response to the Joint Stipulation you sent this week as I want to make sure this firm's portion is included when you file your motion. I thank you in advance for your anticipated professional courtesy.

Regards,

Denise


Denise M. Parga, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd.
9th Floor
Los Angeles, California 90064
PH: 310-478-4100 Ext. 237
FAX: 310-479-1422
E-Mail: dparga@wrslawyers.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail to dparga@wrslawyers.com, and delete the message. Thank you.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

## Doroshow, James E.

**From:** Doroshow, James E.
**Sent:** Tuesday, October 05, 2010 12:58 PM
**To:** 'Denise Parga'; Charles Harder; Nicholas A. Merkin
**Cc:** LeBrane, Claudia A.; Tom Nitti
**Subject:** RE: Grasshopper House v. Accelerated Recovery Centers

Ms. Parga, please also explain your late delivery of your portions of the Joint Stipulation when you know Mr. Harder had requesting scheduling a meet and confer at your office at 1 pm today, but has now refused to do reschedule because Mr. Nitti cannot attend? I look forward to your response since you know I could not be in two locations at the same time. Thanks, Jim.

---

**From:** Denise Parga [mailto:dparga@wrslawyers.com]
**Sent:** Tuesday, October 05, 2010 11:57 AM
**To:** Doroshow, James E.; Charles Harder; Nicholas A. Merkin
**Cc:** LeBrane, Claudia A.; Tom Nitti
**Subject:** RE: Grasshopper House v. Accelerated Recovery Centers

Yes you have overlooked something. You said you would wait until after the lunch hour, which I interpret as 2:00 p.m. There simply is no reason for you to set arbitrary deadlines. We are diligently working on our section and hope to get it to you shortly. Your refusal to wait only puts you in a bad light as you will then force us to file the Joint Stipulation (with our additions) separately. You gain nothing by this.

---

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Tuesday, October 05, 2010 11:54 AM
**To:** Denise Parga; Charles Harder; Nicholas A. Merkin
**Cc:** LeBrane, Claudia A.; Tom Nitti
**Subject:** FW: Grasshopper House v. Accelerated Recovery Centers

Folks: As we agreed, I am herewith attaching prior to the noon hour our Insert to be included as our Argument to each of the Interrogatories which are the subject of your Motion to Compel. Please insert them as our Argument in response to each Interrogatory and each of your Arguments. Although we have now complied fully and timely with your request for our portions of the Joint Stipulations relating to your two Motions to Compel, we still do not have your portions relating to our Motion to Compel additional responses to our Interrogatories from Chris and Pax Prentiss. Accordingly, we will now finalize our Motion and file it with the Court due to your failure to comply with the Local Rules and our agreement on this subject. Please let me know if I have overlooked anything. It is now 11:52 am on Tuesday, October 5, 2010. Jim Doroshow

---

**From:** LeBrane, Claudia A.
**Sent:** Tuesday, October 05, 2010 11:49 AM
**To:** Doroshow, James E.
**Subject:** Grasshopper House v. Accelerated Recovery Centers



**Claudia A. LeBrane**
Legal Administrative Assistant to
James E. Doroshow
and Ismael Bautista
**Fox Rothschild** LLP

1800 Century Park East, Suite 300
Los Angeles, California 90067
Direct Tel:  310-598-4163
Fax:  310-556-9828
clebrane@foxrothschild.com
www.foxrothschild.com

 *Help save our environment by printing this document only if necessary.*

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any tax advice addressed herein.
------------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for
the use of the Individual(s) named above. If you are not the intended recipient
of this e-mail, or the employee or agent responsible for delivering this to the
intended recipient, you are hereby notified that any dissemination or copying
of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)-299-2167 or notify us by
e-mail at helpdesk@foxrothschild.com.  Also, please mail a hardcopy of the e-mail
to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the
U.S. Postal Service.  We will reimburse you for all expenses incurred.

Thank you.

## Doroshow, James E.

| | |
|---|---|
| **From:** | Doroshow, James E. |
| **Sent:** | Tuesday, October 05, 2010 12:08 PM |
| **To:** | 'Denise Parga'; Charles Harder; Nicholas A. Merkin |
| **Cc:** | LeBrane, Claudia A.; Tom Nitti |
| **Subject:** | RE: Grasshopper House v. Accelerated Recovery Centers |

I have seen you folks do nothing but fail to comply with deadlines since the beginning of this case. I am a busy lawyer. You sent me an email last week specifically asking me when your portion of the Joint Stipulation was due, and I clearly told you and you agreed that both of our offices would serve our portions before the noon hour. You have failed to comply. You in fact received most of our inputs for both of your Motions yesterday. My assistant and I have a dozen other cases we are working on and need to plan our work and schedule. Your insistence that we now wait until this afternoon to finish this Motion is contrary to our agreement and unacceptable. I am also scheduled to be in meetings this afternoon on other matters, and need to finish this this morning as we agreed we would. I would also remind you that your cocounsel (T. Nitti) recently filed a Motion for Protective Order without our exhibits, failing to respond to my emails asking if he needed them sent to him. This required us to prepare a separate declaration with the exhibits after the Motion was improperly filed by Mr. Nitti. Please respect deadlines Denise and you will have no problem with me. If you fail to do so, as others have repeatedly done with my office in the past, we are not going to continue to excuse your failure to comply with counsel's agreements. Jim Doroshow

---

**From:** Denise Parga [mailto:dparga@wrslawyers.com]
**Sent:** Tuesday, October 05, 2010 11:57 AM
**To:** Doroshow, James E.; Charles Harder; Nicholas A. Merkin
**Cc:** LeBrane, Claudia A.; Tom Nitti
**Subject:** RE: Grasshopper House v. Accelerated Recovery Centers

Yes you have overlooked something. You said you would wait until after the lunch hour, which I interpret as 2:00 p.m. There simply is no reason for you to set arbitrary deadlines. We are diligently working on our section and hope to get it to you shortly. Your refusal to wait only puts you in a bad light as you will then force us to file the Joint Stipulation (with our additions) separately. You gain nothing by this.

---

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Tuesday, October 05, 2010 11:54 AM
**To:** Denise Parga; Charles Harder; Nicholas A. Merkin
**Cc:** LeBrane, Claudia A.; Tom Nitti
**Subject:** FW: Grasshopper House v. Accelerated Recovery Centers

Folks: As we agreed, I am herewith attaching prior to the noon hour our Insert to be included as our Argument to each of the Interrogatories which are the subject of your Motion to Compel. Please insert them as our Argument in response to each Interrogatory and each of your Arguments. Although we have now complied fully and timely with your request for our portions of the Joint Stipulations relating to your two Motions to Compel, we still do not have your portions relating to our Motion to Compel additional responses to our Interrogatories from Chris and Pax Prentiss. Accordingly, we will now finalize our Motion and file it with the Court due to your failure to comply with the Local Rules and our agreement on this subject. Please let me know if I have overlooked anything. It is now 11:52 am on Tuesday, October 5, 2010. Jim Doroshow

---

**From:** LeBrane, Claudia A.
**Sent:** Tuesday, October 05, 2010 11:49 AM
**To:** Doroshow, James E.
**Subject:** Grasshopper House v. Accelerated Recovery Centers

10/12/2010

**Claudia A. LeBrane**
Legal Administrative Assistant to
**James E. Doroshow**
**and Ismael Bautista**
**Fox Rothschild** LLP
1800 Century Park East, Suite 300
Los Angeles, California 90067
Direct Tel:  310-598-4163
Fax:  310-556-9828
clebrane@foxrothschild.com
www.foxrothschild.com

 *Help save our environment by printing this document only if necessary.*

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any tax advice addressed herein.
----------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for
the use of the Individual(s) named above. If you are not the intended recipient
of this e-mail, or the employee or agent responsible for delivering this to the
intended recipient, you are hereby notified that any dissemination or copying
of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)-299-2167 or notify us by
e-mail at helpdesk@foxrothschild.com.  Also, please mail a hardcopy of the e-mail
to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the
U.S. Postal Service.  We will reimburse you for all expenses incurred.

Thank you.

## Doroshow, James E.

| | |
|---|---|
| **From:** | Doroshow, James E. |
| **Sent:** | Tuesday, October 05, 2010 11:54 AM |
| **To:** | Denise Parga; Charles Harder; Nicholas A. Merkin |
| **Cc:** | LeBrane, Claudia A.; Tom Nitti |
| **Subject:** | FW: Grasshopper House v. Accelerated Recovery Centers |
| **Attachments:** | LA1-#57076-v1-Insert_for_Accelerated_s_Argument_to_All_Interrogatories.DOC |

Folks: As we agreed, I am herewith attaching prior to the noon hour our Insert to be included as our Argument to each of the Interrogatories which are the subject of your Motion to Compel. Please insert them as our Argument in response to each Interrogatory and each of your Arguments. Although we have now complied fully and timely with your request for our portions of the Joint Stipulations relating to your two Motions to Compel, we still do not have your portions relating to our Motion to Compel additional responses to our Interrogatories from Chris and Pax Prentiss. Accordingly, we will now finalize our Motion and file it with the Court due to your failure to comply with the Local Rules and our agreement on this subject. Please let me know if I have overlooked anything. It is now 11:52 am on Tuesday, October 5, 2010. Jim Doroshow

---

**From:** LeBrane, Claudia A.
**Sent:** Tuesday, October 05, 2010 11:49 AM
**To:** Doroshow, James E.
**Subject:** Grasshopper House v. Accelerated Recovery Centers



**Claudia A. LeBrane**
Legal Administrative Assistant to
**James E. Doroshow**
**and Ismael Bautista**
**Fox Rothschild LLP**
1800 Century Park East, Suite 300
Los Angeles, California 90067
Direct Tel: 310-598-4163
Fax: 310-556-9828
clebrane@foxrothschild.com
www.foxrothschild.com

Help save our environment by printing this document only if necessary.

10/12/2010

## Doroshow, James E.

**From:** Doroshow, James E.
**Sent:** Tuesday, October 05, 2010 10:27 AM
**To:** 'dparga@wrslawyers.com'; 'charder@wrslawyers.com'; 'nmerkin@wrslawyers.com'
**Cc:** LeBrane, Claudia A.
**Subject:** Re: Accelerated

I clearly told you days ago in the morning. Also you haven't even filed your motion yet even though you insisted you have my portion yesterday by 5 pm. Were filing after lunch with or without your portion.

---

**From:** Denise Parga
**To:** Doroshow, James E.; Charles Harder ; Nicholas A. Merkin
**Cc:** LeBrane, Claudia A.
**Sent:** Tue Oct 05 13:23:57 2010
**Subject:** RE: Accelerated

Jim:

I anticipate in several hours. As we gave you until 5:00 p.m. yesterday to provide your portions to our Joint Stipulations, I expect the same courtesy although you will get our portions well before 5:00 p.m. today.

Please be advised that if you file without our portions knowing that we are diligently working on getting them to you we will bring that to the Magistrate's attention and he will not be pleased with our inability to work together. As you and I have worked together in the past at a prior law firm and we have no past history in this case, I trust that you will treat me with the professional courtesy that I deserve and intend to extend to you.

Regards,

Denise

---

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Tuesday, October 05, 2010 10:18 AM
**To:** Charles Harder; Denise Parga; Nicholas A. Merkin
**Cc:** LeBrane, Claudia A.
**Subject:** Re: Accelerated


Ms parga when will I be receiving your portions of the joint stip?

---

**From:** Doroshow, James E.
**To:** 'Charles Harder' ; Denise Parga ; Nicholas A. Merkin
**Cc:** LeBrane, Claudia A.
**Sent:** Mon Oct 04 19:05:12 2010
**Subject:** FW: Accelerated

Folks: Here are our Legal Contentions for both Motions to Compel. Again, please use them for both Motions to Compel your office will be filing. My assistant is now compiling the Exhibits to my Declaration and will email them to you before 5 pm today as you requested. I look forward to receiving your portions of the Joint Stipulation in the morning in connection with our Motion to Compel (which is being filed in the event the Magistrate doesn't want to

10/12/2010

follow the Court's directive in the Scheduling Order that all discovery motions must be served, calendared and filed in sufficient time in advance of the November 1, 2010 discovery cutoff to ensure that the Court has time to consider them and grant compliance if appropriate before November 1, 2010). I look forward to hearing your explanation to the Magistrate why you have not complied with the Court's Scheduling Order. Thank you, Jim Doroshow

---

**From:** Lenik, Jessica
**Sent:** Monday, October 04, 2010 3:56 PM
**To:** Doroshow, James E.
**Cc:** LeBrane, Claudia A.
**Subject:** Accelerated



**Jessica Lenik**
Legal Administrative Assistant to
**Scott N. Weston**
**Joel D. Schwartz**
**Fox Rothschild LLP**
1800 Century Park East-Suite 300
Los Angeles, CA  90067
Tel:  310.598-4155
Fax: 310.556-9828
jlenik@foxrothschild.com
www.foxrothschild.com

```
ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any tax advice addressed herein.
---------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for
the use of the Individual(s) named above. If you are not the intended recipient
of this e-mail, or the employee or agent responsible for delivering this to the
intended recipient, you are hereby notified that any dissemination or copying
of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)-299-2167 or notify us by
e-mail at helpdesk@foxrothschild.com.  Also, please mail a hardcopy of the e-mail
to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the
U.S. Postal Service.  We will reimburse you for all expenses incurred.

Thank you.
```

## Doroshow, James E.

| | |
|---|---|
| **From:** | Doroshow, James E. |
| **Sent:** | Saturday, October 02, 2010 2:02 PM |
| **To:** | 'dparga@wrslawyers.com' |
| **Cc:** | 'charder@wrslawyers.com' |
| **Subject:** | Re: Accelerated |

I will be sending you my portions of the joint stipulations in connection with your two motions to compel at the same time you send me your portion relating to our motion to compel. Please let me know when you're ready to make the exchange. Tx jim

---

**From**: Doroshow, James E.
**To**: 'dparga@wrslawyers.com'
**Cc**: 'charder@wrslawyers.com'
**Sent**: Fri Oct 01 20:06:11 2010
**Subject**: Re: Accelerated

By no later than tuesday morning.

---

**From**: Denise Parga
**To**: Doroshow, James E.
**Cc**: Charles Harder
**Sent**: Fri Oct 01 19:36:14 2010
**Subject**: Accelerated

Dear Jim:

You may not remember me from Jones, Day or from the time I worked with Patty at Mayer, Brown. I'm giving Charles a little assistance with this matter and want to confirm with you when you expect to receive a response to the Joint Stipulation you sent this week as I want to make sure this firm's portion is included when you file your motion. I thank you in advance for your anticipated professional courtesy.

Regards,

Denise


Denise M. Parga, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd.
9th Floor
Los Angeles, California 90064
PH: 310-478-4100 Ext. 237
FAX: 310-479-1422
E-Mail: dparga@wrslawyers.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to anyone this message or

any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail to dparga@wrslawyers.com, and delete the message. Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

10/12/2010