1  James E. Doroshow (State Bar No. 112920)
   jdoroshow@foxrothschild.com
2  FOX ROTHSCHILD LLP
   1800 Century Park East, Suite 300
3  Los Angeles, CA 90067-3005
   Tel 310.598.4150 / Fax 310.556.9828
4
   Attorneys for Defendant/Counterclaimant
5  ACCELERATED Recovery Centers, LLC

6

7               UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as Passages Malibu, PASSAGES SILVER STRAND, LLC, a California limited liability company, | Case No. CV 09-08128 DMG (PLAx) |
| 12      Plaintiffs, | **ACCELERATED RECOVERY CENTERS, LLC'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE ACCELERATED'S EXPERT WITNESSES** |
| 13      v. | |
| 14  ACCELERATED RECOVERY CENTERS, LLC, a Georgia limited liability company, | **Date:       November 2, 2010** <br> **Time:       10:00 a.m.** <br> **Courtrm: G, 9th Floor** |
| 16      Defendant. | Discovery Cut Off:  Nov. 1, 2010 <br> Pretrial Conference: Jan. 25, 2011 <br> Trial Date: February 22, 2011 |
| | Judge:       Hon. Paul L. Abrams |
| 21  AND RELATED COUNTERCLAIMS | |

10
11
15
17
18
19
20
22
23
24
25
26
27
28

1

1      Since filing its Opposition to Plaintiffs' Motion to Exclude Accelerated's

2  Experts ("Motion to Exclude") on Tuesday, October 12, 2010, Plaintiffs

3  Grasshopper House, LLC and Passages Silver Strand, LLC ("Plaintiffs"), and

4  Counterdefendants Chris and Pax Prentiss ("Prentiss'), have, *without leave of*

5  *Court*, filed an Answer to Accelerated's Counterclaims in this action for the first

6  time on Wednesday, October 13, 2010.  As Plaintiffs' and Prentiss' counsel are well

7  aware, the Answer that has been filed was filed two and one-half months after it

8  was due, and with merely two and one-half weeks before the November 1, 2010

9  discovery cutoff.

10     In her July 12, 2010 Order denying in part and granting in part

11  Plaintiffs'/Counterdefendants' Motion to Dismiss Accelerated's First Amended

12  Counterclaim, Judge Gee ordered Plaintiffs and Prentiss to respond to Accelerated's

13  Amended Counterclaims *within 15 days, or on or before July 27, 2010*.

14  Notwithstanding this Order, Plaintiffs and Prentiss waited for *two and one-half*

15  *months before filing an Answer* to the Amended Counterclaims on October 13,

16  2010.  Leaving aside the obvious prejudice this creates for Accelerated now that it

17  is trying to complete discovery (including now learning for the first time of 22 new

18  affirmative defenses that were previously never asserted) within the next two and

19  one-half weeks before the November 1, 2010 discovery cutoff, this conduct is

20  important to this Court's consideration of the Motion to Exclude for at least two

21  reasons.

22     *First*, it demonstrates further what Accelerated has already explained to the

23  Court in its Opposition to the Motion to Exclude, *i.e.*, that it was and remains

24  impossible to meet the Court's existing deadlines in this case (including the expert

25  designation and reporting deadlines) because of Plaintiffs' and Prentiss' persistent

26  pattern of delay in this litigation.

27  / / /

28

2

Supplemental Memo in Opposition to Plaintiff's Motion to Exclude          CASE NO:CV 09-08128 DMG (PLAx)
Expert Witnesses
LA1 58372v1 10/14/10

1   *Second*, now it has obviously become even more difficult for Accelerated to

2   complete its expert designations and reports because of the uncertainty created by

3   (i) whether the Court will allow Plaintiffs and Prentiss to respond in the manner

4   they have (at least without first getting court approval); and (ii) if the Court does

5   allow Plaintiffs and Prentiss to now answer for the first time at this late date,

6   whether it will allow them to assert 22 new affirmative defenses which obviously

7   will materially impact discovery in this case, as well as what the parties' experts

8   will ultimately say now that a wide range of new defenses and issues have been

9   introduced for the first time as trial approaches.

10          Once again, Plaintiffs/Prentiss and their counsel, by their delay and failure

11   to comply with this Court's Orders and Rules, continue to make a mockery of this

12   litigation, and undermine Accelerated's ability to complete discovery and comply

13   with this Court's other pretrial and trial deadlines (including final expert

14   designation and reporting).

15          For these reasons, and the additional reasons discussed in Accelerated's

16   Opposition, the Motion to Exclude should be denied and Plaintiffs and Prentiss and

17   their counsel should be sanctioned in an amount sufficient to compensate

18   Accelerated for the expense of having to oppose it.

19

20   DATED:        October  14, 2010          FOX ROTHSCHILD, LLP

21

22                                           By */s/James E. Doroshow*
                                                James E. Doroshow
23                                              *Attorneys for Accelerated Recovery*
24                                              *Centers, LLC*

25

26

27

28

Supplemental Memo in Opposition to Plaintiff's Motion to Exclude          CASE NO:CV 09-08128 DMG (PLAx)
Expert Witnesses
LA1 58372v1 10/14/10