**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  CV 09-8128-DMG (PLAx)                                           Date  October 14, 2010

Title: Grasshopper House, LLC, etc., et al. v. Accelerated Recovery Centers, LLC, et al.

---

PRESENT:  THE HONORABLE     PAUL L. ABRAMS                ☐ U.S. DISTRICT JUDGE

☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                NONE                                                                                                NONE

**PROCEEDINGS:**          **(IN CHAMBERS)**

Pursuant to this Court's October 12, 2010, Order, the parties have submitted a schedule for depositions in this matter.  **The Court Orders the following depositions to occur as set forth below:**

The following four individuals will be deposed at Premier Reporting, The Pinnacle, Suite 500, 3455 Peachtree Road, N.E., Atlanta, GA 30326, at the listed dates and times:

1. Wednesday, October 20, 2010: Kevin Kelly as a Rule 30(b)(6) witness (at 9:00 a.m. Eastern time) and individually (afternoon).  If Mr. Kelly's depositions are not completed on October 20, 2010, his deposition(s) will continue the next morning.

2. Thursday, October 21, 2010: Dr. Tommy Richardson (at 9:00 a.m. Eastern time, or following the conclusion of Mr. Kelly's deposition(s)).

3. Thursday, October 21, 2010: Nancy Certain, RN (afternoon).

4. Friday, October 22, 2010: Jan Watkins Kelly (at 9:00 a.m. Eastern time).

The following three individuals will be deposed at the office of defendants' counsel, located at 1800 Century Park East, Suite 300, Los Angeles, CA 90067, at the listed dates and times:

1. Monday, October 25, 2010: Chris Prentiss (at 9:00 a.m. Pacific time).

2. Tuesday, October 26, 2010: Pax Prentiss (at 9:00 a.m. Pacific time).

3. Wednesday, October 27, 2010: Anna James (at 9:00 a.m. Pacific time).

cc:     Counsel of record

Initials of Deputy Clerk____ch____