1  James E. Doroshow, 1112920
   Alan Chen, SBN 224420
2  FOX ROTHSCHILD LLP
   1800 Century Park East, Suite 300
3  Los Angeles, CA 90067-1506
   jdoroshow@foxrothschild.com
4  achen@foxrothschild.com

5  Attorneys for Defendant
   Accelerated Recovery Centers, LLC

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

| 11 | GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as "Passages Malibu," PASSAGES SILVER STRAND, LLC, a California limited liability company, | Case No.: CV 09-08128 DMG (PLAx) |
|---|---|---|
| 12 | | **ACCELERATED RECOVERY CENTERS, LLC'S NOTICE OF *EX PARTE* APPLICATION TO SCHEDULE HEARING ON MOTION TO STRIKE LATE FILED ANSWER** |
| 13 | | |
| 14 | Plaintiffs, | |
| 15 | vs. | Date:    TBD |
| 16 | ACCELERATED RECOVERY CENTERS, LLC, a Georgia Limited liability company, | Time:    TBD<br>Ctrm:    7 |
| 17 | | |
| 18 | Defendant. | Honorable Dolly M. Gee |
| 19 | | Discovery Cutoff:  November 1, 2010<br>Motion Cutoff:     November 1, 2010 |
| 20 | | |
| 21 | AND RELATED COUNTERCLAIMS | |

Accelerated's Notice *Ex Parte* Application to Schedule Hearing on Motion to Strike Late Filed Answer
LA1 58683v1 10/18/10

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counterclaimant Accelerated Recovery Centers, LLC ("Accelerated") hereby applies *ex parte* for the entry of an Order shortening the time for hearing Accelerated's Motion to Strike the Answer to First Amended Counterclaims belatedly filed by Plaintiffs Grasshopper House, LLC and Passages Silver Strand, LLC (collectively "Grasshopper" or "Plaintiffs"), and Counterdefendants Chris and Pax Prentiss (collectively, "Prentiss"), and to enter their default, or, in the alternative, to hear the Motion after the November 1, 2010 discovery and motion cutoff deadlines.

The grounds for this Application are that: (1) on July 12, 2010, this Court entered its Order Re Plaintiffs/Counterdefendants' Motion to Dismiss First Amended Counterclaims (D.I. 56) ordering Plaintiffs and Prentiss to respond to the First Amended Counterclaims *within 15 days, or on or before July 27, 2010*; (2) despite this Order, Grasshopper and Prentiss never responded to the First Amended Counterclaims until *two and one-half months later, when they filed their Answer on October 13, 2010 (including alleging for the first time 22 new affirmative defenses)*; (3) the current discovery and motion cutoff dates in this action are November 1, 2010, and, therefore, there is no longer adequate time remaining for Accelerated to conduct discovery relating to the allegations and 22 new affirmative defenses in the late filed Answer, or to bring a regularly noticed motion asking the Court to strike the Answer and/or for additional relief; and (4) therefore, because of these exigent circumstances, Accelerated must respectfully apply *ex parte* to this Court to either (a) shorten the time to hear its Motion to Strike the late filed Answer, to enter Plaintiffs' and Prentiss' default, and for additional relief, or (b) to hear the Motion to Strike and for additional relief after the current November 1, 2010 motion cutoff deadline on a date to be set by the Court.

Although properly notified in writing of this Application on November 14, 2010, and asked whether he would oppose it or want to be present when it is heard,

1 | counsel for Counterdefendant Chris Prentiss has never responded. Chris Prentiss is
2 | represented in this action by Thomas A. Nitti, Esq., Law Offices of Thomas A. Nitti,
3 | 1250 Sixth Street, Suite 250, Santa Monica, California 90401, Telephone: 310-393-
4 | 1524.  Doroshow Decl., para. 4, Ex. C.
5 |     For his part, counsel for Plaintiffs and Counterdefendant Pax Prentiss (Charles
6 | J. Harder, of the lawfirm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, 11400
7 | West Olympic Blvd., Ninth Floor, Los Angeles, California, 90064-1582; Telephone
8 | No. 310-478-4100) has indicated he opposes this Application, but did not give any
9 | reason for his opposition or state whether he wanted to be present when the
10 | Application is heard. *Id.*, para. 4.
11 | Dated:  October 18, 2010        FOX ROTHSCHILD LLP

By  /s/ *James E. Doroshow*
James E. Doroshow
Attorneys for Defendant
Accelerated Recovery Centers, LLC