James E. Doroshow, 1112920
Alan Chen, SBN 224420
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA  90067-1506
jdoroshow@foxrothschild.com
achen@foxrothschild.com

Attorneys for Defendant
Accelerated Recovery Centers, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as "Passages Malibu," PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia Limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: CV 09-08128 DMG (PLAx)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ACCELERATED RECOVERY CENTERS, LLC'S *EX PARTE* APPLICATION TO SCHEDULE HEARING ON MOTION TO STRIKE LATE FILED ANSWER**<br><br>Date:           TBD<br>Time:          TBD<br>Department:  7<br><br>Honorable Dolly M. Gee<br><br>Discovery Cutoff: November 1, 2010<br>Motion Cutoff:    November 1, 2010 |

As appears of record herein, on July 12, 2010, this Court entered its Order Re Plaintiffs/Counterdefendants' Motion to Dismiss First Amended Counterclaim ("Order") filed by Plaintiffs/Counterdefendants Grasshopper House, LLC and Passages Silver Strand, LLC (collectively, "Grasshopper" or "Plaintiffs"). In this Order (Docket No. 56), the Court granted in part and denied in part Grasshopper's Motion and ordered Plaintiffs and Counterdefendants Chris and Pax Prentiss (collectively, "Prentiss") to answer the First Amended Counterclaims *within 15 days, or on or before July 27, 2010*.

Plaintiffs, as has been their practise throughout this litigation, then delayed and did nothing for two and one-half months. Finally, *on October 13, 2010*, Plaintiffs, filed an Answer denying the material allegations in the First Amended Counterclaims and for the first time asserted 22 new affirmative defenses. This Answer was filed only after counsel for Defendant and Counterclaimant Accelerated Recovery Centers, LLC ("Accelerated") advised Plaintiffs' and Prentiss' counsel that it intended to ask the Clerk to enter Grasshoppers'/Prentiss' default due to their failure to respond to the First Amended Counterclaims. *See* Doroshow Decl., para. 3, Ex. A. Moreover, Plaintiffs and Prentiss filed the Answer without ever seeking leave of the Court to do so at this late date. *Id*.

Making matters worse, when Plaintiffs and Prentiss belatedly answered the First Amended Counterclaims, only 18 days remained until the November 1, 2010 discovery cutoff and motion cutoff dates. As a result, Accelerated now lacks the ability to conduct discovery relating to the responses, allegations and affirmative defenses in the late filed Answer. In addition, there is no longer sufficient time for Accelerated to file a noticed Motion asking the Court to strike the late filed Answer, to enter Plaintiffs' and Prentiss' default, or for any other relief relating to this belated response.

Accordingly, by this *ex parte* Application, Accelerated now respectfully asks this Court to either (1) schedule this matter for hearing on shortened notice before the

2

Memorandum of Points and Authorities in Support of *Ex Parte* Application on Motion to Strike Late Filed Answer
LA1 58692v1 10/18/10

November 1, 2010 motion cutoff date, or (2) to hear a motion relating to this matter after the November 1, 2010 motion cutoff date, at a date to be established by the Court. The Motion that Accelerated will be filing will seek, among other relief, entry of an Order striking the late filed Answer and the entry of Plaintiffs' and Prentiss' default, or, in the alternative an Order determining that Plaintiffs and Prentiss have waived certain defenses in this action (including the 22 new affirmative defenses asserted by them on the eve of the discovery cutoff date).

On October 14, 2010, opposing counsel (Charles J. Harder and Thomas A. Nitti) were notified in writing by Accelerated's counsel that this *ex parte* Application would be filed. Mr. Nitti has never responded to this letter indicating whether his client (Chris Prentiss) would or would not oppose this Application, or asking to be present when it is heard. Plaintiffs and Pax Prentiss' counsel (Charles J. Harder) has indicated in an email that he intends to oppose this Application and Accelerated's Motion when it is heard, but has not given any reason(s) for his Opposition or stated whether he wants to be present when and if the Application is heard. *See* Doroshow Decl., para.4, Ex. C.

Dated: October 18, 2010         FOX ROTHSCHILD LLP


By  */s/ James E. Doroshow*
    James E. Doroshow
    Attorneys for Defendant
    Accelerated Recovery Centers, LLC