1  James E. Doroshow, 1112920
   Alan Chen, SBN 224420
2  FOX ROTHSCHILD LLP
   1800 Century Park East, Suite 300
3  Los Angeles, CA 90067-1506
   jdoroshow@foxrothschild.com
4  achen@foxrothschild.com

5  Attorneys for Defendant
   Accelerated Recovery Centers, LLC

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as "Passages Malibu," PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia Limited liability company,<br><br>Defendant. | Case No.: CV 09-08128 DMG (PLAx)<br><br>**[PROPOSED] ORDER RE ACCELERATED RECOVERY CENTERS, LLC'S *EX PARTE* APPLICATION TO SCHEDULE HEARING ON MOTION TO STRIKE LATE FILED ANSWER**<br><br>Date:  TBD<br>Time:  TBD<br>Ctrm:  7<br><br>Honorable Dolly M. Gee<br><br>Discovery Cutoff: November 1, 2010<br>Motion Cutoff:    November 1, 2010 |
| AND RELATED COUNTERCLAIMS | |

[Proposed] Order Re Accelerated's Notice *Ex Parte* Application on Motion to Strike Late Filed Answer
LA1 58750v1 10/18/10

This matter came on for hearing on October __, 2010, on the *ex parte* Application of Defendant and Counterclaimant Accelerated Recovery Centers, LLC ("Accelerated") for the entry of an Order to shorten time for this Court to hear a Motion to Strike the Answer of Plaintiffs Grasshopper House, LLC and Passages Silver Strand, LLC (collectively, "Plaintiffs"), and Counterdefendants Chris and Pax Prentiss (collectively "Prentiss"), which was filed with this Court on October 13, 2010, or to hear the Motion to Strike after the November 1, 2010 discovery cutoff date in this action; and notice having been properly given;

NOW, THEREFORE, it is hereby Ordered that the Motion to Strike will be heard by this Court on _____, ___, 2010, at ___ _m.. Accelerated will file and hand serve its moving papers no later than October ___, 2010; Plaintiffs and Prentiss shall file and hand serve their opposition to the Motion to Strike no later than October ___, 2010, and Accelerated shall file and hand serve its reply papers on or before _____, __,. 2010.

IT IS SO ORDERED this ___ day of October, 2010:

_____
DOLLY M. GEE
JUDGE OF THE U.S. DISTRICT COURT