# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 09-8128-DMG (PLAx)                                    Date  October 20, 2010

Title:  Grasshopper House, LLC, etc., et al. v. Accelerated Recovery Centers, LLC, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS                   ☐ U.S. DISTRICT JUDGE

                                                            ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                NONE                                            NONE

**PROCEEDINGS:**       **(IN CHAMBERS)**

The Court is in receipt of counterdefendants' Motion to Exclude the Expert Testimony of Bruce L. Ross, CPA, or, in the Alternative, to Compel the Production of Expert Witness Reports and a Deposition of Mr. Ross, and to Preclude Testimony From Any Other Undisclosed Experts, filed on October 5, 2010, and noticed for hearing on November 2, 2010.  In her February 22, 2010, Scheduling and Case Management Order, the District Judge set November 1, 2010, as the date for the cut-off of expert discovery, which date includes the **hearing** of discovery motions.  Thus, to the extent counterdefendants' Motion seeks to compel expert discovery (i.e., that defendant be compelled to produce expert witness reports and its expert witness for deposition), and was set for hearing on November 2, 2010, the Motion is untimely, and is hereby **denied**.  This Court will not alter, extend, or in any manner revise any motions filing or discovery cut-off dates previously set by the District Judge in this matter.

The Court further notes that to the extent counterdefendants' Motion seeks to exclude certain testimony at trial, this Court does not have the authority to control the conduct of trial or the introduction of evidence.


cc:     Counsel of record


Initials of Deputy Clerk____ch____