1  CHARLES J. HARDER (BAR NO. 184593)
   charder@wrslawyers.com
2  NICHOLAS A. MERKIN (BAR NO. 219604)
   nmerkin@wrslawyers.com
3  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   11400 West Olympic Boulevard, Ninth Floor
4  Los Angeles, California 90064-1582
   Telephone: (310) 478-4100   Facsimile: (310) 479-1422
5
   Attorneys for Plaintiffs and Counter-Defendants
6  GRASSHOPPER HOUSE, LLC and
   PASSAGES SILVER STRAND, LLC,
7  and Counter-Defendant PAX PRENTISS

8  JAMES E. DOROSHOW (BAR NO. 112920)
   jdoroshow@foxrothschild.com
9  FOX ROTHSCHILD LLP
   1800 Century Park East, Suite 300
10 Los Angeles, California 90067-3005
   Telephone: (310) 598-4150   Facsimile: (310) 556-9828
11
   Attorneys for Defendant and Counter-Claimant
12 ACCELERATED RECOVERY CENTERS, LLC
   and Defendants KEVIN M. KELLY and JAN HOLT WATKINS
13
   [*Additional Counsel Listed On the Last Page*]
14

15             UNITED STATES DISTRICT COURT
16             CENTRAL DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as "Passages Malibu," PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>21          Plaintiffs,<br><br>22     v.<br><br>23  ACCELERATED RECOVERY CENTERS, LLC, a Georgia limited liability company,<br><br>25          Defendant.<br><br>26 ─────────────────────<br>AND RELATED COUNTER-CLAIM | Case No.: 2:09-CV-08128-DMG (PLAx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>**Federal Rule of Civil Procedure 41(a)(1)(A)(ii)** |

28

-1-
**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**
\\Wrs-file\dfs\LACaseFiles\17875\003\Pleadings\Stip for Dismissal of All Claims.wpd

All parties to this action, by and through their counsel of record, hereby stipulate to the following:

1. The First Amended Complaint, and each claim therein, will be dismissed with prejudice as to all defendants.

2. The First Amended Counterclaims, and each counterclaim therein, will be dismissed with prejudice as to all counter-defendants.

3. Each party to this action will bear its own attorneys' fees and costs as to this action.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

DATED: November 3, 2010    By: /s/
_____
CHARLES J. HARDER
Attorneys for Plaintiffs and Counter-Defendants GRASSHOPPER HOUSE, LLC and PASSAGES SILVER STRAND, LLC, and Counter-Defendant PAX PRENTISS

FOX ROTHSCHILD LLP

DATED: November 3, 2010    By: /s/
_____
JAMES E. DOROSHOW
Attorneys for Defendant and Counter-Claimant ACCELERATED RECOVERY CENTERS, LLC, and Defendants KEVIN M. KELLY, and JAN HOLT WATKINS aka Jan Watkins Kelly

LAW OFFICES OF THOMAS A. NITTI

DATED: November 3, 2010    By: /s/
_____
THOMAS A. NITTI
Attorneys for Counter-Defendant CHRIS PRENTISS

1  LAW OFFICES OF THOMAS A. NITTI
   THOMAS A. NITTI (BAR NO. 77590)
2    tnitti@prodigy.net
   1250 Sixth Street, Suite 205
3  Santa Monica, California 90401
   Telephone: (310) 393-1524
4  Facsimile: (310) 576-3581

5  Attorneys for Counter-Defendant
   CHRIS PRENTISS

-3-

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**
\\Wrs-file\dfs\LACaseFiles\17875\003\Pleadings\Stip for Dismissal of All Claims.wpd